UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11904-RCL

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KATHLEEN MCDONOUGH, TARA MCDONOUGH, ELEANOR POOLE AND DONNA M. TOMASO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>　　　Plaintiffs<br>Vs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, DRACUT FUNERAL HOME INCORPORATED, HAMEL WICKENS & TROUPE FUNERAL HOME, INC. ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. F/K/A OCEANSIDE FAMILY FUNERAL HOME, AND DOES 1-50 INCLUSIVE,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF DEFENDANT, CREMATION SOCIETY OF MASSACHUSETTS TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a  claim upon which relief can be granted.

### SECOND DEFENSE

The Defendant, The Cremation Society of Massachusetts, responds to the Plaintiff's Complaint Paragraph by Paragraph, as follows:

### NATURE OF ACTION

1.　　The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

2.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

3.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

4.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

## PARTIES

5.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

6.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

7.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

8.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

9.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

10.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

11.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

12.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

13.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

14.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

15.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

16.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

17.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

1159838v1

18.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

19.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

20.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

21.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

22.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

23.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

24.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

25.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

26.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

27.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

28.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

29.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

30.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

31.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

32.    The allegations of this paragraph are denied.

33.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

34.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

1159838v1

35.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

36.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

37.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

38.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

39.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

40.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

41.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

42.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

43.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

## CLASS ACTION ALLEGATIONS

44.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

45.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

46.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

47.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

48.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

49.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

50.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

## FACTUAL ALLEGATIONS

51.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

52.    The allegations of this paragraph are denied.

53.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

54.    The allegations of this paragraph are denied.

55.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

56.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

57.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

58.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

59.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

60.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

61.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

62.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

63.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

64.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

65.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

66.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

67.    The allegations of this paragraph are denied.

1159838v1

68.    The allegations of this paragraph are denied.

69.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

70.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

71.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

72.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

73.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

74.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

75.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

76.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

77.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

78.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

79.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

80.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

81.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

82.    The allegations of this paragraph are denied.

83.    The allegations of this paragraph are denied.

84.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

85.    The allegations of this paragraph are denied.

1159838v1

86.    The allegations of this paragraph are denied.

87.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

88.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

89.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

90.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

91.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

92.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

93.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

94.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

95.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

96.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

97.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

98.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

99.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

100.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

101.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

102.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

1159838v1

103.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

104.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

105.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

106.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

107.    The allegations of this paragraph are denied.

108.    The allegations of this paragraph are denied.

109.    The allegations of this paragraph are denied.

## COUNT I

## EQUITABLE (INJUNCTIVE AND/OR DECLARATORY) RELIEF
## (AGAINST ALL DEFENDANTS)

110.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

111.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

112.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

113.    The allegations of this paragraph are denied.

114.    The allegations of this paragraph are denied.

115.    The allegations of this paragraph are denied.

116.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

117.    The allegations of this paragraph are denied.

118.    The allegations of this paragraph are denied.

## COUNT II

### BREACH OF CONTRACT
### (AGAINST THE FUNERAL HOME DEFENDANTS)

119.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

120.    The allegations of this paragraph are denied.

121.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

122.    The allegations of this paragraph are denied.

123.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

124.    The allegations of this paragraph are denied.

## COUNT III

### BREACH OF FIDUCIARY DUTY/SPECIAL DUTY
### (AGAINST ALL DEFENDANTS)

125.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

126.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

127.    The allegations of this paragraph are denied.

128.    The allegations of this paragraph are denied.

129.    The allegations of this paragraph are denied.

130.    The allegations of this paragraph are denied.

131.    The allegations of this paragraph are denied.

132.    The allegations of this paragraph are denied.

## COUNT IV

### FRAUDULENT CONDUCT
### (AGAINST BAYVIEW CREMATORY DEFENDANTS)

133.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

1159838v1

134.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

135.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

136.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

137.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

138.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

## COUNT V

### NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

139.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

140.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

141.    The allegations of this paragraph are denied.

142.    The allegations of this paragraph are denied.

## COUNT VI

### WILLFUL INTERFERENCE WITH REMAINS AND INTENTIONAL
### MISHANDLING OF A CORPSE
### (AGAINST ALL DEFENDANTS)

143.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

144.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

145.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

146.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

147.    The allegations of this paragraph are denied.

148.    The allegations of this paragraph are denied.

149.    The allegations of this paragraph are denied.

150.    The allegations of this paragraph are denied.

## COUNT VII

## NEGLIGENT INTERFERENCE WITH REMAINS AND MISHANDLING OF A CORPSE (AGAINST ALL DEFENDANTS)

151.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

152.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

153.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

154.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

155.    The allegations of this paragraph are denied.

156.    The allegations of this paragraph are denied.

157.    The allegations of this paragraph are denied.

## COUNT VIII

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (AGAINST ALL DEFENDANTS)

158.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

159.    The allegations of this paragraph are denied.

160.    The allegations of this paragraph are denied.

161.    The allegations of this paragraph are denied.

1159838v1

## COUNT IX

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (AGAINST ALL DEFENDANTS)

162.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

163.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

164.    The allegations of this paragraph are denied.

165.    The allegations of this paragraph are denied.

## COUNT X

### CIVIL CONSPIRACY
### (AGAINST ALL DEFENDANTS)

166.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

167.    The allegations of this paragraph are denied.

168.    The allegations of this paragraph are denied.

169.    The allegations of this paragraph are denied.

### PRAYER FOR RELIEF

The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

### CROSS-CLAIM OF CREMATION SOCIETY OF MASSACHUSETTS
### V. BAYVIEW CREMATORY

### COUNT I - CONTRIBUTION

1.    The injury and consequential damages sustained by the plaintiff, if any, were the direct and proximate result of the negligence of Bayview Crematory.

2.    If it is determined that the cross-claim plaintiff was negligent in this action, which the cross-claim plaintiff expressly denies, then the cross-claim defendant, Bayview Crematory was also negligent and therefore the cross-claim plaintiff is entitled to contribution under M.G.L. c. 231B.

WHEREFORE, the cross-claim plaintiff respectfully requests that this Court enter judgment against Bayview Crematory for his pro rata share of the entire liability to the cross-

12

claim plaintiff, including interests, costs, attorneys fees and such other relief as the court deems just and proper.

## COUNT II - BREACH OF CONTRACT

3.      The injury and consequential damages sustained by the plaintiff, if any, were the direct and proximate result of the breach of contract by Bayview Crematory.

4      If it is determined that the cross-claim plaintiff was negligent in this action, which it expressly denies, then Bayview Crematory is liable to the cross-claim plaintiff as a result of his breach of contract.

WHEREFORE, the cross-claim plaintiff respectfully requests that this court enter judgment against Bayview Crematory for the entire liability to the cross-claim plaintiff, including interests, costs, attorneys fees and such other relief as the court deems just and proper.

## COUNT III - COMMON LAW INDEMNIFICATION

5.      The cross-claim plaintiff repeats the allegations of the preceding paragraphs and refers to the same as if specifically set forth herein.  If the plaintiff suffered damages as alleged, which the cross-claim plaintiff denies, these damages if any, were caused by the negligent acts or omissions and/or breach of contract by Bayview Crematory, and the cross-claim plaintiff did not participate in the negligence or breach of contract.  The liability of The Cremation Society, if any, if vicarious and derivative, while the liability of Bayview Crematory is direct and actual.

WHEREFORE, the Bayview Crematory demands judgment against Bayview Crematory, for all sums The Cremation Society pays or is ordered to pay plaintiff, together with interest, costs, and attorneys fees incurred by defending against plaintiff's action and bringing the cross-claim.

## JURY DEMAND

The defendant demands a trial by jury as to all issues properly triable by jury.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff's complaint should be dismissed pursuant to 12(b)(6) for failure to state a claim upon which relief can be granted.

### Second Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint misnames the defendant.

1159838v1

<b><u>Third Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that service of process was insufficient.

<b><u>Fourth Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

<b><u>Fifth Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(3) for improper venue.

<b><u>Sixth Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

<b><u>Seventh Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(5) for the insufficiency of service of process.

<b><u>Eighth Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the action is barred by the applicable statute of limitations.

<b><u>Ninth Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

<b><u>Tenth Affirmative Defense</u></b>

By way of affirmative defense, the defendants say that the plaintiff cannot recover for the reason that she failed to give notice of the damages allegedly suffered by her to the defendants as required by the statutes of the Commonwealth of Massachusetts.

<b><u>Eleventh Affirmative Defense</u></b>

By way of affirmative defense, the Court lacks personal jurisdiction over the defendants.

1159838v1

## Twelfth Affirmative Defense

By way of affirmative defense, the defendants say that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendants were not and is not legally responsible.

## Thirteenth Affirmative Defense

By way of affirmative defense, the defendants state that if the plaintiff and/or the plaintiff's decedent suffered injuries or damage, as alleged, such injuries or damage were caused by the superseding intervening conduct of a third party for whom the defendants are not legally responsible.

THE DEFENDANT,
CREMATION SOCIETY OF MASSACHUSETTS
By its attorney,

/s/Joseph M. Desmond
_____
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:_____

## CERTIFICATE OF SERVICE

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **ANSWER OF DEFENDANT, CREMATION SOCIETY OF MASSACHUSETTS TO PLAINTIFF'S COMPLAINT** to all counsel of record in this action by mailing the same, postage, prepaid to:

Theodore M. Hess-Mahan, Esq. – BBO #557109
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, MA 02109
(617-439-3939

Date:_____    Attorney:_____

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11904-RCL

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA, | ) |
| JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, | ) |
| SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, | ) |
| DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON | ) |
| HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID | ) |
| JOHNSON, DAWN LATTIME, KATHLEEN MCDONOUGH, | ) |
| TARA MCDONOUGH, ELEANOR POOLE AND DONNA | ) |
| M. TOMASO, ON BEHALF OF THEMSELVES AND ALL | ) |
| OTHERS SIMILARLY SITUATED, | ) |
|      Plaintiffs | ) |
| Vs. | ) |
| | |
| BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, | ) |
| LINDA STOKES, LARRY STOKES, AMERICAN | ) |
| CREMATION SOCIETY, INC., STEPHEN G. | ) |
| SCATAMACCHIA, COMMONWEALTH CREMATION | ) |
| & SHIPPING SERVICE, INC., CREMATION SOCIETY OF | ) |
| MASSACHUSETTS, DRACUT FUNERAL HOME | ) |
| INCORPORATED, HAMEL WICKENS & TROUPE | ) |
| FUNERAL HOME, INC. ROGER HAMEL, HART-WALLACE | ) |
| FUNERAL HOME, NEPTUNE SOCIETY, INC., | ) |
| SIMPLICITY BURIAL & CREMATION, INC. F/K/A | ) |
| OCEANSIDE FAMILY FUNERAL HOME, AND | ) |
| DOES 1-50 INCLUSIVE, | ) |
|     Defendants | ) |

## ANSWER OF DEFENDANT, CREMATION SOCIETY OF MASSACHUSETTS TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a  claim upon which relief can be granted.

### SECOND DEFENSE

The Defendant, The Cremation Society of Massachusetts, responds to the Plaintiff's Complaint Paragraph by Paragraph, as follows:

### NATURE OF ACTION

1.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

2.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

3.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

4.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

## PARTIES

5.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

6.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

7.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

8.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

9.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

10.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

11.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

12.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

13.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

14.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

15.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

16.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

17.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

18.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

19.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

20.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

21.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

22.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

23.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

24.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

25.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

26.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

27.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

28.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

29.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

30.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

31.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

32.    The allegations of this paragraph are denied.

33.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

34.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

1159838v1

35.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

36.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

37.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

38.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

39.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

40.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

41.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

42.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

43.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

## CLASS ACTION ALLEGATIONS

44.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

45.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

46.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

47.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

48.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

49.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

50.    The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

1159838v1

## FACTUAL ALLEGATIONS

51.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

52.    The allegations of this paragraph are denied.

53.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

54.    The allegations of this paragraph are denied.

55.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

56.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

57.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

58.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

59.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

60.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

61.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

62.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

63.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

64.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

65.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

66.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

67.    The allegations of this paragraph are denied.

68.    The allegations of this paragraph are denied.

69.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

70.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

71.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

72.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

73.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

74.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

75.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

76.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

77.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

78.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

79.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

80.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

81.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

82.    The allegations of this paragraph are denied.

83.    The allegations of this paragraph are denied.

84.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

85.    The allegations of this paragraph are denied.

1159838v1

86.    The allegations of this paragraph are denied.

87.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

88.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

89.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

90.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

91.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

92.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

93.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

94.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

95.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

96.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

97.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

98.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

99.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

100.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

101.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

102.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

1159838v1

103.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

104.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

105.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

106.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

107.    The allegations of this paragraph are denied.

108.    The allegations of this paragraph are denied.

109.    The allegations of this paragraph are denied.

## COUNT I

## EQUITABLE (INJUNCTIVE AND/OR DECLARATORY) RELIEF (AGAINST ALL DEFENDANTS)

110.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

111.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

112.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

113.    The allegations of this paragraph are denied.

114.    The allegations of this paragraph are denied.

115.    The allegations of this paragraph are denied.

116.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

117.    The allegations of this paragraph are denied.

118.    The allegations of this paragraph are denied.

## COUNT II

### BREACH OF CONTRACT
### (AGAINST THE FUNERAL HOME DEFENDANTS)

119.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

120.    The allegations of this paragraph are denied.

121.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

122.    The allegations of this paragraph are denied.

123.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

124.    The allegations of this paragraph are denied.

## COUNT III

### BREACH OF FIDUCIARY DUTY/SPECIAL DUTY
### (AGAINST ALL DEFENDANTS)

125.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

126.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

127.    The allegations of this paragraph are denied.

128.    The allegations of this paragraph are denied.

129.    The allegations of this paragraph are denied.

130.    The allegations of this paragraph are denied.

131.    The allegations of this paragraph are denied.

132.    The allegations of this paragraph are denied.

## COUNT IV

### FRAUDULENT CONDUCT
### (AGAINST BAYVIEW CREMATORY DEFENDANTS)

133.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

9

134.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

135.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

136.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

137.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

138.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

## COUNT V

### NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

139.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

140.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

141.    The allegations of this paragraph are denied.

142.    The allegations of this paragraph are denied.

## COUNT VI

### WILLFUL INTERFERENCE WITH REMAINS AND INTENTIONAL
### MISHANDLING OF A CORPSE
### (AGAINST ALL DEFENDANTS)

143.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

144.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

145.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

146.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

147.    The allegations of this paragraph are denied.

148.    The allegations of this paragraph are denied.

149.    The allegations of this paragraph are denied.

150.    The allegations of this paragraph are denied.

## COUNT VII

### NEGLIGENT INTERFERENCE WITH REMAINS AND MISHANDLING OF A CORPSE (AGAINST ALL DEFENDANTS)

151.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

152.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

153.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

154.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

155.    The allegations of this paragraph are denied.

156.    The allegations of this paragraph are denied.

157.    The allegations of this paragraph are denied.

## COUNT VIII

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (AGAINST ALL DEFENDANTS)

158.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

159.    The allegations of this paragraph are denied.

160.    The allegations of this paragraph are denied.

161.    The allegations of this paragraph are denied.

11

## COUNT IX

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## (AGAINST ALL DEFENDANTS)

162.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

163.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this complaint and calls upon the plaintiff to prove same.

164.    The allegations of this paragraph are denied.

165.    The allegations of this paragraph are denied.

## COUNT X

## CIVIL CONSPIRACY
## (AGAINST ALL DEFENDANTS)

166.    The defendant repeats and realleges each and every response contained above as if fully set forth herein.

167.    The allegations of this paragraph are denied.

168.    The allegations of this paragraph are denied.

169.    The allegations of this paragraph are denied.

## PRAYER FOR RELIEF

The defendant denies that the plaintiff has complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

## CROSS-CLAIM OF CREMATION SOCIETY OF MASSACHUSETTS
## V. BAYVIEW CREMATORY

## COUNT I - CONTRIBUTION

1.    The injury and consequential damages sustained by the plaintiff, if any, were the direct and proximate result of the negligence of Bayview Crematory.

2.    If it is determined that the cross-claim plaintiff was negligent in this action, which the cross-claim plaintiff expressly denies, then the cross-claim defendant, Bayview Crematory was also negligent and therefore the cross-claim plaintiff is entitled to contribution under M.G.L. c. 231B.

WHEREFORE, the cross-claim plaintiff respectfully requests that this Court enter judgment against Bayview Crematory for his pro rata share of the entire liability to the cross-

12

claim plaintiff, including interests, costs, attorneys fees and such other relief as the court deems just and proper.

## COUNT II - BREACH OF CONTRACT

3.    The injury and consequential damages sustained by the plaintiff, if any, were the direct and proximate result of the breach of contract by Bayview Crematory.

4    If it is determined that the cross-claim plaintiff was negligent in this action, which it expressly denies, then Bayview Crematory is liable to the cross-claim plaintiff as a result of his breach of contract.

WHEREFORE, the cross-claim plaintiff respectfully requests that this court enter judgment against Bayview Crematory for the entire liability to the cross-claim plaintiff, including interests, costs, attorneys fees and such other relief as the court deems just and proper.

## COUNT III - COMMON LAW INDEMNIFICATION

5.    The cross-claim plaintiff repeats the allegations of the preceding paragraphs and refers to the same as if specifically set forth herein.  If the plaintiff suffered damages as alleged, which the cross-claim plaintiff denies, these damages if any, were caused by the negligent acts or omissions and/or breach of contract by Bayview Crematory, and the cross-claim plaintiff did not participate in the negligence or breach of contract.  The liability of The Cremation Society, if any, if vicarious and derivative, while the liability of Bayview Crematory is direct and actual.

WHEREFORE, the Bayview Crematory demands judgment against Bayview Crematory, for all sums The Cremation Society pays or is ordered to pay plaintiff, together with interest, costs, and attorneys fees incurred by defending against plaintiff's action and bringing the cross-claim.

## JURY DEMAND

The defendant demands a trial by jury as to all issues properly triable by jury.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff's complaint should be dismissed pursuant to 12(b)(6) for failure to state a claim upon which relief can be granted.

### Second Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint misnames the defendant.

13

### Third Affirmative Defense

By way of affirmative defense, the defendants say that service of process was insufficient.

### Fourth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

### Fifth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(3) for improper venue.

### Sixth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

### Seventh Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(5) for the insufficiency of service of process.

### Eighth Affirmative Defense

By way of affirmative defense, the defendants say that the action is barred by the applicable statute of limitations.

### Ninth Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

### Tenth Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff cannot recover for the reason that she failed to give notice of the damages allegedly suffered by her to the defendants as required by the statutes of the Commonwealth of Massachusetts.

### Eleventh Affirmative Defense

By way of affirmative defense, the Court lacks personal jurisdiction over the defendants.

14

## Twelfth Affirmative Defense

By way of affirmative defense, the defendants say that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendants were not and is not legally responsible.

## Thirteenth Affirmative Defense

By way of affirmative defense, the defendants state that if the plaintiff and/or the plaintiff's decedent suffered injuries or damage, as alleged, such injuries or damage were caused by the superseding intervening conduct of a third party for whom the defendants are not legally responsible.

THE DEFENDANT,
CREMATION SOCIETY OF MASSACHUSETTS
By its attorney,


/s/Joseph M. Desmond
_____
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:_____

## CERTIFICATE OF SERVICE

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **ANSWER OF DEFENDANT, CREMATION SOCIETY OF MASSACHUSETTS TO PLAINTIFF'S COMPLAINT** to all counsel of record in this action by mailing the same, postage, prepaid to:

Theodore M. Hess-Mahan, Esq. – BBO #557109
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, MA 02109
(617-439-3939


Date:_____        Attorney:_____


15

1159838v1