**ATTN: Docket Clerk, Ms. Marie Bell**                    Date: 10/12/2005
U.S. District Court
Boston Division
1 Courthouse Way                 *05cv11904RCL*
Boston, MA. 02210

RE:    **??** vs. Bayview Crematory, et al

Dear Ms. Bell,

During the week of September 19-23, 2005 a lawsuit was filed in regards to the above named matter. As you can see I am unsure of the complaining parties names, as there are so many, but the Defendant I am positive of. I am writing to request a copy of the Civil Action Complaint—not the civil action cover sheet—that was filed in regards to the above referenced case.

I hope that you can assist me in this vitally important matter. In any event I hope to hear from you soon. In closing I wish you a good day.

Respectfully submitted,

Dana Abrahams, pro se
P.O. Box 807; Bldg. 240-B
Middleton, MA. 01949