AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of          MASSACHUSETTS

ALAN C. ANDERSEN, et al.

**SUMMONS IN A CIVIL ACTION**

V.

BAYVIEW CREMATORY, LLC., et al

CASE NUMBER:

## 05-11904

TO: (Name and address of Defendant)

Commonwealth Cremation & Shipping Services, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____          9-20-05

CLERK                                                DATE

DEPUTY CLERK

**COMMONWEALTH OF MASSACHUSETTS**
**United States District Court, District of Massachusetts**
Docket/Case No: 05-1190 4 RCL

I hereby certify and return that today, October 17, 2005, at 11:50 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Commonwealth Cremation & Shipping Services, Inc., by giving in hand to Arthur Hasiotis, Agent in Charge. Said service was effected at: Commonwealth Cremation & Shipping Services, Inc., 1654 Washington Street, Boston, MA 02118.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 17, 2005.

David G. BeDugnis, Sr., Constable of Boston
A Disinterested Person over Age 18.    Total Fees: Total Price: $40.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Returned unexecuted.

☐ Other (specify):

---

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                              Date                              Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.