AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ALAN C. ANDERSEN, et al.

V.

BAYVIEW CREMATORY, LLC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  **05 - 11904 RCL**

TO: (Name and address of Defendant)

Commonwealth Funeral Services, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____          9-20-05
(By) DEPUTY CLERK                     DATE

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court, District of Massachusetts
Docket/Case No: 05-1190 4 RCL

I hereby certify and return that today, October 17, 2005, at 11:50 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Commonwealth Funeral Services, Inc., by giving in hand to Arthur Hasiotis, Agent in Charge. Said service was effected at: Commonwealth Funeral Services, Inc., 1654 Washington Street, Boston, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 17, 2005.

*[signature]*
David G. BeDugnis, Sr., Constable of Boston
& Disinterested Person over Age 18.    Total Fees: Total Price: $40.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                         Date                                          *Signature of Server*

                                                                        _____
                                                                        *Address of Server*

X *Arthur C Hasiotis*    10/17/2005
   Owner                 11:50 AM

*[handwritten margin: 1654 Wash Ave Washington]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.