UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11904 (RCL)

ALAN C. ANDERSEN, SUZANNE BOURASSA,
JOHN CARLSON, ROBERT DELIA, STEVEN
DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS,
JOHN FOSTER, DENNIS FOWLER, EDWARD
GALVIN, JR., BRITTON HALL, PATRICIA
HANNIGAN, MARIE IGNOTO, DAVID JOHNSON
DAWN LATTIME, KATHLEEN MCDONOUGH,
TARA MCDONOUGH, ELEANOR POOLE, and
DONNA M. TOMASO, On Behalf of Themselves and
All Others Similarly Situated,

      Plaintiffs,

v.

BAYVIEW CREMATORY, LLC, DEREK A.
WALLACE, LINDA STOKES, LARRY STOKES,
AMERICAN CREMATION SOCIETY, INC.,
STEPHEN G. SCATAMACCHIA,
COMMONWEALTH CREMATION &
SHIPPING SERVICE, INC., CREMATION SOCIETY
OF MASSACHUSETTS, DRACUT FUNERAL HOME
INCORPORATED, HAMEL WICKENS & TROUPE
FUNERAL HOME, INC., ROGER HAMEL,
HART-WALLACE FUNERAL HOME,
NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL
& CREMATION, INC. f/k/a OCEANSIDE
FAMILY FUNERAL HOME, and
DOES 1-50, INCLUSIVE,

      Defendants.



## DEFENDANT DRACUT FUNERAL HOME, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Dracut Funeral Home, Inc. ("Dracut"), by its undersigned counsel, hereby states that it is a corporation organized and existing under the laws of Massachusetts. Dracut is not a subsidiary of any corporation and does not have a

123458.00601/11481529v.1

parent corporation, and there is no publicly held company that owns ten percent (10%) or more of the stock of Dracut.

Respectfully Submitted,

**DEFENDANT, DRACUT FUNERAL HOME, INC.**
By its attorneys,

Dated: November 3, 2005

MICHAEL E. OKOLITA
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

and

GRANT S. PALMER
JOHN J. DiCHELLO
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
(215) 569-5500
(*Pro Hac Vice* Motions Pending)

*Attorneys for Defendant, Dracut Funeral Home, Inc.*

## CERTIFICATE OF SERVICE

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Corporate Disclosure Statement of Defendant Dracut Funeral Home, Inc. was served upon the parties or their counsel of record as appearing on the attached Service List on this 3rd day of November, 2005 via First Class Mail, postage prepaid.

MICHAEL E. OKOLITA

## SERVICE LIST
*Anderson et als vs. Bayview Crematory, LLC, et als*
Civil Action No. 05-11904 (RCL)

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02109
    and
Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
**Counsel for Plaintiffs**

Dona Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
**Counsel for Bayview Crematory, LLC**

Richard Cavanaugh, Esquire
Gallagher & Cavanaugh
1 Foot of John Street
Lowell, MA 01852
**Counsel for Derek A. Wallace**

Mandi Jo Hanneke, Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society, Inc.**

-2-

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
**Counsel for Farrah Funeral Home**

Brian K. Walsh, Esquire
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
**Counsel for Hamel Wickens & Troupe Funeral Home, Inc.**

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
**Counsel for Keefe Funeral Home, Inc.**

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108
**Counsel for William F. Spencer Funeral Services**

American Cremation Society, Inc.
385 Washington Street
Haverhill, MA 01832
**Defendant**

Neptune Society, Inc.
4312 Woodman Avenue; 3rd Floor
Sherman Oaks, CA 91423
**Defendant**

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
287 High Street
Newburyport, MA 01950
**Defendant**