UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11904-RCL

| | |
|---|---|
| ALAN C. ANDERSEN, et al., <br>               Plaintiffs, <br> v. <br> BAYVIEW CREMATORY, LLC, et al., <br>               Defendants. | **DEFENDANT COMMONWEALTH CREMATION AND SHIPPING SERVICE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.3, the Defendant, Commonwealth Cremation And Shipping Service, Inc. ("Commonwealth"), by its undersigned counsel, hereby states that it is a corporation organized and existing under the laws of the Commonwealth of Massachusetts. Commonwealth is not a subsidiary of any corporation and does not have a parent corporation, and there is no publicly held company that owns ten percent (10%) or more of the stock of Commonwealth.

COMMONWEALTH CREMATION AND
SHIPPING SERVICE, INC.

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: November 7, 2005

_____
Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, hereby certifies that on this ⊥ day of November, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon the following:

Theodore M. Hess-Mahan, Esquire
Shapiro Haber & Urmy, LLP
53 State Street
Boston, Massachusetts 02109
(Plaintiffs' Counsel)

William P. Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts 02360-4546
(Counsel for Bayview)

_____
Dennis E. McKenna

921724.1