UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KATHLEEN McDONOUGH, TARA McDONOUGH, ELEANOR POOLE, and DONNA M. TOMASO, on behalf of themselves and all others similarly situated,<br>Plaintiffs<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, DRACUT FUNERAL HOME INCORPORATED, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1-50, INCLUSIVE,<br>Defendants | CIVIL ACTION<br>NO. 05-11904 RCL |

**AFFIDAVIT OF GRANT S. PALMER FOR ADMISSION *PRO HAC VICE***

County of Philadelphia
State of Pennsylvania

Comes affiant, Grant S. Palmer, and after having first been sworn states:

1. My name is Grant S. Palmer, and I am a resident of Philadelphia, Pennsylvania.

2. I am a partner in the law firm of Blank & Rome, LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania, 19103.

3. I received my J.D. degree from the University of Pennsylvania Law School in 1989.

4. I am admitted to practice before the State Court of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit.

5. I am in good standing with the State Bar of Pennsylvania, and I am not under suspension or disbarment of any bar in which I am a member. There are no disciplinary actions currently pending against me.

6. If allowed to be admitted to practice *pro hac vice* in this case, I affirm that I will abide by all State and Local Rules applicable to this litigation. I have become familiar with and have access to the local Rules of this Court.

_____
GRANT S. PALMER
Pennsylvania Bar No. 57686

Subscribed and sworn to before me by Grant S. Palmer, personally, this __18th__ , day of __November__ , 2005.

_____
Dorothy L. Wydra
Notary Public
My commission expires: __10-31-06__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DOROTHY L. WYDRA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KATHLEEN McDONOUGH, TARA McDONOUGH, ELEANOR POOLE, and DONNA M. TOMASO, on behalf of themselves and all others similarly situated,<br>                    Plaintiffs<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, DRACUT FUNERAL HOME INCORPORATED, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1-50, INCLUSIVE,<br>                      Defendants | CIVIL ACTION<br>NO. 05-11904 RCL |

### AFFIDAVIT OF MICHAEL E. OKOLITA

Michael E. Okolita, Esquire, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and an attorney for the defendant, Dracut Funeral Home Incorporated, in the above entitled action.

2. I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of said Defendant's Motion to have Grant S. Palmer, Esquire, admitted of counsel, *Pro Hac Vice*, with respect to the above entitled action.

3. The affiant has been acting as local counsel with respect to this matter and respectfully requests that the court allow Grant S. Palmer, Esquire, to be admitted *Pro Hac Vice* for purposes of serving as counsel for the defendant, Dracut Funeral Home Incorporated.

4. The affiant submits that Attorney Palmer has experience with respect to the issues being presented in the present lawsuit and is a member in good standing of the Bar of the Commonwealth of Pennsylvania. Pennsylvania is a state which allows similar admission privileges to attorneys in good standing in Massachusetts.

5. The affiant submits to the Court that Mr. Palmer would do justice to both his clients and the Bar. The Court is respectfully referred to the attached Affidavit regarding Mr. Palmer's qualifications.

6. The affiant respectfully requests that Grant S. Palmer, Esquire, be admitted *Pro Hac Vice* in the above entitled action to serve as counsel for the defendant, Dracut Funeral Home Incorporated.

WHEREFORE, Michael E. Okolita, Esquire, respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Grant S. Palmer, Esquire, to the United States District Court for the District of Massachusetts to practice with respect to the above captioned action, together with such other and further relief as the Court may deem just and proper.

_____
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255
**Attorney for the Defendant,**
**Dracut Funeral Home Incorporated**

Sworn to before me on this
30th day of November, 2005.

_____
Louise M. Carter, Notary Public
My commission expires: 12/1/06



LOUISE M. CARTER
Notary Public
Commonwealth of Massachusetts
My Commission Expires Dec 1, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KATHLEEN McDONOUGH, TARA McDONOUGH, ELEANOR POOLE, and DONNA M. TOMASO, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　Plaintiffs<br>　　　　　　VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, DRACUT FUNERAL HOME INCORPORATED, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1-50, INCLUSIVE,<br>　　　　　　　　　Defendants | CIVIL ACTION<br>NO. 05-11904 RCL |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying **Motion for Admission to Practice of Grant S. Palmer, Esquire**, the undersigned will move this Court for an Order pursuant to Local Rule 83.5.3(b) granting the *Pro Hac Vice* Admission of Grant S. Palmer, Esquire, to practice in the United States District Court for the District of Massachusetts, for the particular case of *Alan C. Andersen, et als, on behalf of themselves and all other similarly situated, vs. Bayview Crematory, LLC, et als*, Case No. 05-11904 RCL, **as counsel for the defendant herein, Dracut Funeral Home Incorporated.**

Michael E. Okolita, Esquire – BBO: 378255
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
Dated: November 30, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KATHLEEN McDONOUGH, TARA McDONOUGH, ELEANOR POOLE, and DONNA M. TOMASO, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　Plaintiffs<br>　　　　　　　VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, DRACUT FUNERAL HOME INCORPORATED, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1-50, INCLUSIVE,<br>　　　　　　　　　Defendants | CIVIL ACTION<br>N0. 05-11904 RCL |

## ORDER

Upon fulfilling the requirements set forth in Local Rule 83.5.3(b) of the District of Massachusetts, Grant S. Palmer, Esquire, is hereby accepted for *Pro Hac Vice* Admission to practice in the United States District Court for the District of Massachusetts for the particular case of *Alan C. Andersen et als, on behalf of themselves and all others similarly situated, vs. Bayview Crematory, LLC, et als*, Civil Action No. 05-11904 RCL, as counsel for the defendant therein, Dracut Funeral Home Incorporated.

IT IS SO ORDERED

Dated: _____, 2005   _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

## CERTIFICATE OF SERVICE

I, Michael E. Okolita, hereby certify that a true and correct copy of the within Motion for Admission of Grant S. Palmer Pro Hac Vice, Affidavit of Grant S. Palmer in support of said motion, Affidavit of Michael E. Okolita, Notice of Motion and proposed Order were served upon the parties or their counsel of record as appearing on the attached Service List on this 30th day of November, 2005, via first class mail, postage prepaid.

_____
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255
**Attorney for the Defendant,
Dracut Funeral Home Incorporated**

## SERVICE LIST
### *Andersen et als vs. Bayview Crematory, LLC, et als*
### Civil Action No. 05-11904 (RCL)

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02109
    and
Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
**Counsel for Plaintiffs**

Dona Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
**Counsel for Bayview Crematory, LLC**

Richard Cavanaugh, Esquire
Michael W. Gallagher, Esquire
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
**Counsel for Derek A. Wallace;**
**Hart-Wallace Funeral Home; and**
**Simplicity Burial & Cremation, Inc., f/k/a**
**Oceanside Family Funeral Home**

Mandi Jo Hanneke, Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society, Inc.**

-2-

Stuart M. Holber, Esquire
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haveryhill, MA 01830
**Counsel for Scatamacchia Funeral Home**

Dennis E. McKenna, Esquire
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
**Counsel for Commonwealth Cremation & Shipping Service, Inc.**

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
**Counsel for Farrah Funeral Home**

Brian K. Walsh, Esquire
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
**Counsel for Hamel Wickens & Troupe Funeral Home, Inc.**

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
**Counsel for Keefe Funeral Home, Inc.**

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108
**Counsel for William F. Spencer Funeral Services**

American Cremation Society, Inc.
385 Washington Street
Haverhill, MA 01832
**Defendant**

-3-

Neptune Society, Inc.
4312 Woodman Avenue; 3rd Floor
Sherman Oaks, CA 91423
**Defendant**