UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11904(RCL)

ALAN C. ANDERSEN, SUZANNE BOURASSA, )
JOHN CARLSON, ROBERT DELIA, STEVEN   )
DUMAIS, SARA-ANNE EAMES, SHAUN       )
FERRIS, JOHN FOSTER, DENNIS FOWLER,  )
EDWARD GALVIN, JR., BRITTON HALL,    )
PATRICIA HANNIGAN, MARIA IGNOTO,     )
DAVID JOHNSON, DAWN LATTIME,         )
KATHLEEN MCDONOUGH, TARA             )
MCDONOUGH, ELEANOR POOLE AND         )
DONNA M. TOMASO, ON BEHALF OF        )
THEMSEVLES AND ALL OTHERS            )
SIMILARLY SITUATED,                  )
    Plaintiffs                       )
Vs.

BAYVIEW CREMATORY, LLC, DEREK A.     )
WALLACE, LINDA STOKES, LARRY STOKES, )
AMERICAN CREMATION SOCIETY, INC.,    )
STEPHEN G. SCATAMACCHIA,             )
COMMONWEALTH CREMATION & SHIPPING    )
SERVICE INC., CREMATION SOCIETY OF   )
MASSACHUSETTS, DRACUT FUNERAL        )
HOME INCORPORATED, HAMEL WICKENS &   )
TROUPE FUNERAL HOME, INC. ROGER      )
HAMEL, HART-WALLACE FUNERAL HOME,    )
NEPTUNE SOCIETY, INC., SIMPLICITY    )
BURIAL & CREMATION, INC. F/K/A       )
OCEANSIDE FAMILY FUNERAL HOME, AND   )
DOES 1-50 INCLUSIVE,                 )
    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendant Neptune Society Inc. in

the above-entitled matter.

DEFENDANT,
NEPTUNE SOCIETY INC.,

By its Attorney,
Maureen L. Reilly

Dated: 12/6/05

Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617)338-2144
BBO#555369

CERTIFICATE OF SERVICE

I, Maureen Reilly, hereby certify that on this 8th day of December, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon the following:

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haver & Urmy LLP
53 State Street
Boston, MA 02109
    And
Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Couglin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
**Counsel for Plaintiffs**

Donna Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110

**Counsel for Bayview Crematory, LLC**

Richard Cavanaugh, Esquire
Gallagher & Cavanaugh
1 Foot of John Street
Lowell, MA 01852
**Counsel for Derek A. Wallace**

Mandi Jo Hanneke, Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda and Larry Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLp
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society of Massachusetts**

Michael Okolita
Donald E. Fenner and Associates
120 Front Street Suite 310
Worcester, MA 01608-1424

Grant S. Palmer
John J. Dichello
Blank Rome LLp
1 Logan Square
Philadelphia, PA 19103
**Counsel for Dracut Funeral Home**

Dennis E. McKenna
Reimer & Braunstein
3 Center Plaza
Boston, MA 02108
**Counsel for Cremation and Shipping Service Inc.**

American Cremation Society, Inc.
Stephen Scatamacchia
385 Washington Street
Haverhill, MA 01832
**Defendant**

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
287 High Street
Newburyport, MA 01950
**Defendant**

Hart Wallace Funeral Home
107 S Broadway
Lawrence, MA 01843
**Defendant**

Commonwealth Cremation and Funeral Services Inc.
1654 Washington Street
Boston, MA 02118
**Defendant**

Hamel Wickens & Troupe Funeral Home, Inc.
Roger Hamel
26 Adams Street
Quincy, MA
**Defendant**