UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 05-11904RCL

ALAN C. ANDERSEN, SUZANNE BOURASSA, )
JOHN CARLSON, ROBERT DELIA, STEVEN )
DUMAIS, SARA-ANNE EAMES, SHAUN )
FERRIS, JOHN FOSTER, DENNIS FOWLER, )
EDWARD GALVIN, JR., BRITTON HALL, )
PATRICIA HANNIGAN, MARIA IGNOTO, )
DAVID JOHNSON, DAWN LATTIME, )
KATHLEEN MCDONOUGH, TARA )
MCDONOUGH, ELEANOR POOLE AND )
DONNA M. TOMASO, ON BEHALF OF )
THEMSEVLES AND ALL OTHERS )
SIMILARLY SITUATED, )
    Plaintiffs )
Vs.

BAYVIEW CREMATORY, LLC, DEREK A. )
WALLACE, LINDA STOKES, LARRY STOKES, )
AMERICAN CREMATION SOCIETY, INC., )
STEPHEN G. SCATAMACCHIA, )
COMMONWEALTH CREMATION & SHIPPING )
SERVICE INC., CREMATION SOCIETY OF )
MASSACHUSETTS, DRACUT FUNERAL )
HOME INCORPORATED, HAMEL WICKENS & )
TROUPE FUNERAL HOME, INC. ROGER )
HAMEL, HART-WALLACE FUNERAL HOME, )
NEPTUNE SOCIETY, INC., SIMPLICITY )
BURIAL & CREMATION, INC. F/K/A )
OCEANSIDE FAMILY FUNERAL HOME, AND )
DOES 1-50 INCLUSIVE, )
    Defendants

DEFENDANT NEPTUNE SOCIETY INC.'S ASSENTED TO MOTION FOR
AN EXTENSION OF TIME FOR FILING A RESPONSIVE PLEADING TO
PLAINTIFFS' COMPLAINT UNTIL DECEMBER 26, 2005

Now comes the Defendant Neptune Society Inc. (Neptune) and hereby move this

Honorable Court to grant it an extension of time for filing a responsive pleading to the plaintiff's complaint until December 26, 2005. As grounds for its motion the defendant states as follows:

1. This is a class action lawsuit which was filed on or about September 20, 2005.

2. It is believed that the Defendant was served with the complaint in California in late October or early November, 2005. Following receipt of the complaint the Defendant moved its corporate offices from California to Florida. No return of service has been filed with the Court or received by counsel.

3. Counsel for Defendant was retained by the Defendant's insurer on November 28, 2005 and herein files a Notice of Appearance.

4. Counsel needs additional time to adequately respond to the complaint, particularly where the Defendant is an out of state defendant and issues of jurisdiction must be assessed.

5. Plaintiffs' counsel has assented to this motion. No party will be prejudiced by an allowance hereof.

WHEREFORE, based on the foregoing the Defendant Neptune Society Inc. requests that this Honorable Court extend the time by which it must answer the complaint until December 26, 2005.

PLAINTIFFS, Alan Andersen and others,
By their attorney,

_____
Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617)-439-3939
BBO# 557109

DEFENDANT
NEPTUNE SOCIETY INC.,
By its Attorney,
Maureen L. Reilly

Dated: 12/6/05

Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617)338-2144
BBO#555369

CERTIFICATE OF SERVICE

I, Maureen Reilly, hereby certify that on this 6th day of December, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon the following:

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haver & Urmy LLP
53 State Street
Boston, MA 02109
	And
Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Couglin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
**Counsel for Plaintiffs**

Donna Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
**Counsel for Bayview Crematory, LLC**

Richard Cavanaugh, Esquire
Gallagher & Cavanaugh
1 Foot of John Street
Lowell, MA 01852
**Counsel for Derek A. Wallace**

Mandi Jo Hanneke, Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda and Larry Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLp
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society of Massachusetts**

Michael Okolita
Donald E. Fenner and Associates
120 Front Street Suite 310
Worcester, MA 01608-1424

Grant S. Palmer
John J. Dichello
Blank Rome LLp
1 Logan Square
Philadelphia, PA 19103
**Counsel for Dracut Funeral Home**

Dennis E. McKenna
Reimer & Braunstein
3 Center Plaza
Boston, MA 02108
**Counsel for Cremation and Shipping Service Inc.**

American Cremation Society, Inc.
Stephen Scatamacchia
385 Washington Street
Haverhill, MA 01832
**Defendant**

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
287 High Street

Newburyport, MA 01950
**Defendant**

Hart Wallace Funeral Home
107 S Broadway
Lawrence, MA 01843
**Defendant**

Commonwealth Cremation and Funeral Services Inc.
1654 Washington Street
Boston, MA 02118
**Defendant**

Hamel Wickens & Troupe Funeral Home, Inc.
Roger Hamel
26 Adams Street
Quincy, MA
**Defendant**