%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

ALAN C. ANDERSEN, et al.

v.

BAYVIEW CREMATORY, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11904 RCL

TO: (Name and address of Defendant)

Linda Stokes

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this _12th_ day of _December_, 2005

SARAH A. THORNTON                    _[signature]_
CLERK                                 Attorney for Defendant Linda Stokes

_[signature]_                         DATE 9-20-05
(By) DEPUTY CLERK