UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 05-11904RCL

ALAN C. ANDERSEN, SUZANNE BOURASSA, )
JOHN CARLSON, ROBERT DELIA, STEVEN )
DUMAIS, SARA-ANNE EAMES, SHAUN )
FERRIS, JOHN FOSTER, DENNIS FOWLER, )
EDWARD GALVIN, JR., BRITTON HALL, )
PATRICIA HANNIGAN, MARIA IGNOTO, )
DAVID JOHNSON, DAWN LATTIME, )
KATHLEEN MCDONOUGH, TARA )
MCDONOUGH, ELEANOR POOLE AND )
DONNA M. TOMASO, ON BEHALF OF )
THEMSEVLES AND ALL OTHERS )
SIMILARLY SITUATED, )
    Plaintiffs )
Vs.

BAYVIEW CREMATORY, LLC, DEREK A. )
WALLACE, LINDA STOKES, LARRY STOKES, )
AMERICAN CREMATION SOCIETY, INC., )
STEPHEN G. SCATAMACCHIA, )
COMMONWEALTH CREMATION & SHIPPING )
SERVICE INC., CREMATION SOCIETY OF )
MASSACHUSETTS, DRACUT FUNERAL )
HOME INCORPORATED, HAMEL WICKENS & )
TROUPE FUNERAL HOME, INC. ROGER )
HAMEL, HART-WALLACE FUNERAL HOME, )
NEPTUNE SOCIETY, INC., SIMPLICITY )
BURIAL & CREMATION, INC. F/K/A )
OCEANSIDE FAMILY FUNERAL HOME, AND )
DOES 1-50 INCLUSIVE, )
    Defendants

**DEFENDANT NEPTUNE SOCIETY INC.'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. PRO. 12(b)(2)**

Now comes the Defendant Neptune Society Inc. (Neptune) and hereby moves this Honorable Court to dismiss the Plaintiffs' complaint against it. As grounds for its motion the defendant states as follows:

This court lacks personal jurisdiction over the Defendant and the Complaint should be dismissed in accordance with Fed. R. Civ. Pro. 12(b)(2) as set forth in the attached memorandum of law.

WHEREFORE, based on the foregoing the Defendant Neptune Society Inc. requests that this Honorable Court dismiss the Plaintiffs' Complaint against Defendant Neptune Society Inc.

Dated: 12/22/05

DEFENDANT
NEPTUNE SOCIETY INC.,
By its Attorney,
Maureen L. Reilly

Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617)338-2144
BBO#555369

### CERTIFICATE OF SERVICE

I, Maureen Reilly, hereby certify that on this 22 day of December, 2005, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon the following:

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haver & Urmy LLP
53 State Street
Boston, MA 02109

And
Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Couglin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
**Counsel for Plaintiffs**

Donna Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
**Counsel for Bayview Crematory, LLC**

Richard Cavanaugh, Esquire
Gallagher & Cavanaugh
1 Foot of John Street
Lowell, MA 01852
**Counsel for Derek A. Wallace**

Mandi Jo Hanneke, Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda and Larry Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLp
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society of Massachusetts**

Michael Okolita
Donald E. Fenner and Associates
120 Front Street Suite 310
Worcester, MA 01608-1424

Grant S. Palmer
John J. Dichello
Blank Rome LLp
1 Logan Square
Philadelphia, PA 19103
**Counsel for Dracut Funeral Home**

Dennis E. McKenna
Reimer & Braunstein
3 Center Plaza
Boston, MA 02108
**Counsel for Cremation and Shipping Service Inc.**

American Cremation Society, Inc.
Stephen Scatamacchia
385 Washington Street
Haverhill, MA 01832
**Defendant**

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
287 High Street
Newburyport, MA 01950
**Defendant**

Hart Wallace Funeral Home
107 S Broadway
Lawrence, MA 01843
**Defendant**

Commonwealth Cremation and Funeral Services Inc.
1654 Washington Street
Boston, MA 02118
**Defendant**

Hamel Wickens & Troupe Funeral Home, Inc.
Roger Hamel

26 Adams Street
Quincy, MA
**Defendant**