UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 05-11904RCL

ALAN C. ANDERSEN, SUZANNE BOURASSA, )
JOHN CARLSON, ROBERT DELIA, STEVEN )
DUMAIS, SARA-ANNE EAMES, SHAUN )
FERRIS, JOHN FOSTER, DENNIS FOWLER, )
EDWARD GALVIN, JR., BRITTON HALL, )
PATRICIA HANNIGAN, MARIA IGNOTO, )
DAVID JOHNSON, DAWN LATTIME, )
KATHLEEN MCDONOUGH, TARA )
MCDONOUGH, ELEANOR POOLE AND )
DONNA M. TOMASO, ON BEHALF OF )
THEMSEVLES AND ALL OTHERS )
SIMILARLY SITUATED, )
    Plaintiffs )

Vs.

BAYVIEW CREMATORY, LLC, DEREK A. )
WALLACE, LINDA STOKES, LARRY STOKES, )
AMERICAN CREMATION SOCIETY, INC., )
STEPHEN G. SCATAMACCHIA, )
COMMONWEALTH CREMATION & SHIPPING )
SERVICE INC., CREMATION SOCIETY OF )
MASSACHUSETTS, DRACUT FUNERAL )
HOME INCORPORATED, HAMEL WICKENS & )
TROUPE FUNERAL HOME, INC. ROGER )
HAMEL, HART-WALLACE FUNERAL HOME, )
NEPTUNE SOCIETY, INC., SIMPLICITY )
BURIAL & CREMATION, INC. F/K/A )
OCEANSIDE FAMILY FUNERAL HOME, AND )
DOES 1-50 INCLUSIVE, )
    Defendants

### AFFIDAVT OF DOROTHY PACIMEO

1.     I am currently the office manager for the New York office of Neptune Society Inc. (Neptune) located on Long Island, New York and have been employed at Neptune since January 2001.

2.  Based on information and belief both Ms. Hannigan and Mrs. Scheid were residents of the State of Maine at the time of Mrs. Scheid's death.

3.  Based on information and belief, at no time material hereto were either Ms. Hannigan or Mrs. Scheid residents of the Commonwealth of Massachusetts.

4.  In or around, 1996 Mrs. Scheid purchased a prepaid cremation contract from Neptune's New York office. At the time of the purchase Ms. Scheid was a resident of the State of New York. All transactions relating to the purchase of the contract occurred in the State of New York. Based on information and belief sometime thereafter, Mrs. Scheid moved to the State of Maine.

5.  Since its inception Neptune has been incorporated in the State of Florida. Until July, 2005 Neptune's principal corporate functions were performed in the State of California . In July, 2005 Neptune moved its corporate headquarters to Fort Lauderdale, Florida. The complaint was served on Neptune in California.

6.  Neptune is licensed to do business and has local offices in Arizona, California, Colorado, Florida, Illinois, Missouri, Nevada, New York, Oregon, Texas, and Washington. Neptune has never been licensed to do business in the Commonwealth of Massachusetts and has never operated an office in Massachusetts nor has it solicited business in the Commonwealth of Massachusetts.

7.  On or about January 15, 2005 Mrs. Scheid passed away in the Cove Edge Nursing Home located in Damariscotta, Maine. Following her death, Ms. Hannigan, also a resident of Maine, telephoned Neptune in New York and informed me that Mrs. Scheid had passed away. I telephoned Derek Wallace of Hart-Wallace Funeral Home, a New England based professional mortuary association, to perform the cremation services by calling a toll free number (888-889-4762). Thereafter, I faxed Mrs. Scheid's authorization to Mr. Wallace at 978-499-0847. I had two follow up conversations regarding the death certificates with Mark of Hart-Wallace Funeral Home by dialing the toll free number. I have no knowledge as to where the toll free calls were accepted.

8. No written contract was ever executed by and between Neptune and Mr. Wallace or any of his affiliate companies.

9. Following my contact with Mr. Wallace Mr. Wallace and/or his agent picked up Mrs. Scheid's body in Maine, transported it to Bayview Crematory in Seabrook, New Hampshire, performed the cremation at Bayview Creamatory in Seabrook, New Hampshire and delivered the cremains to Neptune in Medford, New York. Neptune thereafter, pursuant to its contract with Ms. Scheid, disposed of Ms. Scheid's cremains in the State of New York.

10. Neptune never had any dealings of any kind with Ms. Hannigan or Mrs. Schied in the Commonwealth of Massachusetts.

11. Neptune derived no revenue from its dealings with Mr. Wallace or Hart-Wallace Funeral Home.

Signed under the pains and penalties of perjury this 19th day of Dec., 2005

Dorothy Pacimeo
Office Manager

EXHIBIT A