# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11904-RCL

_____

ALAN C. ANDERSEN, SUZANNE )
BOURASSA, JOHN CARLSON, )
ROBERT DELIA, STEVEN DUMAIS, )
SARA-ANNE EAMES, SHAUN FERRIS, )
JOHN FOSTER, DENNIS FOWLER, )
EDWARD GALVIN, JR., BRITTON )
HALL, PATRICIA HANNIGAN, MARIE )
IGNOTO, DAVID JOHNSON, DAWN )
LATTIME, KATHLEEN MCDONOUGH, )
TARA MCDONOUGH, ELEANOR )
POOLE and DONNA M. TOMASO, )
on behalf of all others similarly )
situated, )
     **Plaintiffs** )
  )
  )
v. )
  )
  )
  )
BAYVIEW CREMATORY, LLC, DEREK )
A. WALLACE, LINDA STOKES, )
LAWRENCE STOKES, AMERICAN )
CREMATION SOCIETY, INC., )
STEPHEN G. SCATAMACCHIA, )
COMMONWEALTH CREMATION & )
SHIPPING SERVICE, INC., )
CREMATION SOCIETY OF )
MASSACHUSETTS, DRACUT )
FUNERAL HOME INCORPORATED, )
HAMEL WICKENS & TROUPE )
FUNERAL HOME, INC., ROGER )
HAMEL, HART-WALLACE FUNERAL )
HOME, NEPTUNE SOCIETY, INC., )
SIMPLICITY BURIAL & CREMATION, )
INC., f/k/a OCEANSIDE FAMILY )
FUNERAL HOME, and DOES 1-50 )
 INCLUSIVE, )
     **Defendants** )
_____)

**ANSWER OF DEFENDANTS, LINDA
STOKES AND LAWRENCE STOKES,
TO PLAINTIFFS' COMPLAINT**

## NATURE OF THIS ACTION

1.      The defendants deny the allegations contained in paragraph 1 of the plaintiffs' Complaint.

2.      The defendants deny the allegations contained in paragraph 2 of the plaintiffs' Complaint.

3.      The defendants deny the allegations contained in paragraph 3 of the plaintiffs' Complaint.

4.      The defendants deny the allegations contained in paragraph 4 of the plaintiffs' Complaint.

## PARTIES

5.      The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 5 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

6.      The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 6 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

7.      The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 7 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

8.      The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 8 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

9.      The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 9 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

10.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 10 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

11.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 11 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

12.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 12 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

13.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 13 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

14.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 14 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

15.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 15 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

16.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 16 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

17.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 17 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

18.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 18 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

19.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 19 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

20.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 20 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

21.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 21 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

22.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 22 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

23.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 23 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

24.     The defendants admit that Bayview Crematory, LLC is a New Hampshire limited liability company with its principal place of business at 204 New Zealand Road, Seabrook, New Hampshire, but are without knowledge concerning the remaining allegations contained in paragraph 24 of the plaintiffs' Complaint and, therefore, deny such allegations.

25.     The defendants deny the allegations contained in paragraph 25 of the plaintiffs' Complaint.

26.     The defendants admit that Linda Stokes is Derek Wallace's mother, but deny the remaining allegations contained in paragraph 26 of the plaintiffs' Complaint.

27.     The defendants admit that Lawrence Stokes is Derek Wallace's stepfather, but deny the remaining allegations contained in paragraph 27 of the plaintiffs' Complaint.

28.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 28 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

29.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 29 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

30.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 30 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

31.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 31 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

32.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 32 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

33.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 33 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

34.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 34 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

35.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 35 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

36.     The defendants admit that Hart-Wallace Funeral Home has a principal place of business in Lawrence, Massachusetts, but are without knowledge concerning the remaining allegations contained in paragraph 36 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, the remaining allegations of this paragraph are denied.

37.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 37 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

38.     The defendants admit that Simplicity Burial & Cremation, Inc. has a principal place of business at 287 High St., Newburyport, Massachusetts, but are without knowledge as to the remaining allegations contained in paragraph 38 of the plaintiffs' Complaint and, therefore, deny said allegations.

39.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 39 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

40.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 40 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

## JURISDICTION AND VENUE

41.     The defendants deny the allegations contained in paragraph 41 of the plaintiffs' Complaint.

42.     The defendants deny the allegations contained in paragraph 42 of the plaintiffs' Complaint.

43.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 43 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

## CLASS ACTION ALLEGATIONS

44.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 44 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

45.     The defendants deny the allegations contained in paragraph 45 of the plaintiffs' Complaint.

46.     The defendants deny the allegations contained in paragraph 46 of the plaintiffs' Complaint.

47.     The defendants deny the allegations contained in paragraph 47 of the plaintiffs' Complaint.

48.     The defendants deny the allegations contained in paragraph 48 of the plaintiffs' Complaint.

49.     The defendants deny the allegations contained in paragraph 49 of the plaintiffs' Complaint.

50.     The defendants deny the allegations contained in paragraph 50 of the plaintiffs' Complaint.

## FACTUAL ALLEGATIONS

51.     The defendants deny the allegations contained in paragraph 51 of the plaintiffs' Complaint as currently phrased.

52.     The defendants deny the allegations contained in paragraph 52 of the plaintiffs' Complaint as currently phrased.

53.     The defendants deny the allegations contained in paragraph 53 of the plaintiffs' Complaint as currently phrased.

54.     The defendants admit that decorum and respect should be accorded in handling human remains, but deny the remaining allegations contained in paragraph 54 of the plaintiffs' Complaint as currently phrased.

55.     The defendants deny the allegations contained in paragraph 55 of the plaintiffs' Complaint as currently phrased.

56.     The defendants deny the allegations contained in paragraph 56 of the plaintiffs' Complaint as currently phrased.

57.     The defendants deny the allegations contained in paragraph 57 of the plaintiffs' Complaint as currently phrased.

58.     The defendants deny the allegations contained in paragraph 58 of the plaintiffs' Complaint as currently phrased.

59.     The defendants deny the allegations contained in paragraph 59 of the plaintiffs' Complaint as currently phrased.

60.     The defendants deny the allegations contained in paragraph 60 of the plaintiffs' Complaint as currently phrased.

61.     The defendants deny the allegations contained in paragraph 61 of the plaintiffs' Complaint as currently phrased.

62.     The defendants deny the allegations contained in paragraph 62 of the plaintiffs' Complaint as currently phrased.

63.     The defendants deny the allegations contained in paragraph 63 of the plaintiffs' Complaint as currently phrased.

64.     The defendants deny the allegations contained in paragraph 64 of the plaintiffs' Complaint as currently phrased.

65.     The defendants deny the allegations contained in paragraph 65 of the plaintiffs' Complaint as currently phrased.

66.     The defendants deny the allegations contained in paragraph 66 of the plaintiffs' Complaint as currently phrased.

67.     The defendants deny the allegations contained in paragraph 67 of the plaintiffs' Complaint as currently phrased.

68.     The defendants deny the allegations contained in paragraph 68 of the plaintiffs' Complaint.

69.     The defendants deny the allegations contained in paragraph 69 of the plaintiffs' Complaint as currently phrased.

70.     The defendants deny the allegations contained in paragraph 70 of the plaintiffs' Complaint as currently phrased.

71.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 71 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

72.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 72 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

73. The defendants deny the allegations contained in paragraph 73 of the plaintiffs' Complaint.

74. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 74 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

75. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 75 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

76. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 76 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

77. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 77 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

78. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 78 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

79. The defendants deny the allegations contained in paragraph 79 of the plaintiffs' Complaint as currently phrased.

80. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 80 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

81. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 81 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

82.    The defendants deny the allegations contained in paragraph 82 of the plaintiffs' Complaint as currently phrased.

83.    The defendants deny the allegations contained in paragraph 83 of the plaintiffs' Complaint as currently phrased.

84.    The defendants deny the allegations contained in paragraph 84 of the plaintiffs' Complaint.

85.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 85 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

86.    The defendants deny the allegations contained in paragraph 86 of the plaintiffs' Complaint as currently phrased.

87.    The defendants deny the allegations contained in paragraph 87 of the plaintiffs' Complaint.

88.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 88 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

89.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 89 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

90.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 90 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

91.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 91 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

92.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 92 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

93.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 93 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

94.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 94 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

95.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 95 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

96.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 96 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

97.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 97 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

98.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 98 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

99.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 99 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

100.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 100 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

101.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 101 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

102.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 102 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

103.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 103 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

104.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 104 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

105.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 105 of the plaintiffs' Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

106.    The defendants deny the allegations contained in paragraph 106 of the plaintiffs' Complaint.

107.    The defendants deny the allegations contained in paragraph 107 of the plaintiffs' Complaint.

108.    The defendants deny the allegations contained in paragraph 108 of the plaintiffs' Complaint.

109.    The defendants deny the allegations contained in paragraph 109 of the plaintiffs' Complaint.

## COUNT I

### EQUITABLE (INJUNCTIVE AND/OR DECLARATORY) RELIEF (AGAINST ALL DEFENDANTS)

110.    The defendants restate, reassert, and incorporate by reference herein their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

111.    The defendants deny the allegations contained in paragraph 111 of the plaintiffs' Complaint.

112.    The defendants deny the allegations contained in paragraph 112 of the plaintiffs' Complaint.

113.    The defendants deny the allegations contained in paragraph 113 of the plaintiffs' Complaint.

114.    The defendants deny the allegations contained in paragraph 114 of the plaintiffs' Complaint.

115.    The defendants deny the allegations contained in paragraph 115 of the plaintiffs' Complaint.

116.    The defendants deny the allegations contained in paragraph 116 of the plaintiffs' Complaint as currently phrased.

117.    The defendants deny the allegations contained in paragraph 117 of the plaintiffs' Complaint.

118.    The defendants deny the allegations contained in paragraph 118 of the plaintiffs' Complaint.

**COUNT II**
**BREACH OF CONTRACT**
**(AGAINST THE FUNERAL HOME DEFENDANTS)**

119.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

120-124. The allegations contained in paragraphs 120 through 124 are not directed at the defendants, Linda Stokes or Lawrence Stokes.  To the extent any of the allegations contained in said paragraphs may be construed as asserting allegations against the defendants, Linda Stokes or Lawrence Stokes, the defendants deny.

**COUNT III**
**BREACH OF FIDUCIARY DUTY/SPECIAL DUTY**
**(AGAINST ALL DEFENDANTS)**

125.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

126.    The defendants deny the allegations contained in paragraph 126 of the plaintiffs' Complaint as currently phrased.

127.    The defendants deny the allegations contained in paragraph 127 of the plaintiffs' Complaint as currently phrased.

128.    The defendants deny the allegations contained in paragraph 128 of the plaintiffs' Complaint as currently phrased.

129.    The defendants deny the allegations contained in paragraph 129 of the plaintiffs' Complaint.

130.    The defendants deny the allegations contained in paragraph 130 of the plaintiffs' Complaint.

131.   The defendants deny the allegations contained in paragraph 131 of the plaintiffs' Complaint.

132.   The defendants deny the allegations contained in paragraph 132 of the plaintiffs' Complaint.

**COUNT IV**
**FRAUDULENT CONDUCT**
**(AS TO BAYVIEW CREMATORY DEFENDANTS)**

133.   The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

134.   The defendants deny the allegations contained in paragraph 134 of the plaintiffs' Complaint.

135.   The defendants deny the allegations contained in paragraph 135 of the plaintiffs' Complaint.

136.   The defendants deny the allegations contained in paragraph 136 of the plaintiffs' Complaint.

137.   The defendants deny the allegations contained in paragraph 137 of the plaintiffs' Complaint.

138.   The defendants deny the allegations contained in paragraph 138 of the plaintiffs' Complaint.

**COUNT V**
**NEGLIGENCE**
**(AGAINST ALL DEFENDANTS)**

139.   The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

140.    The defendants deny the allegations contained in paragraph 140 of the plaintiffs' Complaint.

141.    The defendants deny the allegations contained in paragraph 141 of the plaintiffs' Complaint.

142.    The defendants deny the allegations contained in paragraph 142 of the plaintiffs' Complaint.

**COUNT VI**
**WILLFUL INTERFERENCE WITH REMAINS AND**
**INTENTIONAL MISHANDLING OF A CORPSE**
**(AGAINST ALL DEFENDANTS)**

143.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

144.    The defendants deny the allegations contained in paragraph 144 of the plaintiffs' Complaint.

145.    The defendants deny the allegations contained in paragraph 145 of the plaintiffs' Complaint.

146.    The defendants deny the allegations contained in paragraph 146 of the plaintiffs' Complaint.

147.    The defendants deny the allegations contained in paragraph 147 of the plaintiffs' Complaint.

148.    The defendants deny the allegations contained in paragraph 148 of the plaintiffs' Complaint.

149.    The defendants deny the allegations contained in paragraph 149 of the plaintiffs' Complaint.

150.    The defendants deny the allegations contained in paragraph 150 of the plaintiffs' Complaint.

## COUNT VII
### NEGLIGENT INTERFERENCE WITH REMAINS AND
### MISHANDLING OF A CORPSE
### (AGAINST ALL DEFENDANTS)

151.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

152.    The defendants deny the allegations contained in paragraph 152 of the plaintiffs' Complaint.

153.    The defendants deny the allegations contained in paragraph 153 of the plaintiffs' Complaint.

154.    The defendants deny the allegations contained in paragraph 154 of the plaintiffs' Complaint.

155.    The defendants deny the allegations contained in paragraph 155 of the plaintiffs' Complaint.

156.    The defendants deny the allegations contained in paragraph 156 of the plaintiffs' Complaint.

157.    The defendants deny the allegations contained in paragraph 157 of the plaintiffs' Complaint.

## COUNT VIII
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (AGAINST ALL DEFENDANTS)

158.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

159.    The defendants deny the allegations contained in paragraph 159 of the plaintiffs' Complaint.

160.    The defendants deny the allegations contained in paragraph 160 of the plaintiffs' Complaint.

161.    The defendants deny the allegations contained in paragraph 161 of the plaintiffs' Complaint.

**COUNT IX**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**
**(AGAINST ALL DEFENDANTS)**

162.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

163.    The defendants deny the allegations contained in paragraph 163 of the plaintiffs' Complaint.

164.    The defendants deny the allegations contained in paragraph 164 of the plaintiffs' Complaint.

165.    The defendants deny the allegations contained in paragraph 165 of the plaintiffs' Complaint.

**COUNT X**
**CIVIL CONSPIRACY**
**(AGAINST ALL DEFENDANTS)**

166.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the plaintiffs' Complaint as if specifically set forth herein.

167.    The defendants deny the allegations contained in paragraph 167 of the plaintiffs' Complaint.

168.    The defendants deny the allegations contained in paragraph 168 of the plaintiffs' Complaint.

169.    The defendants deny the allegations contained in paragraph 169 of the plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The causes of action mentioned in the Complaint did not accrue within the time period limited by statute for commencement of this action.

### THIRD AFFIRMATIVE DEFENSE

The defendants deny that any servant or agent of the defendants was involved in any incident at the time and place alleged.

### FOURTH AFFIRMATIVE DEFENSE

The person who caused the alleged damages to the plaintiffs was not a person for whose conduct the defendants were responsible.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiffs do not meet the necessary requirements to constitute a class.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiffs have failed to mitigate their damages, if any, in a reasonable manner.

### SEVENTH AFFIRMATIVE DEFENSE

The defendants deny that any action or inaction on their behalf proximately caused injury to the plaintiffs.

### EIGHTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over the defendants.

### NINTH AFFIRMATIVE DEFENSE

The plaintiffs are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.

### TENTH AFFIRMATIVE DEFENSE

The defendants assert that to the extent that evidence has been spoliated, the defendants have been adversely affected.

### ELEVENTH AFFIRMATIVE DEFENSE

The defendants' negligence, if any, did not proximately cause any damage to the plaintiffs.

### TWELFTH AFFIRMATIVE DEFENSE

The plaintiffs' damages do not meet the jurisdictional requirement of this Court.

### THIRTEENTH AFFIRMATIVE DEFENSE

This action is barred by the doctrine of a prior pending action where claims of the same right allegedly infringed by the same wrong and which would involve the same evidence have been asserted in Essex Superior Court in Massachusetts, Civil Action No. 05789C, Anzalone, et al. v. Bayview Crematory, LLC, et al., filed May 11, 2005, Ellis, et al. v. Bayview Crematory, LLC, et al., Rockingham County Superior Court, New Hampshire, Civil Action No. 05-C-350, Hunt v. Bayview Crematory, LLC et al., United States District Court for the District of Massachusetts Civil Action No. 05-11140-RCL, and Favaloro v. President and Fellows of Harvard College, et al., United States District Court for the District of Massachusetts Civil Action No. 05-11594-RCL, among other actions.

### FOURTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiffs to relief because the members of the class are not so numerous as to make it impractical to bring them before the court.

### FIFTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiffs to relief because the claims of the plaintiffs are not typical of a class action.

### SIXTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiffs to relief because the damages sought are unique as to each purported member.

### SEVENTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiffs to relief because there are no questions of law or fact common to the alleged wrongdoing of defendants as regard to the clients or the conduct of other defendants.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The plaintiffs cannot prove objective evidence of physical harm and, therefore, their claim for negligent infliction of emotional distress must be dismissed.

### NINETEENTH AFFIRMATIVE DEFENSE

The plaintiffs suffered no damages as a result of any alleged actions on the part of the defendants and, therefore, the plaintiffs cannot recover.

## <u>TWENTIETH AFFIRMATIVE DEFENSE</u>

It was not reasonably foreseeable that the plaintiffs would suffer damages as the result of the defendants' actions as alleged by the plaintiffs and, therefore, the plaintiffs cannot recover.

## <u>JURY DEMAND</u>

The defendants, Linda Stokes and Lawrence Stokes, demand a trial by jury on all issues so triable.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ William F. Ahern, Jr.
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

/s/ Mandi Jo Hanneke
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2005, a true and correct copy of this Answer of Defendants, Linda Stokes and Lawrence Stokes, was served on all counsel of record in this matter.

_/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke