UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | Civil Action No. 05-11904-RCL |
| ALAN C. ANDERSEN, et al., On Behalf Of ) | |
| Themselves And All Others Similarly Situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BAYVIEW CREMATORY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME
TO FILE OPPOSITION TO NEPTUNE SOCIETY'S MOTION TO DISMISS**

Plaintiffs hereby move this Court for an order to extend the time to file an opposition to

Defendant Neptune Society's Motion to Dismiss Plaintiff's Complaint until February 2, 2006.

As reasons therefor, Plaintiff states that the Complaint was filed on September 20, 2005. On

December 8, 2005, Defendant Neptune Society Inc. ("Neptune") filed an assented to motion to

extend its time to respond to the Complaint until December 26, 2005.  On December 23, 2005,

Neptune filed its motion to dismiss.  Due to the intervening holidays and commitments and

obligations in other cases, including the fact that on December 23, 2005, another defendant in

this action filed a motion to dismiss the Complaint and a defendant  in the related action entitled

*Hunt v. Bayview Crematorium LLC, et al.*, No. 05-CV-11104 RCL, filed a motion to dismiss the

complaint filed in that action, in which the plaintiff in that case is also represented by plaintiffs'

counsel in this case, plaintiffs' counsel respectfully submits that they need additional time to

prepare and file an opposition to Neptune's motion to dismiss the complaint in this case.  Those

defendants, through their counsel, have also assented to an extension of time until February 17,

2006 to file oppositions to their motions to dismiss.

1

The parties' counsel have conferred and Neptune's counsel have assented to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending the time for them to file their opposition to Neptune's motion to dismiss the Complaint until February 17, 2006.

Dated: January 5, 2006                              Respectfully submitted,

                                                    By their attorneys,


                                                    **/s/Theodore M. Hess-Mahan**
                                                    Thomas G. Shapiro BBO No. 454680
                                                    Theodore M. Hess-Mahan BBO No. 557109
                                                    Shapiro Haber & Urmy LLP
                                                    53 State Street
                                                    Boston, MA 02109
                                                    (617) 439-3939

                                                    *Attorneys for Plaintiff Lorraine Hunt*

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties have conferred in a good faith effort to narrow or resolve the issues raised in this motion and that Scatamacchia's counsel have assented to the relief requested in this motion.

                                                    **/s/Theodore M. Hess-Mahan**
                                                    Theodore M. Hess-Mahan

2