## UNITED STATES DISTRICT COURT
## FOR THE COMMONWEALTH OF MASSACHUSETTS

**C.A. NO. 05-11904RCL**

ALAN C. ANDERSEN, SUZANNE
BOURASSA, JOHN CARLSON, ROBERT
DELIA, STEVEN DUMAIS, SARA-ANNE
EAMES, SHAUN FERRIS, JOHN FOSTER,
DENNIS FOWLER, EDWARD GALVIN, JR.,
BRITTON HALL, PATRICIA HANNIGAN,
MARIE IGNOTO, DAVID JOHNSON, DAWN
LATTIME, KETHLEEN MCDONOUGH,
TARA MCDONOUGH, ELEANOR POOLE,
and DONNA M. TOMASO, on behalf of
themselves and all others similarly situated,

       **Plaintiffs,**

v.

BAYVIEW CREMATORY, LLC, DEREK A.
WALLACE, LINDA STOKES, LARRY
STOKES, AMERICAN CREMATION
SOCIETY, INC., STEPHEN G.
SCATAMACCHIA, COMMONWEALTH
CREMATION & SHIPPING SERVICE, INC.,
CREMATION SOCIETY OF
MASSACHUSETTS, INC., DRACUT
FUNERAL HOME INCORPORATED,
HAMEL, WICKENS & TROUPE FUNERAL
HOME, INC., ROGER HAMEL, HART-
WALLACE FUNERAL HOME, NEPTUNE
SOCIETY, INC., SIMPLICITY BURIAL &
CREMATION, INC. f/k/a OCEANSIDE
FAMILY FUNERAL HOME, and DOES 1-50,
INCLUSIVE,

       **Defendants.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter my appearance as counsel for Defendants Hamel, Wickens & Troupe

Funeral Home, Inc., and Roger Hamel regarding the above-referenced matter.

**DEFENDANTS
HAMEL WICKENS & TROUPE
FUNERAL HOME, INC. and ROGER
HAMEL**

By their attorneys,

/S/ Brian K. Walsh
Brian K. Walsh
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, Massachusetts  02110
(617) 769-3500

Dated: January 23, 2006

## CERTIFICATE OF SERVICE

I, Brian K. Walsh, counsel for the above-named Defendants, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere
Three Executive Park, Suite 9
Bedford, NH 03110

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Cremation Society, Inc.:**

Joseph M. Desmond, Esq.
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA 02210

**Counsel for Dracut Funeral Home:**

Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank & Rome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

and

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Suite 310
120 Front Street
Worcester, MA 01608-1424

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

**Counsel for Linda Stokes:**

William F. Ahern, Jr.
MandiJo Hanneke, Esq.
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142

**Counsel for Neptune Society, Inc.:**

Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
617-338-2144

**Counsel for Commonwealth Cremation and Shipping Service:**

Dennis E. McKenna, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Dated:  January 23, 2006                    /S/ Brian K. Walsh
                                            Brian K. Walsh