UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 05-11904RCL

ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KETHLEEN MCDONOUGH, TARA MCDONOUGH, ELEANOR POOLE, and DONNA M. TOMASO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, INC., DRACUT FUNERAL HOME INCORPORATED, HAMEL, WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1-50, INCLUSIVE,

    Defendants.

## ANSWER AND CROSS CLAIM OF DEFENDANTS HAMEL WICKENS & TROUPE FUNERAL HOME, INC. AND ROGER HAMEL

Defendants Hamel Wickens & Troupe Funeral Home, Inc., and Roger Hamel hereby

respond to the individually numbered paragraphs of the Plaintiffs' Complaint, as follows:

1. Paragraph 1 of the Complaint makes summary allegations of the purported nature of Plaintiffs' claims in this action as to which no answer is required. To the extent that Paragraph 1 makes allegations of fact, they are denied.

2. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 2 of the Complaint.

3. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 3 of the Complaint.

4. Paragraph 4 is a general statement to which no answer is required.

5. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 5 of the Complaint.

6. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 6 of the Complaint.

7. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 7 of the Complaint.

8. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 8 of the Complaint.

9. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 9 of the Complaint.

10. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 10 of the Complaint.

11. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 11 of the Complaint.

12. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 12 of the Complaint.

13. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 13 of the Complaint.

14. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 14 of the Complaint.

15. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 15 of the Complaint.

16. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 16 of the Complaint.

17. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 17 of the Complaint.

18. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 18 of the Complaint.

19. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 19 of the Complaint.

20. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 20 of the Complaint.

21. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 21 of the Complaint.

22. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 22 of the Complaint.

23. The Defendants are without knowledge or information sufficient to form a belief

as to the truth or accuracy of the allegations contained in Paragraph 23 of the Complaint.

24. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 24 of the Complaint.

25. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 25 of the Complaint.

26. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 26 of the Complaint.

27. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 27 of the Complaint.

28. Paragraph 28 is a general statement to which no response is required.

29. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 29 of the Complaint.

30. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 30 of the Complaint.

31. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 31 of the Complaint.

32. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 32 of the Complaint.

33. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 33 of the Complaint.

34. The Defendants admit that Hamel, Wickens & Troupe Funeral Home, Inc. is a Massachusetts corporation with its principal place of business at 26 Adams Street, Quincy, Massachusetts, but denies the remaining allegations of Paragraph 34.

35. The Defendants admit that Roger Hamel is the president of Hamel, Wickens & Troupe Funeral Home, Inc.

36. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 36 of the Complaint.

37. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 37 of the Complaint.

38. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 38 of the Complaint.

39. Paragraph 39 is a general statement to which no response is required.

40. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 40 of the Complaint.

41. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 41 of the Complaint.

42. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 42 of the Complaint.

43. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 43 of the Complaint.

44. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 44 of the Complaint.

45. The Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46. The Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47. The Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48. The Defendants are without knowledge or information sufficient to form a belief

as to the truth or accuracy of the allegations contained in Paragraph 48 of the Complaint.

49.     The Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50.     The Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 51 of the Complaint.

52.     The Defendants deny the allegations contained in Paragraph 52 of the Complaint.

53.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 53.

54.     The Defendants deny the allegations contained in Paragraph 54 of the Complaint.

55.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 55 of the Complaint.

56.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 56 of the Complaint.

57.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 57 of the Complaint.

58.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 58 of the Complaint.

59.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 59 of the Complaint.

60.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 60 of the Complaint.

61.     The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 61.

62. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 62.

63. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 63 of the Complaint.

64. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 64.

65. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 65.

66. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 66 of the Complaint.

67. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 67 of the Complaint.

68. The Defendants deny the allegations contained in Paragraph 68 of the Complaint.

69. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 69.

70. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 70.

71. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 71.

72. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 72.

73. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 73 of the Complaint.

74. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 74 of the Complaint.

75. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 75.

76. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 76.

77. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 77.

78. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 78.

79. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 79.

80. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 80.

81. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 81.

82. The Defendants deny the allegations contained in Paragraph 82 of the Complaint.

83. The Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 84.

85. The Defendants deny the allegations contained in Paragraph 85.

86. The Defendants deny the allegations contained in Paragraph 86.

87. The Defendants are without knowledge or information sufficient to form a belief

as to the truth or accuracy of the allegations contained in Paragraph 87.

88. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 88.

89. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 89.

90. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 90.

91. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 91.

92. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 92.

93. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 93.

94. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 94.

95. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 95.

96. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 96.

97. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 97

98. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 98.

99. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 99 of the Complaint.

100. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 100 of the Complaint.

101. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 101 of the Complaint.

102. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 102 of the Complaint.

103. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 103 of the Complaint.

104. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 104 of the Complaint.

105. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 105 of the Complaint.

106. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 106 of the Complaint.

107. The Defendants deny the allegations contained in Paragraph 107 of the Complaint.

108. The Defendants deny the allegations contained in Paragraph 108 of the Complaint.

109. The Defendant denies the allegations contained in Paragraph 109.

110. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 109.

111. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 111.

112. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 112.

113. The Defendants deny the allegations contained in Paragraph 113 of the Complaint.

114. The Defendants deny the allegations contained in Paragraph 114 of the Complaint.

115. The Defendants deny the allegations contained in Paragraph 115 of the Complaint.

116. The Defendants deny the allegations contained in Paragraph 116 of the Complaint.

117. The Defendants deny the allegations contained in Paragraph 117.

118. The Defendants deny that the Plaintiffs are entitled to the equitable relief sought in Paragraph 118 of Plaintiffs' Complaint.

119. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 118.

120. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 120.

121. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 121.

122. The Defendants deny the allegations contained in Paragraph 122.

123. The Defendants deny the allegations contained in Paragraph 123.

124. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 124 of the Complaint.

125. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 124.

126. The Defendants deny the allegations contained in Paragraph 126.

127. The Defendants deny the allegations contained in Paragraph 127.

128. The Defendants deny the allegations contained in Paragraph No. 128.

129. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 129 of the Complaint.

130. The Defendants deny the allegations contained in Paragraph 130.

131. The Defendants deny the allegations contained in Paragraph 131.

132. The Defendants deny the allegations contained in Paragraph 132.

133. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 132.

134. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 134 of the Complaint.

135. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 135 of the Complaint.

136. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 136 of the Complaint.

137. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 137 of the Complaint.

138. The Defendants are without knowledge or information sufficient to form a belief

as to the truth or accuracy of the allegations contained in Paragraph 138 of the Complaint.

139.   The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 138.

140.   The Defendants deny the allegations contained in Paragraph 140 of the Complaint.

141.   The Defendants deny the allegations contained in Paragraph 141 of the Complaint.

142.   The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 142 of the Complaint.

143.   The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 142.

144.   The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 144 of the Complaint.

145.   The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 145 of the Complaint.

146.   The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 146 of the Complaint.

147.   The Defendants deny the allegations contained in Paragraph 147 of the Complaint.

148.   The Defendants deny the allegations contained in Paragraph 148 of the Complaint.

149.   The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 149 of the Complaint.

150. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 150 of the Complaint.

151. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 150.

152. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 152 of the Complaint.

153. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 153 of the Complaint.

154. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 154 of the Complaint.

155. The Defendants deny the allegations contained in Paragraph 155 of the Complaint.

156. The Defendants deny the allegations contained in Paragraph 156 of the Complaint.

157. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 157 of the Complaint.

158. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 157.

159. The Defendants deny the allegations contained in Paragraph 159 of the Complaint.

160. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 160 of the Complaint.

161. The Defendants deny the allegations contained in Paragraph 154 of the

Complaint.

162. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 161.

163. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 163 of the Complaint.

164. The Defendants deny the allegations contained in Paragraph 164 of the Complaint.

165. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 165 of the Complaint.

166. The Defendants restate and incorporate herein by reference their answers to Paragraph Nos. 1 through 165.

167. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 167 of the Complaint.

168. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 168 of the Complaint.

169. The Defendants are without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 169 of the Complaint.

### PRAYER FOR RELIEF

The Defendants deny that the Plaintiffs have complied with the requirements of Fed. R. Civ. P. 23 to certify a class.

### JURY DEMAND

THE DEFENDANTS DEMAND A TRIAL AS TO ALL ISSUES PROPERLY TRIABLE BY JURY.

## CROSS-CLAIM OF HAMEL, WICKENS & TROUPE FUNERAL HOME, INC. and ROGER HAMEL V. BAYVIEW CREMATORY

### Count I - Contribution

1. The injury and consequential damages sustained by the Plaintiffs if any, were the direct and proximate result of the negligence of Bayview Crematory.

2. If it is determined that the cross-claim Plaintiffs were negligent in this action, which the cross-claim Plaintiffs expressly deny, then the cross-claim Defendant, Bayview Crematory was also negligent and therefore the cross-claim Plaintiffs are entitled to contribution under M.G.L. c. 231B.

### Count II - Breach of Contract

3. The injury and consequential damages sustained by the Plaintiffs, if any, were the direct and proximate result of the breach of contract by Bayview Crematory.

4. If it is determined that the cross-claim Plaintiffs were negligent in this action, which they expressly deny then Bayview Crematory is liable to the cross-claim Plaintiffs as a result of its breach of contract.

### Count III - Common Law Indemnification

5. If the Plaintiffs suffered damages as alleged, which the cross-claim Plaintiffs deny, these damages if any, were caused by the negligent acts or omissions and/or breach of contract by Bayview Crematory, and the cross-claim Plaintiffs did not participate in the negligence or breach of contract. The liability of Hamel, Wickens & Troupe Funeral Home, Inc., and/or Roger Hamel, if any, is vicarious and derivative, while the liability of Bayview Crematory is direct and actual.

WHEREFORE, the Defendant/Cross-Claim Plaintiffs, Hamel, Wickens & Troupe Funeral Home, Inc. and Roger Hamel demand judgment against Bayview Crematory, for all sums they pay or are ordered to pay Plaintiffs, together with interest, costs and attorneys fees incurred by defending against Plaintiffs' action and bringing the cross-claims.

### JURY DEMAND

THE DEFENDANTS DEMAND A TRIAL AS TO ALL ISSUES PROPERLY TRIABLE BY JURY.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

By way of affirmative defense, the Defendants state that the Complaint should be dismissed pursuant to Mass.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction.

## SECOND DEFENSE

By way of affirmative defense, the Defendants state that the Complaint should be dismissed pursuant to Mass.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction.

## THIRD DEFENSE

By way of affirmative defense, the Defendants state that the Complaint should be dismissed pursuant to Mass.R.Civ.P. 12(b)(2) for lack of personal jurisdiction over the Defendants.

## FOURTH DEFENSE

By way of affirmative defense, the Defendants state that the Complaint should be dismissed pursuant to Mass.R.Civ.P. 12(b)(3) for improper venue.

## FIFTH DEFENSE

By way of affirmative defense, the Defendants state that the Complaint should be dismissed pursuant to Mass.R.Civ.P. 12(b)(4) for insufficiency of process.

## SIXTH DEFENSE

By way of affirmative defense, the Defendants state that the Complaint should be dismissed pursuant to Mass.R.Civ.P. 12(b)(5) for the insufficiency of service of process.

## SEVENTH DEFENSE

By way of affirmative defense, the Defendants state that the action is barred by the applicable statute of limitations.

## EIGHTH DEFENSE

By way of affirmative defense, the Defendants state that the Plaintiffs have failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

## NINTH DEFENSE

By way of affirmative defense, the Defendants state that the Plaintiffs cannot recover for the reason that they failed to give notice of the damages allegedly suffered by it to the Defendant.

## TENTH DEFENSE

By way of affirmative defense, the Defendants state that service of process as insufficient.

## ELEVENTH DEFENSE

By way of affirmative defense, the Defendants state that the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the

17

Defendants were not and are not legally responsible.

## TWELVTH DEFENSE

By way of affirmative defense, the Defendant states that the Plaintiffs and/or Plaintiffs' decedents suffered injuries or damages, as alleged, such injuries or damage were caused by the superseding intervening conduct of a third party for whom the Defendants are not legally responsible.

**DEFENDANTS
HAMEL WICKENS & TROUPE
FUNERAL HOME, INC. and ROGER
HAMEL**

By their attorneys,

/S/ Brian K. Walsh
Brian K. Walsh
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, Massachusetts  02110
(617) 769-3500

Dated: January 23, 2006

## **CERTIFICATE OF SERVICE**

  I, Brian K. Walsh, counsel for the above-named Defendants, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere
Three Executive Park, Suite 9
Bedford, NH 03110

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Cremation Society, Inc.:**

Joseph M. Desmond, Esq.
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA 02210

**Counsel for Dracut Funeral Home:**

Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank & Rome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

and

Case 1:05-cv-11904-RCL   Document 32   Filed 01/23/2006   Page 20 of 20

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Suite 310
120 Front Street
Worcester, MA 01608-1424

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

**Counsel for Linda Stokes:**

William F. Ahern, Jr.
MandiJo Hanneke, Esq.
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142

**Counsel for Neptune Society, Inc.:**

Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
617-338-2144

**Counsel for Commonwealth Cremation and Shipping Service:**

Dennis E. McKenna, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Dated: January 23, 2006                   /S/ Brian K. Walsh
                                          Brian K. Walsh