UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 05-11904RCL

ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FOSTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KETHLEEN MCDONOUGH, TARA MCDONOUGH, ELEANOR POOLE, and DONNA M. TOMASO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, INC., DRACUT FUNERAL HOME INCORPORATED, HAMEL, WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1-50, INCLUSIVE,

    Defendants.

**DEFENDANT HAMEL WICKENS & TROUPE FUNERAL HOME, INC.'S CORPORATE DISCOLSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant, Hamel Wickens & Troupe Funeral Home, Inc.,

2

("Hamel, Wickens & Troupe") hereby states that it is a corporation organized and existing under the laws of the Commonwealth of Massachusetts.  Hamel, Wickens & Troupe is not a subsidiary of any corporation, and does not have a parent corporation, and there is no publicly held company that owns ten percent (10%) or more of the stock of Hamel, Wickens & Troupe.

          **DEFENDANT**
          **HAMEL WICKENS & TROUPE**
          **FUNERAL HOME, INC.**

          By its attorney,

          /S/ Brian K. Walsh
          Brian K. Walsh
          Law Offices of Roberta Fitzpatrick
          101 Arch Street, Suite 1761
          Boston, Massachusetts  02110
          (617) 769-3500

Dated: January 23, 2006

**CERTIFICATE OF SERVICE**

    I, Brian K. Walsh, counsel for the above-named Defendants, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere
Three Executive Park, Suite 9
Bedford, NH 03110

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Cremation Society, Inc.:**

Joseph M. Desmond, Esq.
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA 02210

**Counsel for Dracut Funeral Home:**

Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank & Rome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

and

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Suite 310
120 Front Street
Worcester, MA 01608-1424

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

**Counsel for Linda Stokes:**

William F. Ahern, Jr.
MandiJo Hanneke, Esq.
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142

**Counsel for Neptune Society, Inc.:**

Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
617-338-2144

**Counsel for Commonwealth Cremation and Shipping Service:**

Dennis E. McKenna, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Dated:  January 23, 2006                             /S/ Brian K. Walsh
                                                                      Brian K. Walsh