UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC., et al.,<br><br>Defendants. | No. 05-cv-11904-RCL<br><br>CLASS ACTION |

DECLARATION OF THEODORE M. HESS-MAHAN
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
NEPTUNE SOCIETY, INC.'S MOTION TO DISMISS

I, Theodore M. Hess-Mahan, hereby declare:

1. I am an associate with the firm Shapiro Haber & Urmy LLP, representing Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiff's opposition to defendant Neptune Society Inc.'s Motion to dismiss, based on my own personal knowledge.

2. Attached hereto as exhibits are true and correct copies of the following:

Exh. A: Neptune Society Travel Protection Registration Form

Exh. B: Hart-Wallace Contact Information As Listed on www.Switchboard.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of February 2006.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan

| GOLD - International Emergency Assistance™ | Neptune Society® (818) 845-2415 Toll Free (800) 201-3315 | NO. _____ |
|---|---|---|

Beneficiary _____
Current Legal Address _____
City, County, State, Zip Code _____   Tel # _____
Date of Birth ___/___/___   Age ____ Sex ____ SS# _____

## Lifetime Membership - International Emergency Assistance™

In the event of death of a beneficiary who is 75 miles or more away from his or her legal residence at time of death, The Neptune Society "Seller" will render every assistance, including locating a funeral home, mortuary or crematory facility, preparing remains, processing all necessary documents, cremating and transporting cremated remains to a location designated by the Purchaser, procuring consular services (for death overseas) and death certificate. All services described above are facilitated through and paid for by International Emergency Assistance (IEA) when Beneficiary is travelling 75 miles or more from his/her legal residence or in another country which is not the country of residence. In order to receive the benefits provided under this plan, The Neptune Society must be contacted first and all services must be arranged through The Neptune Society at the above listed phone number.

☐ I understand that, as a billing convenience, International Emergency Assistance Membership payments will be collected in a combined payment with payments made under a Neptune Pre-Need Contract. The Neptune Society is not responsible for providing International Emergency Membership benefits, but acts solely as the administrator for payment collection. Combined payments received will be applied as outlined in the Retail Installment Contract between The Neptune Society and Purchaser. All Payments received towards this "Membership" plan contract are fully refundable if requested in writing by the purchaser within 30 days from the date of this contract. Funds paid are non-refundable after 30 days. Funds paid under this "Membership" contract are not required to be deposited into trust.

☐ Single payment of $_____ (make check payable to Neptune Society)
☐ Monthly payments of $10.00 to be invoiced as part of your Neptune Pre-Need Contract payments.
Credit Card:  ☐ Visa  ☐ MasterCard  ☐ Discover
Customer Signature _____
Expiration Date _____  Account # _____

Total installment balance of $_____, payable in installments of $_____, with a final payment of $_____, each such payment due on the ____ day of each month starting _____, until the entire balance has been paid.

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount credit will cost you. | AMOUNT FINANCED The amount of credit provided to you on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled | TOTAL SALES PRICE The total cost of your purchase on credit, including your down payment. |
|---|---|---|---|---|
| _____% | $_____ | $_____ | $_____ | $_____ |

Conditioned upon the payment described herein the Seller agrees that in the event Beneficiary should die more than 75 miles from their legal residence, Seller will cause to be performed all of the services described above in this agreement at no additional charge to Purchaser, except for funeral notices and extra death certificates. Note: Seller MUST be notified FIRST in the event of death. If Seller is not notified first, additional costs will be incurred and no claims for reimbursement will be accepted.

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT. NO EMPLOYEE OR REPRESENTATIVE IS AUTHORIZED TO MAKE VERBAL AGREEMENTS.

## COMPLETE THIS SECTION ONLY IF DECLINING TRAVEL PROTECTION BENEFITS

Client Initial (complete only if declining coverage) ☐

I understand that I have declined all Travel Protection benefits available to me as presented by the Neptune Representative. In the event that death occurs outside of Neptune's designated service area, there will be additional, significant charges. I further understand that if I wish to add this benefit at a later date, I must contact Neptune directly, and it will be offered at the currently prevailing rate.

Seller's Signature _____
Control # _____ Date of Sale _____

Return top two copies and check to:
The Neptune Society®
4312 Woodman Avenue, 3rd Floor
Sherman Oaks, CA 91423

Purchaser's Signature: _____
If Purchaser is different from Beneficiary:
Purchaser: _____
Address: _____
City: _____
State, Zip: _____
Phone: _____




Print This Page

| FIND A BUSINESS | FIND A PERSON | SEARCH BY PHONE | WEB SEARCH | AREA & ZIP CODES | MAPS/DIRECTIONS |

Bookmark this page

### Hart-Wallace Funeral Home

107 S Broadway
Lawrence, MA 01843-1424
Phone:  (978)682-6273

Enlarge Map | Driving Directions | What's Nearby®

### Services

- Family Owned & Operated
- Burial Insurance
- Cremation
- Funeral
- Pre-Need Planning

### Business Types

- Funeral Directors
- Crematories & Cremation Services



data by ACXIOM
Some business data provided by infoUSA, Inc. Copyright ® 2006

About Switchboard | Contact Us | National Advertising | Switchboard Stories | Privacy Policy | Help | Terms of Use

infospace  About | Mobile | Search & Directory | Careers | Press | Investor Relations
InfoSpace Search Network:  Dogpile | WebCrawler | MetaCrawler | InfoSpace | Switchboard
InfoSpace Search Resources:  Search Engines | Yellow Pages | White Pages | Town Directories | Business Categories

© 2006 InfoSpace, Inc. All Rights Reserved.