UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ALAN C. ANDERSEN, SUZANNE BOURASSA, :
JOHN CARLSON, ROBERT DELIA, STEVEN :
DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, :
JOHN FOSTER, DENNIS FOWLER, EDWARD :
GALVIN, JR., BRITTON HALL, PATRICIA :
HANNIGAN, MARIE IGNOTO, DAVID JOHNSON :
DAWN LATTIME, KATHLEEN MCDONOUGH, :
TARA MCDONOUGH, ELEANOR POOLE, and :
DONNA M. TOMASO, On Behalf of Themselves and :
All Others Similarly Situated, :
                                   Plaintiffs, :

v. : C.A. NO. 05-11904 (RCL)

BAYVIEW CREMATORY, LLC, DEREK A. :
WALLACE, LINDA STOKES, LARRY STOKES, :
AMERICAN CREMATION SOCIETY, INC., :
STEPHEN G. SCATAMACCHIA, :
COMMONWEALTH CREMATION & :
SHIPPING SERVICE, INC., CREMATION SOCIETY :
OF MASSACHUSETTS, DRACUT FUNERAL HOME :
INCORPORATED, HAMEL WICKENS & TROUPE :
FUNERAL HOME, INC., ROGER HAMEL, :
HART-WALLACE FUNERAL HOME, :
NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL :
& CREMATION, INC. f/k/a OCEANSIDE :
FAMILY FUNERAL HOME, and :
DOES 1-50, INCLUSIVE, :
                                   Defendants. :

---

**DEFENDANT DRACUT FUNERAL HOME, INC.'S ASSENTED TO MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
<u>MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>**

Pursuant to Local Rule 7.1(B)(3), Defendant Dracut Funeral Home, Inc. ("Dracut"),

by and through its undersigned counsel, hereby moves for leave to file a reply memorandum

**Error! Unknown document property name.**

in support of its Motion to Dismiss Plaintiffs' Complaint filed on December 23, 2005. Dracut's reply will address cases and authorities cited and arguments set forth by Plaintiffs in their Opposition to Defendant Dracut Funeral Home Inc.'s Motion to Dismiss, which was filed on February 17, 2006.  Dracut requests to have until March 7, 2006 to file its reply.

Plaintiffs have assented to this motion.

Respectfully Submitted,

**DEFENDANT,
DRACUT FUNERAL HOME, INC.**

By its attorneys,

Dated:  February 22, 2006

/s/Michael E. Okolita
MICHAEL E. OKOLITA
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

and

GRANT S. PALMER
JOHN J. DiCHELLO
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
(215) 569-5500

*Attorneys for Defendant, Dracut Funeral Home, Inc.*

**Local Rule 7.1 Certificate of Consultation**

I, Michael E. Okolita, hereby certify that counsel for Dracut Funeral Home, Inc. conferred with counsel for Plaintiffs, and attempted in good faith to resolve or narrow the issues presented by this motion.  Counsel for Plaintiffs assented to this motion.

2

**Error! Unknown document property name.**

**Error! Unknown document property name.**

**CERTIFICATE OF SERVICE**

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Dracut Funeral Home, Inc.'s Assented to Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint was served upon the parties or their counsel of record as appearing on the attached Service List on this 22nd day of February, 2006.

/s/ Michael E. Okolita
MICHAEL E. OKOLITA

# SERVICE LIST
*Andersen et als vs. Bayview Crematory, LLC, et als*
**Civil Action No. 05-11904 (RCL)**

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02109
    and
Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
**Counsel for Plaintiffs**

Dona Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
**Counsel for Bayview Crematory, LLC**

Richard Cavanaugh, Esquire
Michael W. Gallagher, Esquire
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA  01852
**Counsel for Derek A. Wallace;**
**Hart-Wallace Funeral Home; and**
**Simplicity Burial & Cremation, Inc., f/k/a**
**Oceanside Family Funeral Home**

Mandi Jo Hanneke,  Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society, Inc.**

Stuart M. Holber, Esquire
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haveryhill, MA 01830
**Counsel for Scatamacchia Funeral Home**

Dennis E. McKenna, Esquire
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
**Counsel for Commonwealth Cremation & Shipping Service, Inc.**

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
**Counsel for Farrah Funeral Home**

Brian K. Walsh, Esquire
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
**Counsel for Hamel Wickens & Troupe Funeral Home, Inc.**

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
**Counsel for Keefe Funeral Home, Inc.**

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108

**Error! Unknown document property name.**

**Counsel for William F. Spencer Funeral Services**

American Cremation Society, Inc.
385 Washington Street
Haverhill, MA 01832
**Defendant**

Maureen L. Reilly, Esquire
33 Kingston Street, 4th Floor
Boston, MA 02111
**Counsel for Neptune Society Inc.**

**Error! Unknown document property name.**