AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ALAN C. ANDERSEN, et al.

V.

BAYVIEW CREMATORY, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-11904RCL

TO: (Name and address of Defendant)

Hamel Wickens & Troupe Funeral Home, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 18th day of Jan, 2006.

_____
Attorney for Defendant Hamel Wickens & Troupe Funeral Home, Inc. - 9-20-05

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE