UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | No. 05-11140-RCL |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| BAYVIEW CREMATORY, LLC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| ———————————————— | ) | |

| | | |
|---|---|---|
| ALAN C. ANDERSEN, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) | No. 05-cv-11904-RCL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BAYVIEW CREMATORY, LLC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| ———————————————— | ) | |

WHEREAS, on June 1, 2005, a purported class action complaint styled *Lorraine Hunt v. Bayview Crematory, LLC, et al.,* No. 05-11140 (RCL), was filed herein alleging, *inter alia*, intentional mishandling of a corpse, negligent mishandling of a corpse, intentional infliction of emotional distress, negligent infliction of emotional distress, civil conspiracy and breach of contract (the "*Hunt* Action");

WHEREAS, on September 20, 2005, a purported class action complaint styled *Alan C. Andersen et al. v. Bayview Crematory, LLC, et al.,* No. 05-11904 (RCL),[1] was filed herein alleging, *inter alia*, intentional mishandling of a corpse, negligent mishandling of a corpse, intentional infliction of emotional distress, negligent infliction of emotional distress, civil conspiracy and breach of contract (the "*Andersen* Action");

WHEREAS, on July 24, 2006, defendants Scatamacchia Funeral Home's, Keefe Funeral Home's and Farrah Funeral Home's motions to dismiss the complaint in the *Hunt* Action were denied;

WHEREAS, on July 24, 2006, defendants Dracut Funeral Home's and Neptune Society Inc.'s motions to dismiss the complaint in the *Andersen* Action were denied; and

WHEREAS, in the interests of judicial economy and simplifying the litigation of these related cases, counsel for plaintiffs in the *Hunt* and *Andersen* Actions and the undersigned counsel for defendants seek to consolidate both actions for pre-trial purposes only;

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

---

[1] Plaintiffs in the *Andersen* Action are Alan C. Andersen, Suzanne Bourassa, John Carlson, Robert Delia, Steven Dumais, Sara-Anne Eames, Shaun Ferris, John Foster, Dennis Fowler, Edward Galvin, Jr., Britton Hall, Patricia Hannigan, Marie Ignoto, David Johnson, Dawn Lattime, Kathleen McDonough, Tara McDonough, Eleanor Poole and Donna M. Tomaso.

1.      The following actions are hereby consolidated into one action (the "Consolidated Action") for coordinated pre-trial purposes only:

| Case Name | Case No. | Date Action Filed |
|---|---|---|
| *Lorraine Hunt v. Bayview Crematory, LLC, et al.,* | No. 05-11140 (RCL) | June 1, 2005 |
| *Alan C. Andersen, et al. v. Bayview Crematory, LLC, et al.,* | No. 05-11904 (RCL) | September 20, 2005 |

2.      The *Hunt* Action (Docket 05-11140(RCL)) shall be treated as the Master File and the *Andersen* Action shall also still be maintained in its individual docket.  The Clerk shall file all pleadings in the *Hunt* Master File (as well as in the *Andersen* individual docket where applicable) and note such filings on the *Hunt* Master Docket and the individual docket.

3.      An original of this Order shall be filed by the Clerk in the *Hunt* Master File and a copy in the *Andersen* individual docket.

4.      The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5.      Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC, ET AL., | ) No. 05-11140 (RCL) |
|  | ) |
|  | ) |
| and | ) |
|  | ) |
| ALAN ANDERSEN, ET AL. v. BAYVIEW CREMATORY, LLC, ET AL. | ) No. 05-11904 (RCL) |
|  | ) |
|  | ) |

DATED:  October 4, 2006

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO BBO #454680
THEODORE M. HESS-MAHAN BBO #557109


_/s/ Theodore M. Hess-Mahan_
THEODORE M. HESS-MAHAN

53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

_Attorneys for Plaintiffs Lorraine Hunt,
Alan C. Andersen, Suzanne Bourassa, John
Carlson, Robert Delia, Steven Dumais, Sara-Anne
Eames, Shaun Ferris, John Foster, Dennis Fowler,
Edward Galvin, Jr.,  Britton Hall, Patricia
Hannigan, Marie Ignoto, David Johnson, Dawn
Lattime, Kathleen McDonough, Tara McDonough,
Eleanor Poole_  and _Donna M. Tomaso_

**FOR DEFENDANTS**

BLANK ROME LLP
GRANT S. PALMER, ESQ.
JOHN J. DICHELLO, ESQ.


*/s/ Grant S. Palmer*
GRANT S. PALMER

One Logan Square
Philadelphia, PA  19103-6998
(215) 569-5500
(215) 569-5555 (fax)

*Counsel for Dracut Funeral Home Inc.; and*
*Counsel for Scatamacchia Funeral Home*

CLARK, HUNT & EMBRY
WILLIAM F. AHERN, JR., ESQ.
MANDI JO HANNEKE, ESQ.


*/s/ Mandi Jo Hanneke*
MANDI JO HANNEKE

55 Cambridge Pkwy.
Cambridge, MA  02142
(617) 494-1920
(617) 494-1921 (fax)

*Counsel for Linda Stokes and*
*Counsel for Larry Stokes*

DONALD E. FEENER & ASSOC.
MICHAEL E. OKOLITA, ESQ.


*/s/ Michael E. Okolita*
MICHAEL E. OKOLITA

120 Front St., Suite 310
Worcester, MA  01608-1424
(508) 798-0717
(508) 798-1850 (fax)

*Counsel for Dracut Funeral Home
Incorporated; and Counsel for Scatamacchia
Funeral Home*

LAW OFFICES OF ROBERTA FITZPATRICK
ROBERTA R. FITZPATRICK, ESQ.
BRIAN K. WALSH, ESQ.


*/s/ Brian K. Walsh*
BRIAN K. WALSH

101 Arch Street, Suite 1761
Boston, MA 02110
(617) 769-3500
(617) 946-0569 (fax)

*Counsel for Hamel Wickens & Troupe Funeral
Home, Inc. and
Counsel for Roger Hamel*

- 5 -

GALLAGHER & CAVANAUGH LLP
MICHAEL W. GALLAGHER, ESQ.
RICHARD E. CAVANAUGH, ESQ.


            */s/ Richard E. Cavanaugh*
_____
        RICHARD E. CAVANAUGH

Boott Cotton Mills
100 Foot of John Street
Lowell, MA  01852
(978) 452-0522
(978) 452-0482 (fax)

*Counsel for Derek A. Wallace;  and
Counsel for Hart-Wallace Funeral Home; and
Counsel for Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home*

GETMAN, STACEY, SCHULTHESS &
STEERE, P.A.
DONA FEENEY, ESQ.
ANDREW R. SCHULMAN, ESQ.


            */s/ Dona Feeney*
_____
        DONA FEENEY

Three Executive Park Drive, Suite 9
Bedford, NH  03110
(603) 634-4300
(603) 626-3647 (fax)

*Counsel for Bayview Crematory, LLC*

HAVERTY & FEENEY
WILLIAM SMITH, ESQ.


*/s/ William Smith*
WILLIAM SMITH

54 Samoset Street
Plymouth, MA  02360
(508) 746-6100
(508) 746-7067 (fax)

*Counsel for Bayview Crematory, LLC*

MORRISON MAHONEY LLP
JOSEPH M. DESMOND, ESQ.


*/s/ Joseph M. Desmond*
JOSEPH M. DESMOND

250 Summer Street
Boston, MA 02210-1181
(617) 439-7500
(617) 439-7590 (fax)

*Counsel for Cremation Society, Inc.*
*(of Massachusetts)*

MAUREEN L. REILLY, ESQ.


*/s/ Maureen L. Reilly*
MAUREEN L. REILLY

33 Kingston St., 4th Floor
Boston, MA  02111
(617) 338-2114
(617) 451-5462 (fax)

*Counsel for Neptune Society, Inc.*




\*       \*       \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE


I:\Bayview Crematory\Pleadings\Consol Stip FINAL4.doc

- 8 -