UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>　　Plaintiff<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, ET AL<br>　　Defendants | ) ) ) ) ) ) ) ) ) ) ) | Civil Action<br>No. 05-11140-RCL |
| ALAN C. ANDERSEN, et al<br>　　Plaintiffs<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, et al<br>　　Defendants | ) ) ) ) ) ) ) ) ) | Civil Action<br>No. 05-11904-RCL |

ORDER

1.　The following actions are hereby consolidated into one action (the "Consolidated Action") for coordinated pre-trial purposes only, and without prejudice to the right of any Defendant to file a Motion to Dismiss in the event a Defendant has such right:

| **Case Name** | **Case No.** | **Date Action Filed** |
|---|---|---|
| *Lorraine Hunt v. Bayview Crematory, LLC, et al.,* | No. 05-11140 (RCL) | June 1, 2005 |
| *Alan C. Andersen, et al v. Bayview Crematory, LLC, et al* | No. 05-11904 (RCL) | September 20, 2005 |

    2.      The *Hunt* action (Docket 05-11140(RCL)) shall be treated as the Master File and the *Andersen* Action shall also be maintained in its individual docket. The Clerk shall file all pleadings in the *Hunt* Master File (as well as in the Andersen individual docket where applicable) and note such filings on the *Hunt* Master Docket and the individual docket.

    3.      An original of this Order shall be filed by the Clerk in the *Hunt* Master File and a copy in the *Andersen* individual docket.

    4.      The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

    5.      Every pleading filed in these consolidated actions, or in the separate action included herein shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC, ET AL | ) ) | |
|     Plaintiff | ) | No. 05-11140-RCL |
| and | ) ) | |
| ALAN C. ANDERSEN, et al v. BAYVIEW CREMATORY, LLC, et al | ) ) | No. 05-11904-RCL |
|     Defendants | ) ) | |

    6.      The consolidated action is referred to Magistrate Judge Marianne B. Bowler for case management purposes. Magistrate Judge Bowler shall also review all dispositive motions and class certification motions, and prepare recommended findings and rulings on all such motions.

7.      The parties shall make their initial disclosures under Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2 on or before November 20, 2006.

8.      The parties shall conclude all fact discovery on or before August 5, 2007.

9.      The Plaintiff shall file its motion for class certification on or before March 20, 2007.  Opposition papers, if any, to the Plaintiffs' class certification motion shall be filed by April 20, 2007.  If the Plaintiff desires to reply to any opposition material, the Plaintiff shall seek leave of Court to do so by April 30, 2007.

10.     The parties shall identify expert witnesses and disclosure of information pursuant to Fed. R. Civ. P. 26(a)(2) by September 5, 2007.  All rebuttal experts shall be designated by October 5, 2007.  The parties shall complete all expert depositions by November 5, 2007.

11.     Any motion for summary judgment and supporting materials shall be filed and served no later than December 7, 2007.

IT IS SO ORDERED.

/s/ REGINALD C. LINDSAY
United States District Judge

DATED: October 31, 2006