# RIEMER | BRAUNSTEIN

**Dennis E. McKenna**
dmckenna@riemerlaw.com
(617) 880-3454  direct
(617) 692-3454  direct fax
(617) 834-3454  cell

October 26, 2006

Ms. Lisa Hourihan
Courtroom Clerk
The Honorable Reginald C. Lindsay
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210

    Re:   *Alan C. Andersen, et al. v. Bayview Crematory, LLC, et al.,*
           *United States District Court Civil Action No. 05-11904-RCL.*

Dear Ms. Hourihan:

    Pursuant to Judge Lindsay's instructions, I am sending to you a "hard" copy of the draft Order for endorsement by Judge Lindsay, as discussed at the October 5, 2006 Scheduling Conference. Pursuant to the Court's instructions, I have converted the original Stipulation and Proposed Order into a draft proposed Order, and have added the dates stated by Judge Lindsay at the Scheduling Conference. I have circulated this draft (and an earlier draft) to all counsel for review and comment. Therefore, I believe that all counsel are in agreement with the content of the Order.

    Should you wish to discuss this matter with me, I am available at your convenience.

                                       Very truly yours,

                                       Dennis E. McKenna

DEM/cas
Enclosure

cc:    All Counsel of Record (by email)
978249.1