UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, et al.,<br><br>                Defendants. | No. 05-11140-RCL<br><br>**LOCAL RULE 16.1(D)(3) CERTIFICATION FOR PLAINTIFF DAWN LATTIME** |
| ALAN C. ANDERSEN, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, et al.,<br><br>                Defendants. | No. 05-cv-11904-RCL |

Plaintiff Dawn Lattime and her undersigned counsel hereby certify that they have conferred:

(a) with a view toward establishing a budget for costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

As to the Plaintiff:

_____
DAWN LATTIME

As to Counsel for Plaintiff

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EVAN J. KAUFMAN

_____

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (557109)
THEODORE M. HESS-MAHAN (557109)
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)