UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| **LORRAINE HUNT v.**<br>**BAYVIEW CREMATORY, LLC, et al.**<br><br>And<br><br>**ALAN ANDERSEN, et al. v.**<br>**BAYVIEW CREMATORY, LLC. et al.** | No. 05-11140(RCL)<br><br><br><br>No. 05-11904(RCL) |

**INITIAL DISCLOSURES OF DEFENDANT HAMEL WICKENS & TROUPE FUNERAL HOME, INC. PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2(A)**

Pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2(A), Defendant, Hamel Wickens & Troupe Funeral Home, Inc., ("Hamel, Wickens & Troupe"), by its undersigned counsel, hereby submits its initial disclosures.

In so doing, Hamel, Wickens & Troupe does not intend to disclose or produce any information protected by the attorney-client privilege, the work product doctrine, or any other applicable privileges or protections. Hamel, Wickens & Troupe further reserves the right to object to the admissibility of any information provided herein at time of trial. Hamel, Wickens & Troupe does not concede the relevance of any information contained herein, and reserves the right to rely upon the individuals named in these disclosures for subjects other than those identified herein.

Hamel, Wickens & Troupe reserves the right to supplement and/or amend these initial disclosures as appropriate, as its investigation and discovery in this case are ongoing.

10045_1

I.  **The name, address and telephone number of each individual likely to have discoverable information that Hamel, Wickens & Troupe may use to support its claims or defenses, and the subjects of the information:**

   A. **Roger Hamel**
      **c/o Hamel, Wickens & Troupe Funeral Home, Inc.**
      **26 Adams Street**
      **Quincy, Massachusetts**
      **Tel (617) 472-5888**

   Mr. Hamel is likely to have discoverable information regarding the nature of the funeral directing services provided by Hamel, Wickens & Troupe; Hamel, Wickens & Troupe's use of the services of Bayview Crematory in performing cremations of decedents that received funeral directing services from Hamel, Wickens & Troupe; the remains received by Hamel, Wickens & Troupe for decedents who received funeral directing services from Hamel, Wickens & Troupe and were cremated at Bayview Crematory; and the due care and reasonable diligence exercised by Hamel, Wickens & Troupe in rendering funeral directing services.

   B. **Scott Hamel**
      **c/o Hamel, Wickens & Troupe Funeral Home, Inc.**
      **26 Adams Street**
      **Quincy, Massachusetts**
      **Tel (617) 472-5888**

   Mr. Hamel is likely to have discoverable information regarding the nature of the funeral directing services provided by Hamel, Wickens & Troupe; Hamel, Wickens & Troupe's use of the services of Bayview Crematory in performing cremations of decedents that received funeral directing services from Hamel, Wickens & Troupe; the remains received by Hamel, Wickens & Troupe for decedents who received funeral directing services from Hamel, Wickens & Troupe and were cremated at Bayview Crematory; and the due care and reasonable diligence exercised by Hamel, Wickens & Troupe in rendering funeral directing services.

10045_1

  C. **Derek A. Wallace**
   c/o/ Bayview Crematory, LLC.
   204 New Zealand Road
   Seabrook, New Hampshire
   Tel. (888) 889-4762

  Mr. Wallace is likely to have discoverable information regarding the nature of the cremation of decedents at Bayview Crematory; the conduct of Bayview Crematory in performing cremations of decedents who received funeral directing services from Hamel, Wickens & Troupe; the remains received by Hamel, Wickens & Troupe for decedents who received funeral directing services from Hamel, Wickens & Troupe and were cremated at Bayview Crematory; any alleged injuries or damages sustained by persons who received funeral directing services from Hamel, Wickens & Troupe and cremation at Bayview Crematory; and the due care and reasonable diligence exercised by Hamel, Wickens & Troupe in rendering funeral directing services.

 **II.** **The following documents, data compilations, and tangible things, described by category, are in Hamel, Wickens & Troupe's possession, custody or control and located at the Law offices of Roberta Fitzpatrick, 101 Arch Street, Boston, MA 02110, and may be sued by Hamel, Wickens & Troupe to support its claims or defenses:**

  A. Documents relating to the funeral directing services provided by Hamel, Wickens & Troupe, including funeral directing services contracts or agreements, invoices, bills, or other documents evidencing charges for funeral directing services; cremation certificates; death certificates; statements of death; permits; Medical Examiner's certificate; Pronouncement of Death certificate; cremation authorization; Release of Cremated Remains form; correspondence; obituaries; and tags, labels, or other forms of identification accompanying a decedent's remains prior to and following cremation.

10045_1

  B. Licenses, permits, and other documents under which Hamel, Wickens & Troupe conducts business.

  C. License, permits, and other documents under which persons act as funeral directors on Hamel, Wickens & Troupe's behalf.

  D. Documents relating to payments made by Hamel, Wickens & Troupe to Bayview Crematory.

  E. Documents relating to transportation of decedents' bodies and/or remains to and from Bayview Crematory.

  F. Documents relating to the preservation and confirmation of the identity of the remains of decedents cremated at Bayview Crematory.

**III. A computation of any category of damages claimed by Hamel, Wickens & Troupe, making available for inspection and copying the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

  The amount of damages sustained by Hamel, Wickens & Troupe cannot be computed at this time. On later discovery in this case and analysis by an expert will Hamel, Wickens & Troupe be able to determine the amount of damages suffered by Hamel, Wickens & Troupe.

**IV. Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.**

10045_1

Hamel, Wickens & Troupe has submitted a claim for coverage in connection with this action to Arbella Protection Insurance Company,1100 Crown Colony Drive, Quincy, MA 02269-9225, Policy No. 7500011390, General Liability Coverage, $1,000,000 per occurrence/$2,000,000 general aggregate.

          **DEFENDANT**
          **HAMEL WICKENS & TROUPE**
          **FUNERAL HOME, INC.**

          By its attorney,


          /S/ Brian K. Walsh
          Brian K. Walsh
          Law Offices of Roberta Fitzpatrick
          101 Arch Street, Suite 1761
          Boston, Massachusetts  02110
          (617) 769-3500

Dated: November 20, 2006

10045_1

## **CERTIFICATE OF SERVICE**

I, Brian K. Walsh, counsel for the above-named Defendants, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere
Three Executive Park, Suite 9
Bedford, NH 03110

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Cremation Society, Inc.:**

Joseph M. Desmond, Esq.
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA 02210

**Counsel for Dracut Funeral Home:**

Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank & Rome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

and

10045_1

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Suite 310
120 Front Street
Worcester, MA 01608-1424

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

**Counsel for Linda Stokes:**

William F. Ahern, Jr.
MandiJo Hanneke, Esq.
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142

**Counsel for Neptune Society, Inc.:**

Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
617-338-2144

**Counsel for Commonwealth Cremation and Shipping Service:**

Dennis E. McKenna, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Dated:  November 20, 2006             /S/ Brian K. Walsh
                                       Brian K. Walsh

10045_1