UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, et al,<br>    Plaintiffs,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, et al,<br>    Defendants. | Civil Action No.: 05-cv-11904-RCL |

**NOTICE OF APPEARANCE**

NOW COMES Matthew W. Perkins and respectfully requests this Court enter his appearance as attorney for the Defendant, Derek A. Wallace, in the above-captioned matter.

/S/ Matthew W. Perkins
Matthew W. Perkins, Esq. BBO# 564868
Lecomte, Emanuelson and Doyle
Batterymarch Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
(617) 328-1900

Dated: January 3, 2007

1