UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALAN C. ANDERSEN, et al, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  05-cv-11904-RCL |
| | ) | |
| BAYVIEW CREMATORY, LLC, et al, | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

NOW COMES Matthew W. Perkins and respectfully requests this Court enter his appearance as attorney for the Defendant, Hart-Wallace Funeral Home, in the above-captioned matter.

/S/ Matthew W. Perkins
Matthew W. Perkins, Esq. BBO# 564868
Lecomte, Emanuelson and Doyle
Batterymarch Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
(617) 328-1900

Dated:  January 3, 2007

1