UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, et al,  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>BAYVIEW CREMATORY, LLC, et al,  )<br>      Defendants.  )<br>_____  ) | Civil Action No.: 05-cv-11904-RCL |

**NOTICE OF APPEARANCE**

NOW COMES Matthew W. Perkins and respectfully requests this Court enter his appearance as attorney for the Defendant, Simplicity Burial & Cremation, Inc., f/ka/ Oceanside Family Funeral Home, in the above-captioned matter.

                                          /S/ Matthew W. Perkins
                                          Matthew W. Perkins, Esq. BBO# 564868
                                          Lecomte, Emanuelson and Doyle
                                          Batterymarch Park II
                                          One Pine Hill Drive, Suite 101
                                          Quincy, MA 02169
                                          (617) 328-1900

Dated: January 3, 2007