UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Boston)

Case No.: 05-cv-11904-RCL

ALAN C. ANDERSEN, et al.,

    Plaintiffs,

vs.

BAYVIEW CREMATORY, LLC, a New
Hampshire Limited Liability Company,
et al.,

    Defendants.
_____

## NOTICE OF APPEARANCE

To The Clerk of the Above-Styled Court:

    In the above-styled action, please enter my appearance on behalf of the Plaintiffs.

    Dated this 9th day of March, 2007.

    /s/ Lisa DeBrosse Johnson_____
    Lisa DeBrosse Johnson, BBO# 632428
    The Pilot House
    Lewis Wharf
    Boston, MA 02110
    617.854.3740
    debrossejohnson@comcast.net

**Certificate of Service**

    I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 9th day of March, 2007.

    /s/ Lisa DeBrosse Johnson
    Lisa DeBrosse Johnson, BBO# 632428