UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| LORRAINE HUNT V. BAYVIEW | ) | |
| CREMATORY, LLC, ET AL. | ) | NO. 05-11140-RCL |
| | ) | |
| and | ) | |
| | ) | |
| ALAN C. ANDERSEN ET AL. V. | ) | |
| BAYVIEW CREMATORY, LLC, ET AL. | ) | NO. 05-11904-RCL |

**DEFENDANT, LINDA STOKES', MOTION TO COMPEL PRODUCTION OF
DOCUMENTS FROM THE PLAINTIFFS**

Pursuant to Fed. R. Civ. P. Rules 34 and 37(a)(2), Linda Stokes, moves that the Court order the plaintiffs to produce the documents in their possession, custody or control that are responsive to the defendant's requests within fourteen (14) days. In support of this Motion, Ms. Stokes states that nearly all of the plaintiffs' responses to defendant's requests state: "Subject to and without waiving the foregoing specific and general objections, Plaintiff states that she will produce nonprivileged documents responsive to this Request, if any exist, and are in the Plaintiff's possession, custody or control." Despite several demands and requests for actual production of the documents, the plaintiffs have refused to produce the referenced documents. The documents sought pertain to essential facts relating to the basis for the plaintiffs' claims, and the failure to produce them causes substantial prejudice to Ms. Stokes's defense of this matter. A memorandum in support of this Motion is attached hereto, and incorporated by reference herein.

2

WHEREFORE, the defendant, Linda Stokes requests this Court compel the plaintiffs in the consolidated actions to produce documents responsive to the defendant's requests within fourteen (14) days.

>Respectfully submitted,
>on behalf of defendant,
>Linda Stokes, by her Attorneys,
>
>**CLARK, HUNT & EMBRY**
>
>/s/ Mandi Jo Hanneke
>_____
>William F. Ahern, Jr. (013365)
>Mandi Jo Hanneke (657349)
>55 Cambridge Parkway
>Cambridge, MA 02142
>(617) 494-1920

**<u>CERTIFICATION PURSUANT TO FED.R.CIV.P. 37(B) AND L.R. 7.1 AND 37.1(B)</u>**

Counsel for Ms. Stokes certifies that she has conferred with counsel for the plaintiffs in an attempt to resolve or narrow the issue in dispute and in an effort to secure the production of the documents sought and the parties have been unable to reach a resolution after making a reasonable and good faith effort to do so.

<u>*/s/ Mandi Jo Hanneke*</u>
Mandi Jo Hanneke

4

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on the 9th day of March, 2007, a true and correct copy of this Motion to Compel Production of Documents from the Plaintiffs by defendant Linda Stokes, was served on all counsel of record in this matter.

                                            <u>*/s/ Mandi Jo Hanneke*</u>
                                            Mandi Jo Hanneke