UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Boston)

Case No.: 05-cv-11904-RCL

ALAN C. ANDERSEN, et al.,

    Plaintiffs,

vs.

BAYVIEW CREMATORY, LLC, a New
Hampshire Limited Liability Company,
et al.,

    Defendants.
_____

### PLAINTIFFS' MOTION TO ENLARGE DATE TO FILE RESPONSE TO LINDA STOKES' MOTION TO COMPEL DOCUMENTS FROM THE PLAINTIFFS

Plaintiffs, ALAN C. ANDERSEN, et al., by and through their undersigned Counsel, files this Motion to Enlarge Date and state as follows:

1. On March 9, 2007, the Defendant LINDA STOKES, filed her Motion to Compel Production of Documents from the Plaintiffs.

2. That same date undersigned co-counsel filed her notice of appearance in this matter and undersigned counsel filed his Motion for *Pro Hac Vice* Admission.

3. Both counsel have therefore only recently been engaged in this matter and are attempting to review the pending discovery, discuss outstanding issues with opposing counsel and narrow or eliminate any pending areas of dispute. That process has already begun and has resulted in a narrowing of issues which previously were unresolved.

4. That process as well as the effort to obtain and refine Plaintiffs discovery responses was delayed by undersigned counsels David H. Charlip, Esq.'s unplanned week-long absence from the office due to medical reasons.

5. Additionally, undersigned counsel David H. Charlip, Esq. has had longstanding plans to be out of the country on vacation starting on March 30, 2007 through April 8, 2007.

6. For the above reasons, Plaintiffs seek an extension until April 11, 2007 to file a Response to any aspects of Defendant LINDA STOKES Motion to Compel Documents from the Plaintiffs that may at that time still remain unresolved.

7. This request is made in good faith and with no intention to delay the orderly conduct of this case.

8. <u>CERTIFICATION PURSUANT TO FED. R. CIV. P RULE 37(B) AND L.R. 7.1 AND 37.1(B)</u>

Undersigned counsel has conferred with counsel for the Defendant, LINDA STOKES with respect to the relief sought in this motion and counsel for said Defendant has no opposition to the enlargement of the date for filing of the Response through March 30, 2007.

WHEREFORE, Plaintiffs ALAN C. ANDERSEN, et al., request that this Court grant an extension until April 11, 2007 to file a Response to any aspects of Defendant LINDA STOKES Motion to Compel Documents from the Plaintiffs that may at that time still remain unresolved.

Dated this 23rd day of March, 2007.

        Respectfully submitted,
        Plaintiffs, by their attorneys


        /s/ Lisa Debrosse-Johnson
        Lisa DeBrosse Johnson, BBO# 632428
        The Pilot House
        Lewis Wharf
        Boston, MA 02110
        (617) 854-3740
        debrossejohnson@comcast.net


        /s/ David H. Charlip
        David H. Charlip (Florida Bar No.: 329932)
        dcharlip@charliplawgroup.com
        Charlip Law Group, LC
        1930 Harrison Street, Suite 208
        Hollywood, Florida 33020
        954.921.2131
        954.921.2191 (Fax)
        Attorneys for Plaintiffs


## Certificate of Service

    I HEREBY CERTIFY that on March 23, 2007, a true and correct copy of this Plaintiffs' Motion to Enlarge Date to File Response to Linda Stokes' Motion to Compel Documents from the Plaintiffs, was served on all counsel of record in this matter.

        /s/ David H. Charlip
        David H. Charlip (Florida Bar No.: 329932)