UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LORRAINE HUNT v. BAYVIEW
CREMATORY, LLC, et. al.,

No. 05-11140-RCL

and

ALAN C. ANDERSEN, et. al., v.
BAYVIEW CREMATORY, LLC, et. al.

No. 05-11904-RCL

_____

**STIPULATION FOR WITHDRAWAL OF CLASS ALLEGATIONS**

Lorraine Hunt, Alan C. Andersen, and the Plaintiffs/Putative Class Representatives in the above-styled case, together with the Defendants named therein, by and through their respective and undersigned counsel, stipulate to the withdrawal of the Class Action Allegations and other references to this case as a "class action" as contained in the Class Action Complaints filed in the above-styled causes and in support thereof agree as follows:

1. On June 1, 2005, Lorraine Hunt filed the Class Action Complaint in the above-styled cause No. 05-11140-RCL. On September 20, 2005, Alan C. Andersen and other Plaintiffs filed the Class Action Complaint in the above-styled cause No. 05-11904-RCL. The Class Action Complaints contained certain allegations, particularly paragraphs 29 through 35 and 69 through 70 in *Hunt*, and paragraphs 44 through 50 and 107 through 109 in *Andersen*, supporting certification of a class pursuant to Federal Rule of Civil Procedure 23. Other references to the case as a "class action" appear in the Complaints.

2. The Plaintiffs in both cases have elected not to proceed on the Class Action Allegations contained in the Class Representation Complaints and no longer seek certification of

1

a class in either case. The Plaintiffs are desirous of withdrawing the Class Action Allegations and all references to the case as a "class action" that appear in the Complaints. The Plaintiffs are desirous of having the cases proceed as individual claims under their respective case numbers.

3.  To the extent the Court has subject matter jurisdiction, the parties to this Stipulation are desirous of maintaining the cases as a "Consolidated Action" pursuant to the provisions of this Court's Order of October 31, 2006.

4.  The Defendants do not oppose the withdrawal of the Class Action Allegations. Further, the Defendants do not and will not seek reimbursement of any costs, expenses, or attorneys' fees relating to the withdrawal of the Class Action Allegations or the effect thereof.

5.  The Plaintiffs do not oppose the dismissal, with prejudice, from these proceedings of those Defendants against which there are no direct claims currently pending, including American Society for Cremation, American Society for Funeral Services, Inc., Farrah Funeral Home, Keefe Funeral Home, Inc., Scatamacchia Funeral Home, and Does 1-50, inclusive.

6.  Further, the Plaintiff, Steven Dumais, does not oppose the dismissal, with prejudice, of his claims against the Defendants.

7.  Each of the parties to this Stipulation has evidenced their assent to the terms and provisions hereof separate joinder.

WHEREFORE, the parties respectfully request that this Court enter its order ratifying, adopting and approving the foregoing Stipulation, including a determination that:

A.  the Class Action Allegations and references to a "class action" in the Class Action Complaints be deemed withdrawn;

B.  the Defendants against which there are no direct claims currently pending be dismissed, with prejudice, from these proceedings;

   C. the claims of the Plaintiff, Steven Dumais, be dismissed, with prejudice;

   D. to the extent the Court has subject matter jurisdiction the _Hunt_ and _Andersen_ Plaintiffs shall proceed with their individual claims under the existing case numbers as a "Consolidated Action" as established in the Court's Order of October 31, 2006;

   E. no costs, expenses, or attorneys' fees be awarded to any party as a result of the withdrawal of the Class Action Allegations or the effect thereof; and

   F. such other and further determinations as this Court deems appropriate to effectuate this Stipulation.

 Dated this 3rd day of April, 2007.

          Respectfully submitted,
          Plaintiffs, by their attorneys


          /s/ David H. Charlip
          David H. Charlip (Florida Bar No.: 329932)
          Charlip Law Group, LC
          1930 Harrison Street, Suite 208
          Hollywood, Florida 33020
          954.921.2131
          954.921.2191 (Fax)
          dcharlip@charliplawgroup.com


          /s/ Lisa Debrosse-Johnson
          Lisa DeBrosse Johnson, BBO# 632428
          The Pilot House
          Lewis Wharf
          Boston, MA 02110
          (617) 854-3740
          debrossejohnson@comcast.net

The following Defendants, through counsel, have assented to the foregoing Stipulation and have authorized, in writing, that their electronic signatures be included herein:

/s/ Richard E. Cavanaugh
Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
Tel: (978) 452-0522
Fax: (978) 452-0482
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home & Simplicity Burial & Cremation, Inc.*

/s/ John J. Dichello, Jr.
Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5578
*Counsel for Scatamacchia Funeral Home and Dracut Funeral Home, Inc.*

/s/ Bradley A. Mac Donald
Bradley A. Mac Donald, Esq.
Cummings, King & Mac Donald
One Gateway Center
Suite 351
Newton, MA 02458-2802
Tel: (617) 630-5100
Fax: (617) 630-0816
*Counsel for Farrah Funeral Home*

/s/ Matthew W. Perkins\_\_\_\_\_
Matthew W. Perkins, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
Tel: (617) 328-1900
Fax: (617) 328-2030
*Counsel for Hart-Wallace Funeral Home*
*and Simplicity Burial & Cremation Service*


/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 494-1920
Fax: (617) 494-1921
*Counsel for Linda Stokes*


/s/ William P. Smith_____
William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street, Route 44
Plymouth, MA 02360-4546
Tel: (508) 746-6100
Fax: (508) 746-7067
*Counsel for Bayview Crematory, LLC*


/s/ George E. Clancy_____
George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
Suite 817
340 Main Street
Worcester, MA 01608
Tel: 508-751-5136
Fax: 508-757-1039
*Counsel for Keefe Funeral Home, Inc.*

/s/ Dennis E. McKenna_____
Dennis E. McKenna, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
Tel: (617) 523-9000
Fax: (617) 880-3456
*Counsel for Commonwealth Cremation & Shipping Service, Inc.*


/s/ Brian K. Walsh_____
Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel: (617) 769-3500
Fax: (617) 946-0569
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*


/s/ Joseph M. Desmond_____
Joseph M. Desmond, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
Tel: (617) 439-7500
Fax: (617) 342-4935
*Counsel for Cremation Society, Inc.*


/s/ Maureen L. Reilly_____
Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
Tel: 617-338-2144
Fax: 617-451-5462
*Counsel for Neptune Society*

## Certificate of Service

      I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of April, 2007.

                                                /s/ David H. Charlip_____
                                                David H. Charlip
                                                Admitted *Pro Hac Vice*