UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LORRAINE HUNT v. BAYVIEW
CREMATORY, LLC, et. al.,

                                                                                     No. 05-11140-RCL

and

ALAN C. ANDERSEN, et. al., v.
BAYVIEW CREMATORY, LLC, et. al.

                                                                                     No. 05-11904-RCL

_____

**STIPULATION OF DISMISSAL OF PLAINTIFFS, ALAN C. ANDERSEN, SUZANNE BOURASSA, ROBERT DELIA, SARA-ANNE EAMES, JOHN FOSTER, BRITTON HALL, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, DONNA TOMASO, JOHN CARLSON AND SHAUN FERRIS, FOR LACK OF SUBJECT MATTER JURISDICTION AND STIPULATION OF DISMISSAL OF PLAINTIFF, STEVEN DUMAIS**

      Plaintiffs, Alan C. Andersen, Suzanne Bourassa, Robert Delia, Sara-Anne Eames, John Foster, Britton Hall, Marie Ignoto, David Johnson, Dawn Lattime, Donna Tomaso, John Carlson and Shaun Ferris, together with the Defendants herein, by and through their respective and undersigned counsel, stipulate to the dismissal of the claims of these Plaintiffs in Civil Action No. 2005-11904 and in support thereof agree as follows:

      1.      There is no dispute among the parties hereto that this Court lacks subject matter jurisdiction with respect to the claims of the Plaintiffs, Alan C. Andersen, Suzanne Bourassa, Robert Delia, Sara-Anne Eames, John Foster, Britton Hall, Marie Ignoto, David Johnson, Dawn Lattime, Donna Tomaso, John Carlson and Shaun Ferris.  Accordingly, the claims of Plaintiffs Alan C. Andersen, Suzanne Bourassa, Robert Delia, Sara-Anne Eames, John Foster, Britton Hall, Marie Ignoto, David Johnson, Dawn Lattime, Donna Tomaso, John Carlson and Shaun Ferris, are hereby dismissed without prejudice.

2. As the issue of this Court's subject matter jurisdiction as to the Plaintiffs, Dennis Fowler, Edward Galvin, Jr., Patricia Hannigan, Kathleen McDonough, Tara McDonough, and Eleanor Poole, is contested, the matter is left to the resolution of the Court.

3. Pursuant to the provisions of the Stipulation for Withdrawal of Class Allegations, the Plaintiff, Steven Dumais, hereby dismisses his claims, with prejudice, against the Defendants.

Dated this 17th day of May, 2007.

                Respectfully submitted by all parties,
                through their undersigned attorneys,


                /s/ David H. Charlip
                David H. Charlip, Florida Bar No.: 329932
                Charlip Law Group, LC
                1930 Harrison Street, Suite 208
                Hollywood, Florida 33020
                954.921.2131
                954.921.2191 (Fax)
                dcharlip@charliplawgroup.com


                /s/ Lisa Debrosse-Johnson
                Lisa DeBrosse Johnson, BBO# 632428
                The Pilot House
                Lewis Wharf
                Boston, MA 02110
                (617) 854-3740
                debrossejohnson@comcast.net

The following Defendants, through counsel, have assented to the foregoing Stipulation and have authorized, in writing, that their electronic signatures be included herein:

/s/ Dona Feeney_____
Dona Feeney, Esq.
Getman, Stacey, Schulthess, & Steere, P.A.
Three Executive Park Drive
Suite 9
Bedford, New Hampshire 03110
Tel: (603) 634-4300
*Counsel for Bayview Crematory, LLC*


/s/ Richard E. Cavanaugh__
Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
Tel: (978) 452-0522
Fax: (978) 452-0482
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home & Simplicity Burial & Cremation, Inc.*


/s/ John J. Dichello, Jr.____
Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5578
*Counsel for Scatamacchia Funeral Home and Dracut Funeral Home, Inc.*

/s/ Matthew W. Perkins
Matthew W. Perkins, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
Tel: (617) 328-1900
Fax: (617) 328-2030
*Counsel for Hart-Wallace Funeral Home and Simplicity Burial & Cremation Service*

/s/ Mandi Jo Hanneke
Mandi Jo Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 494-1920
Fax: (617) 494-1921
*Counsel for Linda Stokes*

/s/ William P. Smith
William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street, Route 44
Plymouth, MA 02360-4546
Tel: (508) 746-6100
Fax: (508) 746-7067
*Counsel for Bayview Crematory, LLC*

/s/ Dennis E. McKenna
Dennis E. McKenna, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
Tel: (617) 523-9000
Fax: (617) 880-3456
*Counsel for Commonwealth Cremation & Shipping Service, Inc.*

/s/ George E. Clancy_____
George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
Suite 817
340 Main Street
Worcester, MA 01608
Tel: 508-751-5136
Fax: 508-757-1039
*Counsel for Keefe Funeral Home, Inc.*


/s/ Brian K. Walsh_____
Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel: (617) 769-3500
Fax: (617) 946-0569
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*


/s/ Joseph M. Desmond_____
Joseph M. Desmond, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
Tel: (617) 439-7500
Fax: (617) 342-4935
*Counsel for Cremation Society, Inc.*


/s/ Maureen L. Reilly_____
Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
Tel: 617-338-2144
Fax: 617-451-5462
*Counsel for Neptune Society*

## Certificate of Service

I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 17th day of May, 2007.

/s/ David H. Charlip
David H. Charlip
Admitted *Pro Hac Vice*