UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LORRAINE HUNT v. BAYVIEW
CREMATORY, LLC, et. al.,

No. 05-11140-RCL

and

ALAN C. ANDERSEN, et. al., v.
BAYVIEW CREMATORY, LLC, et. al.

No. 05-11904-RCL

_____

**STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE
CLAIMS OF PLAINTIFF, DENNIS FOWLER**

Plaintiff, Dennis Fowler, and the Defendants remaining in the Case No. 05-11904-RCL, by and through their respective and undersigned counsel, pursuant to F.R.C.P. 41 (a) (1) (ii), stipulate to the dismissal of the claims of Dennis Fowler.

Dated this 31st day of May, 2007.

                Dennis Fowler, by his attorneys

                /s/ David H. Charlip_____
                David H. Charlip, Florida Bar No.: 329932
                Charlip Law Group, LC
                1930 Harrison Street, Suite 208
                Hollywood, Florida 33020
                954.921.2131
                954.921.2191 (Fax)
                dcharlip@charliplawgroup.com

                /s/ Lisa Debrosse-Johnson_____
                Lisa DeBrosse Johnson, BBO# 632428
                The Pilot House
                Lewis Wharf
                Boston, MA 02110
                (617) 854-3740
                debrossejohnson@comcast.net

The following Defendants, through counsel, have assented to the foregoing Stipulation and have authorized, in writing, that their electronic signatures be included herein:

/s/ Dona Feeney_____
Dona Feeney, Esq.
Getman, Stacey, Schulthess, & Steere, P.A.
Three Executive Park Drive
Suite 9
Bedford, New Hampshire 03110
Tel: (603) 634-4300
*Counsel for Bayview Crematory, LLC*

/s/ Richard E. Cavanaugh\_\_
Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
Tel: (978) 452-0522
Fax: (978) 452-0482
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home & Simplicity Burial & Cremation, Inc.*

/s/ John J. Dichello, Jr.\_\_\_\_
Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5578
*Counsel for Scatamacchia Funeral Home and Dracut Funeral Home, Inc.*

/s/ Matthew W. Perkins\_\_\_\_\_
Matthew W. Perkins, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
Tel: (617) 328-1900
Fax: (617) 328-2030
*Counsel for Hart-Wallace Funeral Home and Simplicity Burial & Cremation Service*


/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 494-1920
Fax: (617) 494-1921
*Counsel for Linda Stokes*


/s/ Dennis E. McKenna_____
Dennis E. McKenna, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
Tel: (617) 523-9000
Fax: (617) 880-3456
*Counsel for Commonwealth Cremation & Shipping Service, Inc.*


/s/ Brian K. Walsh_____
Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel: (617) 769-3500
Fax: (617) 946-0569
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

/s/ Joseph M. Desmond_____
Joseph M. Desmond, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
Tel: (617) 439-7500
Fax: (617) 342-4935
*Counsel for Cremation Society, Inc.*


/s/ Maureen L. Reilly_____
Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
Tel: 617-338-2144
Fax: 617-451-5462
*Counsel for Neptune Society*

**Certificate of Service**

    I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of May, 2007.

                                          /s/ David H. Charlip_____
                                          David H. Charlip
                                          Admitted *Pro Hac Vice*