UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN C. ANDERSEN, et al., )<br>)<br>   Plaintiffs, )<br>)<br>  v. )<br>)<br>BAYVIEW CREMATORY, LLC., et al., )<br>)<br>   Defendants. )<br>) | No. 05-cv-11904-RCL |

NOTICE OF FIRM NAME CHANGE

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 17, 2007                         COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
ROBERT M. ROTHMAN (RR-6090)
EVAN J. KAUFMAN (EK-8042)


*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: ekaufman@csgrr.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I electronically filed the foregoing Notice of Firm Name Change with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN (SR-7957)
        ROBERT M. ROTHMAN (RR-6090)
        EVAN J. KAUFMAN (EK-8042)

        */s/ Evan J. Kaufman*
        EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: ekaufman@csgrr.com