UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
Edward C. Galvin, Jr., et. al.,                *
                                               *
         Plaintiffs                            *
                                               *
v.                                             *   No. 05-11904-RCL
                                               *
Bayview Crematory, LLC, et. al.,               *
                                               *
         Defendants                            *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### DEFENDANTS' JOINT MOTION TO STRIKE
### PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW COME the Defendants, Bayview Crematory, LLC, Larry Stokes, Linda Stokes, Derek A. Wallace, Hart-Wallace Funeral Home, and Simplicity Burial & Cremation, Inc., by and through their counsel, pursuant to F.R.C.P. 12(f) and Local Rule 7.1, and brings the within Motion to Strike the Plaintiffs' First Amended Complaint (Docket No. 110) as filed for failing to comply with the Order previously entered by the Honorable Magistrate Judge Mary Ann Bowler, and in support thereof say as follows:

1. On August 21, 2007, the plaintiffs moved under F.R.C.P. 15 to amend the Complaint to: add necessary diversity jurisdiction; conform to the parties' stipulations; and to add new parties plaintiff. The plaintiffs attached to their motion a proposed amended complaint and requested that the Court deem the proposed complaint filed.

2. On September 21, 2007, this Court entered an order (Docket No. 109) permitting the plaintiffs limited leave to amend the Complaint only "to add the necessary allegations to set forth diversity jurisdiction and to

        conform the Complaint to the parties' stipulations and the Report and Recommendation." The motion was otherwise denied, including the request for leave to add new plaintiffs. The Court did not accept the proposed amended complaint as requested by the plaintiffs.

3. The Order required the plaintiffs to "serve all defendants with a revised proposed amended complaint in conformity with this opinion and thereafter file the amended complaint."

4. Subsequently, and contrary to this Court's Order, the plaintiffs filed (without prior service) an Amended Complaint (Docket No. 110). Rather than make only the amendments allowed by the Court, the Amended Complaint includes over fifty new paragraphs of "Preliminary Allegations" not found in the Complaint. The Amended Complaint also contains additional revisions and additions to the various Counts against the defendants.

5. The plaintiffs' Amended Complaint as filed should be stricken in its entirety (with the exception of paragraphs 1 – 6 which establish the diversity jurisdiction factual predicate allowed by this Court) because the additional allegations are redundant, immaterial, impertinent, and because the Amended Complaint is well beyond the scope of this Court's specific Order granting leave to amend.

6. To the extent this Court permits the plaintiffs to file the Amended Complaint in its present form, the defendants would respectfully request seven (7) days from the entry of this Court's Order on their Motion to Strike to provide a responsive pleading to same.

7. Pursuant to Local Rule 7.1, David Charlip, Esq., counsel for the plaintiffs, was conferred with as to this motion in a good faith effort to resolve this issue.

8. Due to the nature of this motion and the bases thereof, no additional memorandum is necessary.

WHEREFORE, the Defendants respectfully request that this Honorable Court:

A. Strike Plaintiffs' First Amended Complaint; and

B. Grant such other relief as may be just and equitable.

Respectfully submitted,
BAYVIEW CREMATORY, LLC.
By Its Attorneys,
Getman, Stacey, Schulthess & Steere, P.A.

Dated: October 11, 2007        /s/ Dona Feeney
Dona Feeney, Esq., #600749
Three Executive Park Drive – Suite 9
Bedford, NH 03110
(603) 634-4300

Respectfully submitted,
BAYVIEW CREMATORY, LLC
By its Attorneys,

Dated: October 11, 2007        /s/ William Smith
William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360
508-746-6100

                                      Respectfully submitted,
                                      LARRY STOKES AND LINDA STOKES
                                      By their Attorneys,
                                      Clark, Hunt & Embry


Dated: October 11, 2007           _/s/ MandiJo Hanneke_____
                                      MandiJo Hanneke, Esquire
                                      William Ahern, Jr., Esquire
                                      55 Cambridge Parkway – Suite 401
                                      Cambridge, MA  02142
                                      (617) 494-1920


                                      Respectfully submitted,
                                      DEREK A. WALLACE, HART-
                                      WALLACE FUNERAL HOME,
                                      AND SIMPLICITY BURIAL &
                                      CREMATION, INC.
                                      By their Attorneys,
                                      Gallagher & Cavanaugh LLP


Dated:  October 11, 2007         _/s/ Richard E. Cavanaugh_____
                                      Richard E. Cavanaugh, Esquire
                                      Boott Cotton Mills
                                      100 Foot of John Street
                                      Lowell, MA 01852
                                      (978) 452-0522


## CERTIFICATE OF SERVICE

     I hereby certify that Defendants' Joint Motion to Strike Plaintiffs' First Amended Complaint, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of October, 2007.


Dated:  October 11, 2007                   _/s/ Dona Feeney_____
                                                    Dona Feeney, Esq.

F:\DFeeney\6364\05726\Andersen\Motions\Def Joint Mot Strike Plf 1st Amend Complaint (2).doc