UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11904RCL

| | |
|---|---|
| EDWARD C. GALVIN JR. et. Al. | ) |
| Plaintiffs | ) |
| v. | ) |
| BAYVIEW CREMATORY, LLC, ET AL., | ) |
|     Defendants | ) |
| | ) |

DEFENDANT NEPTUNE SOCIETY INC.'S MOTION FOR LEAVE TO JOIN DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT

Now comes the Defendant, Neptune Society Inc. and moves this Honorable Court for Leave to Join Defendants' Joint Motion to Strike.  As grounds for this motion the Defendant states as follows:

1.  Defendants filed a motion to strike Plaintiffs' first amended complaint.  The motion was filed without Neptune Society joining the motion as Neptune's attorney did not receive the motion in time to join therein.

2.  Neptune herein incorporates by reference the contents of Defendants' Joint Motion to Strike Plaintiffs' First Amended Complaint.

    WHEREFORE, the Defendant, Neptune Society Inc., requests that this Honorable Court grant this Motion for Leave to Join the Defendants' Joint Motion to Strike Plaintiffs' Joint Motion to Strike.

NEPTUNE SOCIETY INC.,

By its Attorney,
Maureen L. Reilly

Dated:  ___/s/Maureen Reilly_____
Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617)338-2144
BBO#555369

CERTIFICATE OF SERVICE

    I, Maureen Reilly, hereby certify that Defendant Neptune Society Inc.'s Motion for Leave to Join Defendants Joint Motion to Strike Plaintiffs' Complaint, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of October, 2007.