**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**NO. 05-11904-RCL**

—————————————————————— )
**EDWARD GALVIN, JR., PATRICIA**           )
**HANNIGAN, KATHLEEN**                     )
**MCDONOUGH, TARA MCDONOUGH,**             )
**and ELEANOR POOLE**                      )
    **Plaintiffs**                        )
                                         )
                                         )
**v.**                                     )
                                         )
**BAYVIEW CREMATORY, LLC, DEREK** )
**A. WALLACE, LINDA STOKES,**              )
**LARRY STOKES, HAMEL WICKENS &** )
**TROUPE FUNERAL HOME, INC.,**             )
**ROGER HAMEL, HART-WALLACE**              )
**FUNERAL HOME, NEPTUNE**                  )
**SOCIETY, INC., and SIMPLICITY**          )
**BURIAL & CREMATION, INC.,**              )
    **Defendants**                        )
—————————————————————— )

**ANSWER OF DEFENDANTS, LINDA STOKES AND LARRY STOKES (SIC), TO**
**PLAINTIFFS' AMENDED COMPLAINT**

**<u>The Parties</u>**

1.    The defendants are without knowledge as to the truth or falsity of the

allegations contained in paragraph 1 of the plaintiffs' Amended Complaint and,

therefore, under the Rules of Civil Procedure, this paragraph is denied.

2.    The defendants are without knowledge as to the truth or falsity of the

allegations contained in paragraph 2 of the plaintiffs' Amended Complaint and,

therefore, under the Rules of Civil Procedure, this paragraph is denied.

3.    The defendants are without knowledge as to the truth or falsity of the

allegations contained in paragraph 3 of the plaintiffs' Amended Complaint and,

therefore, under the Rules of Civil Procedure, this paragraph is denied.

4.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 4 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

5.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 5 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

6.     The defendants admit that Bayview Crematory, LLC was a New Hampshire limited liability company that maintained its principal place of business in the State of New Hampshire.

7.     The defendants admit the allegations contained in paragraph 7 of the plaintiffs' Amended Complaint.

8.     The defendants admit the allegations contained in paragraph 8 of the plaintiffs' Amended Complaint.

9.     The defendants admit that Lawrence Stokes is a citizen of the Commonwealth of Massachusetts, that his nickname is Larry Stokes, and further state that his legal name is Lawrence Stokes, not Larry Stokes.

10.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 10 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

11.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 11 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

12.     The defendants admit that Hart-Wallace Funeral Home maintained a principal place of business in the Commonwealth of Massachusetts, but are without knowledge concerning the remaining allegations contained in paragraph 12 of the

plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, the remaining allegations of this paragraph are denied.

13.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 13 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

14.     The defendants admit that Simplicity Burial & Cremation, Inc. maintained a principal place of business in the Commonwealth of Massachusetts, but are without knowledge as to the remaining allegations contained in paragraph 14 of the plaintiffs' Amended Complaint and, therefore, deny said allegations.

## **Jurisdiction and Venue**

15.     The defendants deny the allegations contained in paragraph 15 of the plaintiffs' Amended Complaint.

16.     The defendants deny the allegations contained in paragraph 16 of the plaintiffs' Amended Complaint.

17.     The defendants deny the allegations contained in paragraph 17 of the plaintiffs' Amended Complaint.

## **Preliminary Allegations**

18.     The defendants admit that the real property and improvements of certain property located in Rockingham County, New Hampshire are known as the Bayview Crematory and deny the remaining allegations contained in paragraph 18 of the plaintiffs' Amended Complaint, as currently phrased.

19.     The defendants admit the allegations contained in paragraph 19 of the plaintiffs' Amended Complaint.

20.     The defendants admit that Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts in November 1999 signed a

mortgage for the property located in Rockingham County, New Hampshire as security for a loan from the Andover Bank for the purpose of constructing the Bayview Crematory, but deny the remaining allegations contained in paragraph 20 of the plaintiffs' Amended Complaint.

21.    The defendants admit the allegations contained in paragraph 21 of the plaintiffs' Amended Complaint.

22.    The defendants are without knowledge as to the date on which Bayview Crematory was organized as a New Hampshire Limited Liability Company and admit the remaining allegations contained in paragraph 22 of the plaintiffs' Amended Complaint.

23.    The defendants deny the allegations contained in paragraph 23 of the plaintiffs' Amended Complaint.

24.    The defendants deny the allegations contained in paragraph 24 of the plaintiffs' Amended Complaint.

25.    The defendants deny the allegations contained in paragraph 25 of the plaintiffs' Amended Complaint.

26.    The defendants deny the allegations contained in paragraph 26 of the plaintiffs' Amended Complaint.

27.    The defendants deny the allegations contained in paragraph 27 of the plaintiffs' Amended Complaint.

28.    The defendants admit the allegations contained in paragraph 28 of the plaintiffs' Amended Complaint.

29.    The defendants admit the allegations contained in paragraph 29 of the plaintiffs' Amended Complaint.

30.     The defendants admit the allegations contained in paragraph 30 of the plaintiffs' Amended Complaint.

31.     The defendants admit the allegations contained in paragraph 31 of the plaintiffs' Amended Complaint.

32.     The defendants admit the allegations contained in paragraph 32 of the plaintiffs' Amended Complaint.

33.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 33 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

34.     The defendants deny the allegations contained in paragraph 34 of the plaintiffs' Amended Complaint.

35.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 35 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

36.     The defendants deny the allegations contained in paragraph 36 of the plaintiffs' Amended Complaint, as currently phrased.

37.     The defendants deny the allegations contained in paragraph 37 of the plaintiffs' Amended Complaint, as currently phrased.

38.     The defendants admit the allegations contained in paragraph 38 of the plaintiffs' Amended Complaint.

39.     The defendants deny the allegations contained in paragraph 39 of the plaintiffs' Amended Complaint, as currently phrased.

40.     The defendants deny the allegations contained in paragraph 40 of the plaintiffs' Amended Complaint, as currently phrased.

41.     The defendants deny the allegations contained in paragraph 41 of the plaintiffs' Amended Complaint, as currently phrased.

42.     The defendants deny the allegations contained in paragraph 42 of the plaintiffs' Amended Complaint, as currently phrased.

43.     The defendants deny the allegations contained in paragraph 43 of the plaintiffs' Amended Complaint, as currently phrased.

44.     The defendants admit that Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts knew of the existence and operation of the Bayview Crematory on certain real property located in Rockingham County, New Hampshire, but deny the remaining allegations contained in paragraph 44 of the plaintiffs' Amended Complaint, as currently phrased.

45.     The defendants admit that Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts knew of the existence and operation of the Bayview Crematory on certain real property located in Rockingham County, New Hampshire, but deny the remaining allegations contained in paragraph 45 of the plaintiffs' Amended Complaint, as currently phrased.

46.     The defendants deny the allegations contained in paragraph 46 of the plaintiffs' Amended Complaint, as currently phrased

47.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 47 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

48.     The defendants deny the allegations contained in paragraph 48 of the plaintiffs' Amended Complaint, as currently phrased.

49.     The defendants deny the allegations contained in paragraph 49 of the plaintiffs' Amended Complaint.

50.     The defendants deny the allegations contained in paragraph 50 of the plaintiffs' Amended Complaint.

51.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 51 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

52.     The defendants admit the allegations contained in paragraph 52 of the plaintiffs' Amended Complaint.

53.     The defendants deny the allegations contained in paragraph 53 of the plaintiffs' Amended Complaint.

54.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 54 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

55.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 55 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

56.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 56 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

57.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 57 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

58.     The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 58 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

59.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 59 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

60.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 60 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

61.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 61 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

62.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 62 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

63.    The defendants deny the allegations contained in paragraph 63 of the plaintiffs' Amended Complaint, as currently phrased.

64.    The defendants admit that decorum and respect should be accorded in handling human remains, but deny the remaining allegations contained in paragraph 64 of the plaintiffs' Amended Complaint, as currently phrased.

65.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 65 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

66.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 66 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

67.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 67 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

68.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 68 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

69.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 69 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

70.    The defendants deny the allegations contained in paragraph 70 of the plaintiffs' Amended Complaint.

71.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 71 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

72.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 72 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

73.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 73 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

74.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 74 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

75.    The defendants deny the allegations contained in paragraph 75 of the plaintiffs' Amended Complaint.

76.    The defendants deny the allegations contained in paragraph 76 of the plaintiffs' Amended Complaint.

77.    The defendants deny the allegations contained in paragraph 77 of the plaintiffs' Amended Complaint.

78.    The defendants deny the allegations contained in paragraph 78 of the plaintiffs' Amended Complaint.

79.    The defendants deny the allegations contained in paragraph 79 of the plaintiffs' Amended Complaint.

80.    The defendants deny the allegations contained in paragraph 80 of the plaintiffs' Amended Complaint.

81.    The defendants deny the allegations contained in paragraph 81 of the plaintiffs' Amended Complaint d.

82.    The defendants deny the allegations contained in paragraph 82 of the plaintiffs' Amended Complaint d.

83.    The defendants deny the allegations contained in paragraph 83 of the plaintiffs' Amended Complaint as currently phrased.

84.    The defendants deny the allegations contained in paragraph 84 of the plaintiffs' Amended Complaint as currently phrased.

85.    The defendants deny the allegations contained in paragraph 85 of the plaintiffs' Amended Complaint as currently phrased.

86.    The defendants deny the allegations contained in paragraph 86 of the plaintiffs' Amended Complaint as currently phrased.

87.    The defendants deny the allegations contained in paragraph 87 of the plaintiffs' Amended Complaint as currently phrased.

88.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 88 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

89.    The defendants deny the allegations contained in paragraph 89 of the plaintiffs' Amended Complaint, as currently phrased.

90.    The defendants deny the allegations contained in paragraph 90 of the plaintiffs' Amended Complaint.

91.    The defendants deny the allegations contained in paragraph 91 of the plaintiffs' Amended Complaint.

92.    The defendants deny the allegations contained in paragraph 92 of the plaintiffs' Amended Complaint as currently phrased.

93.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 93 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

94.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 94 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

95.    The defendants deny, as currently phrased that James Fuller is an employee of Bayview Crematory, and are without knowledge as to the truth or falsity of the remaining allegations contained in paragraph 95 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, the remaining allegations are denied.

96.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 96 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

97.    The defendants deny the allegations contained in paragraph 97 of the plaintiffs' Amended Complaint, as currently phrased.

98.    The defendants deny the allegations contained in paragraph 98 of the plaintiffs' Amended Complaint, as currently phrased.

99.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 99 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied

100.    The defendants deny the allegations contained in paragraph 100 of the plaintiffs' Amended Complaint.

101.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 101 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

102.    The defendants admit that in 2005 Bayview Crematory was indicted for two counts of theft and five counts of violations of RSA 325A but are without knowledge as to the truth or falsity of the remaining allegations contained in paragraph 102 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, the remaining allegations are denied.

103.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 103 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

104.    The defendants deny the allegations contained in paragraph 104 of the plaintiffs' Amended Complaint.

105.    The defendants deny the allegations contained in paragraph 105 of the plaintiffs' Amended Complaint.

106.    The defendants deny the allegations contained in paragraph 106 of the plaintiffs' Amended Complaint.

107.    The defendants deny the allegations contained in paragraph 107 of the plaintiffs' Amended Complaint.

108.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 108 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

109.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 109 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

110.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 110 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

111.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 111 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

112.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 112 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

113.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 113 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

114.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 114 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

115.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 115 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

116.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 116 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

117.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 117 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

118.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 118 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

119.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 119 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

120.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 120 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

121.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 121 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

122.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 122 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

123.   The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 123 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

124.   The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 124 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

125.   The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 125 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

126.   The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 126 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

127.   The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 127 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

**<u>Count I</u>**
**Breach of Contract**
**(Funeral Home Defendants)**

128.   The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 (sic) of the plaintiffs' Amended Complaint as if specifically set forth herein.

129-136. The allegations contained in paragraphs 129 through 136 are not directed at the defendants, Linda Stokes or Lawrence Stokes.  To the extent any of the allegations contained in said paragraphs may be construed as asserting allegations against the defendants, Linda Stokes or Lawrence Stokes, the defendants deny.

**Count II**
**Breach of Fiduciary Duty**
**(All Defendants)**

137.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

138.    There are no allegations in paragraph 138 of the plaintiffs' Amended Complaint against the defendants, Linda Stokes or Lawrence Stokes.  To the extent paragraph 138 may be construed as asserting any allegations against said defendants, the defendants deny.

139.    The defendants deny the allegations contained in paragraph 139 of the plaintiffs' Amended Complaint.

140.    The defendants deny the allegations contained in paragraph 140 of the plaintiffs' Amended Complaint, as currently phrased.

141.    The defendants deny the allegations contained in paragraph 141 of the plaintiffs' Amended Complaint.

142.    The defendants deny the allegations contained in paragraph 142 of the plaintiffs' Amended Complaint.

143.    The defendants deny the allegations contained in paragraph 143 of the plaintiffs' Amended Complaint.

144.    The defendants deny the allegations contained in paragraph 144 of the plaintiffs' Amended Complaint.

145.    The defendants deny the allegations contained in paragraph 145 of the plaintiffs' Amended Complaint.

146.    The defendants deny the allegations contained in paragraph 146 of the plaintiffs' Amended Complaint.

147.    The defendants deny the allegations contained in paragraph 147 of the plaintiffs' Amended Complaint.

148.    The defendants deny the allegations contained in paragraph 148 of the plaintiffs' Amended Complaint.

149.    The defendants deny the allegations contained in paragraph 149 of the plaintiffs' Amended Complaint.

**Count III**
**Fraud**
**(Bayview Defendants)**

150.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

151.    There are no allegations in paragraph 151 of the plaintiffs' Amended Complaint against the defendants, Linda Stokes or Lawrence Stokes.  To the extent paragraph 151 may be construed as asserting any allegations against said defendants, the defendants deny.

152.    The defendants deny the allegations contained in paragraph 152 of the plaintiffs' Amended Complaint.

153.    The defendants deny the allegations contained in paragraph 153 of the plaintiffs' Amended Complaint.

154.    The defendants deny the allegations contained in paragraph 154 of the plaintiffs' Amended Complaint.

155.    The defendants deny the allegations contained in paragraph 155 of the plaintiffs' Amended Complaint.

156.    The defendants deny the allegations contained in paragraph 156 of the plaintiffs' Amended Complaint.

157.    The defendants deny the allegations contained in paragraph 157 of the plaintiffs' Amended Complaint.

158.    The defendants deny the allegations contained in paragraph 158 of the plaintiffs' Amended Complaint.

159.    The defendants deny the allegations contained in paragraph 159 of the plaintiffs' Amended Complaint.

160.    The defendants deny the allegations contained in paragraph 160 of the plaintiffs' Amended Complaint.

161.    The defendants deny the allegations contained in paragraph 161 of the plaintiffs' Amended Complaint.

**Count IV**
**Negligence**
**(All Defendants)**

162.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

163.    There are no allegations in paragraph 163 of the plaintiffs' Amended Complaint against the defendants, Linda Stokes or Lawrence Stokes.  To the extent paragraph 163 may be construed as asserting any allegations against said defendants, the defendants deny.

164.    The defendants deny the allegations contained in paragraph 164, and all of its subparts, of the plaintiffs' Amended Complaint.

165.    The defendants deny the allegations contained in paragraph 165, and all of its subparts, of the plaintiffs' Amended Complaint.

166.    The defendants deny the allegations contained in paragraph 166 of the plaintiffs' Amended Complaint.

167.    The defendants deny the allegations contained in paragraph 167 of the plaintiffs' Amended Complaint.

**Count V**
**Tortious Interference with A Corpse**
**(All Defendants)**

168.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

169.    There are no allegations in paragraph 169 of the plaintiffs' Amended Complaint against the defendants, Linda Stokes or Lawrence Stokes.  To the extent paragraph 169 may be construed as asserting any allegations against said defendants, the defendants deny.

170.    The defendants deny the allegations contained in paragraph 170 of the plaintiffs' Amended Complaint.

171.    The defendants deny the allegations contained in paragraph 171 of the plaintiffs' Amended Complaint.

172.    The defendants deny the allegations contained in paragraph 172 of the plaintiffs' Amended Complaint.

173.    The defendants deny the allegations contained in paragraph 173 of the plaintiffs' Amended Complaint.

174.    The defendants deny the allegations contained in paragraph 174 of the plaintiffs' Amended Complaint.

175.    The defendants deny the allegations contained in paragraph 175 of the plaintiffs' Amended Complaint.

176.    The defendants deny the allegations contained in paragraph 176 of the plaintiffs' Amended Complaint.

177.    The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph 177 of the plaintiffs' Amended Complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

178.    The defendants deny the allegations contained in paragraph 178 of the plaintiffs' Amended Complaint.

**Count VI**
**Intentional/Reckless Infliction of Emotional Distress**
**(All Defendants)**

179.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

180.    There are no allegations in paragraph 180 of the plaintiffs' Amended Complaint against the defendants, Linda Stokes or Lawrence Stokes.  To the extent paragraph 180 may be construed as asserting any allegations against said defendants, the defendants deny.

181.    The defendants deny the allegations contained in paragraph 181 of the plaintiffs' Amended Complaint.

182.    The defendants deny the allegations contained in paragraph 182 of the plaintiffs' Amended Complaint.

183.    The defendants deny the allegations contained in paragraph 183 of the plaintiffs' Amended Complaint.

184.    The defendants deny the allegations contained in paragraph 184 of the plaintiffs' Amended Complaint.

**Count VII**
**Negligent Infliction of Emotional Distress**
**(All Defendants)**

185.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

186.    The defendants deny the allegations contained in paragraph 186, and all of its subparts, of the plaintiffs' Amended Complaint.

187.    The defendants deny the allegations contained in paragraph 187, and all of its subparts, of the plaintiffs' Amended Complaint.

188.    The defendants deny the allegations contained in paragraph 188 of the plaintiffs' Amended Complaint.

189.    The defendants deny the allegations contained in paragraph 189 of the plaintiffs' Amended Complaint.

**Count VIII**
**Civil Conspiracy**
**(All Defendants)**

190.    The defendants restate, reassert, and incorporate by reference their responses to all prior allegations contained in the paragraphs 1 through 130 of the plaintiffs' Amended Complaint as if specifically set forth herein.

191.    There are no allegations in paragraph 191 of the plaintiffs' Amended Complaint against the defendants, Linda Stokes or Lawrence Stokes.  To the extent paragraph 191 may be construed as asserting any allegations against said defendants, the defendants deny.

192.    The defendants deny the allegations contained in paragraph 192 of the plaintiffs' Amended Complaint.

193.    The defendants deny the allegations contained in paragraph 193 of the plaintiffs' Amended Complaint.

194.    The defendants deny the allegations contained in paragraph 194 of the plaintiffs' Amended Complaint.

195.    The defendants deny the allegations contained in paragraph 195 of the plaintiffs' Amended Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The causes of action mentioned in the Amended Complaint did not accrue within the time period limited by statute for commencement of this action.

### THIRD AFFIRMATIVE DEFENSE

The defendants deny that any servant or agent of the defendants was involved in any incident at the time and place alleged.

### FOURTH AFFIRMATIVE DEFENSE

The person who caused the alleged damages to the plaintiffs was not a person for whose conduct the defendants were responsible.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiffs have failed to mitigate their damages, if any, in a reasonable manner.

### SIXTH AFFIRMATIVE DEFENSE

The defendants deny that any action or inaction on their behalf proximately caused injury to the plaintiffs.

## SEVENTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over the defendants.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiffs are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.

## NINTH AFFIRMATIVE DEFENSE

The defendants assert that to the extent that evidence has been spoliated, the defendants have been adversely affected.

## TENTH AFFIRMATIVE DEFENSE

The defendants' negligence, if any, did not proximately cause any damage to the plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

The plaintiffs' damages do not meet the jurisdictional requirement of this Court.

## TWELFTH AFFIRMATIVE DEFENSE

This action is barred by the doctrine of a prior pending action where claims of the same right allegedly infringed by the same wrong and which would involve the same evidence have been asserted in Essex Superior Court in Massachusetts, Civil Action No. 05789C, <u>Anzalone, et al. v. Bayview Crematory, LLC, et al.</u>, filed May 11, 2005, and <u>Ellis, et al. v. Bayview Crematory, LLC, et al.</u>, Rockingham County Superior Court, New Hampshire, Civil Action No. 05-C-350, among other actions.

## THIRTEENTH AFFIRMATIVE DEFENSE

The plaintiffs cannot prove objective evidence of physical harm and, therefore, their claim for negligent infliction of emotional distress must be dismissed.

## FOURTEENTH AFFIRMATIVE DEFENSE

The plaintiffs suffered no damages as a result of any alleged actions on the part of the defendants and, therefore, the plaintiffs cannot recover.

## FIFTEENTH AFFIRMATIVE DEFENSE

The plaintiffs have not complied with Fed.R.Civ.P. 9(b) in pleading, and therefore, their claim for fraud must be dismissed.

## SIXTEENTH AFFIRMATIVE DEFENSE

The plaintiffs lack standing.

## SEVENTEENTH AFFIRMATIVE DEFENSE

It was not reasonably foreseeable that the plaintiffs would suffer damages as the result of the defendants' actions as alleged by the plaintiffs and, therefore, the plaintiffs cannot recover.

## JURY DEMAND

The defendants, Linda Stokes and Lawrence Stokes, demand a trial by jury on all issues so triable.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2007, a true and correct copy of this Answer of Defendants, Linda Stokes and Lawrence Stokes, was served on all counsel of record in this matter.


_/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke