UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 05-11904RCL

_____
EDWARD GALVIN JR.,et. al              )
Plaintiffs                            )
                                      )
v.                                    )
                                      )
BAYVIEW CREMATORY, LLC, et. al,       )
        Defendants                    )
_____)

ANSWER TO PLAINTIFFS' AMENDED COMPLAINT BY
DEFENDANT NEPTUNE SOCIETY INC.

INTRODUCTION

The Defendant, Neptune Society Inc. ("Neptune"), hereby answers the Plaintiffs'

Amended Complaint. To the extent that the introductory paragraph of the Plaintiffs'

Amended Complaint requires an answer by Neptune, Neptune hereby denies any and all

allegations of wrongdoing in the introductory paragraph.

1.      Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 1 of the Amended Complaint.

2.   Neptune admits the truth of the allegations contained in Paragraph 2 of the

Amended Complaint.

3.      Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 3 of the Amended Complaint.

4.      Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 4 of the Amended Complaint.

5.      Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 5 of the Amended Complaint.

6.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Amended Complaint.

7.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Amended Complaint.

8.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Amended Complaint.

9.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Amended Complaint.

10.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Amended Complaint.

11.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Amended Complaint.

12.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Amended Complaint.

13.      Neptune denies that its principal place of business is in the State of California but admits the remaining allegations contained in Paragraph 13 of the Amended Complaint.

14.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Amended Complaint.

15.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 15 as to it.

16.      Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 16 of the Amended Complaint. Further answering, Neptune denies the allegations in Paragraph 16 as to it.

17.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Amended Complaint.

18.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Amended Complaint.

19.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Amended Complaint.

20.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Amended Complaint.

21.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Amended Complaint.

22.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Amended Complaint.

23.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Amended Complaint.

24.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Amended Complaint.

25.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Amended Complaint.

26.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Amended Complaint.

27.    Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 27 of the Amended Complaint.

28.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Amended Complaint.

29.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint.

30.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Amended Complaint.

31.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Amended Complaint.

32.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Amended Complaint.

33.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Amended Complaint.

34.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Amended Complaint.

35.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Amended Complaint.

36.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Amended Complaint.

37.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Amended Complaint.

38.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Amended Complaint.

39.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Amended Complaint.

40.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Amended Complaint.

41.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Amended Complaint.

42.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Amended Complaint.

43.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Amended Complaint.

44.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Amended Complaint.

45.     Neptune is without information sufficient to form a belief as to  the truth of the allegations contained in Paragraph 45 of the Amended Complaint.

46.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Amended Complaint.

47.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Amended Complaint.

48.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Amended Complaint.

49.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Amended Complaint.

50.     Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 50 of the Amended Complaint.

51.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Amended Complaint.

52.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Amended Complaint.

53.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Amended Complaint.

54.      Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Amended Complaint.

55. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Amended Complaint.

56.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Amended Complaint.

57.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Amended Complaint.

58.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Amended Complaint.

59.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 59as to it.

60.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 60 as to it.

61.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 61 as to it.

62.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Amended Complaint.

63.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Amended Complaint.

64.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Amended Complaint.

65.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Amended Complaint.

66.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Amended Complaint.

67.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Amended Complaint.

68.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Amended Complaint.

69.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Amended Complaint.

70.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Amended Complaint.

71.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Amended Complaint.

72.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Amended Complaint.

73.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Amended Complaint.

74.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Amended Complaint.

75.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 75 as to it.

76.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 76 as to it.

77.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 77 as to it.

78.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Amended Complaint.

79.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 79 as to it.

80.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 80 as to it

81. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Amended Complaint. Further answering, Neptune denies the allegations as to it.

82. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Amended Complaint. Further answering, Neptune denies the allegations as to it.

83. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Amended Complaint.

84. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Amended Complaint.

85. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Amended Complaint.

86. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Amended Complaint.

87. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Amended Complaint.

88. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Amended Complaint.

89. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of the Amended Complaint.

90. Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Amended Complaint.

91. Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 91 of the Amended Complaint. Further answering, Neptune denies the allegations as to it.

92.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Amended Complaint.

93.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Amended Complaint.

94.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Amended Complaint.

95.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Amended Complaint.

96.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Amended Complaint.

97.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Amended Complaint.

98.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of the Amended Complaint.

99.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Amended Complaint.

100.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of the Amended Complaint.

101.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Amended Complaint.

102.    Neptune is without information sufficient to form a belief as to the truth of

the allegations contained in Paragraph 102 of the Amended Complaint.

103.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Amended Complaint.

104.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Amended Complaint.

105.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Amended Complaint.

106.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Amended Complaint. Further answering, Neptune denies the allegations as to it.

107.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Amended Complaint.

108.    Neptune is without information sufficient to forma belief as to the truth of the allegations contained in Paragraph 108 of the Amended Complaint.

109.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Amended Complaint.

110.     Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Amended Complaint.

111.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 of the Amended Complaint.

112.    Neptune admits the allegations contained in Paragraph 112 of the Amended Complaint.

113.    Neptune admits that it was contacted by Patricia Hannigan denies the

remaining allegations contained in Paragraph 113 of the Complaint.

114.    Neptune denies the allegations contained in Paragraph 114 of the Amended Complaint.

115.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Amended Complaint.

116.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Amended Complaint.

117.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Amended Complaint.

118.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Amended Complaint.

119.        Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Amended Complaint.

120.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Amended Complaint.

121.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Amended Complaint.

122.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Amended Complaint.

123.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Amended Complaint.

124.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Amended Complaint.

125.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of the Amended Complaint.

126.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 of the Amended Complaint.

127.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of the Amended Complaint.

128.    Neptune repeats and incorporates its answers to Paragraphs 1-127 as if fully set forth herein.

129.    Paragraph 129 is a general statement to which no response is required.

130.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of the Amended Complaint.

131.    Neptune is without information sufficient to forma belief as to the truth of the allegations contained in Paragraph 131 of the Complaint.

132.   Neptune is without information sufficient to form a belief as to The truth of the allegations contained in Paragraph 132 of the Amended Complaint. Further answering, Neptune denies the allegations in Paragraph 132 as to it.

133.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Amended Complaint.

134.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Amended Complaint.  Further answering, Neptune denies the allegations as to it.

135.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Amended Complaint.  Further

answering, Neptune denies the allegations as to it.

136.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of the Amended Complaint.  Further answering, Neptune denies the allegations as to it.

137.  Neptune repeat sand incorporates its answers to Paragraphs 1-136 as if fully set forth herein.

138.  Paragraph 138 is a general statement to which no response is required.

139.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained n Paragraph 139 of the Amended Complaint.  Further answering, Neptune denies the allegations as to it.

140.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of the Amended Complaint.

141.  Neptune denies the allegations contained in Paragraph 141 of the Complaint.

142.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Amended Complaint.

143.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Amended Complaint.

144.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Amended Complaint.

145.  Neptune denies the allegations contained in Paragraph 145 of the Amended Complaint.

146.  Neptune denies the allegations contained in Paragraph 146 of the

Amended Complaint.

147.    Neptune denies the allegations contained in Paragraph 147 of the Amended Complaint.

148.    Neptune denies the allegations contained in Paragraph 148 of the Amended Complaint.

149.    Neptune denies the allegations contained in Paragraph 149 of the Amended Complaint.

150.        Neptune repeats and incorporates its answers to Paragraphs 1-149 of the Complaint as if fully set forth herein.

151.    Paragraph 151 is a general statement to which no response is required.

152.-161.  Paragraphs 152-161 do not apply to Neptune therefore no response is necessary.  To the extent that a response is necessary Neptune denies the allegations as to it contained in Paragraph 152 –161 of the Amended Complaint.

162.    Neptune repeats and incorporates its answers to Paragraphs 1-161 of the Amended Complaint as if fully set forth herein.

163.    Paragraph 163 is a general statement to which no response is required.

164.    Paragraph 164 is a recitation of the law and not a statement of fact and therefore no response is required.  To the extent that a response is required Neptune denies the allegations contained in Paragraph 164 of the Amended  Complaint as to it.

165.    Neptune denies the allegations contained in Paragraph 165 of the Amended Complaint as to it.

166.    Neptune denies the allegations contained in Paragraph 166 of the

Amended Complaint as to it.

167.    Neptune denies the allegations contained in Paragraph 167 of the Amended Complaint as to it.

168.    Neptune repeats and incorporates its answers to Paragraphs 1-167 as if fully set forth herein.

169.  Paragraph 169 is a general statement to which no response is required.

170.   Paragraph 170 is a recitation of law and not a statement of fact and therefore no response is required.  To the extent that a response is required Neptune denies the allegations in Paragraph 170 of the Amended Complaint as to it.

171.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 of the Amended Complaint.  In further answering Neptune denies the allegations in Paragraph 171 as to it.

172.    Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of the Amended Complaint.

173.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 173 as to it.

174.  Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 174 as to it.

175.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 175 as to it.

176.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 176 as to it.

177.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 of the Amended Complaint.

178.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 178 as to it.

179.   Neptune repeats and incorporates its answers to Paragraphs 1-178 as if fully set forth herein.

180.   Paragraph 180 is a general statement to which no response is required.

181.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 181 as to it.

182.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 182 as to it.

183.   Neptune is without information sufficient to form a belief as to the truth of the allegations in Paragraph 183 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 183 as to it.

184.   Neptune is without information sufficient to form a belief as to the truth of the allegations in Paragraph 184 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 184 as to it.

185.   Neptune repeats and incorporates its answers to Paragraphs 1-184 as if fully set forth herein.

186.   Paragraph 186 is a recitation of the law and not a statement of fact and therefore no response is necessary.  To the extent that a response is necessary Neptune denies same.

187.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 of the Amended Complaint.  Further answering, Neptune denies the allegations in paragraph 187 as to it.

188.   Paragraph 188 is  a recitation of the law and not a statement of fact and therefore no response is necessary.  To the extent that a response is necessary Neptune denies same.

189.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 of the Amended Complaint.  Further answering, Neptune denies the allegations contained in Paragraph 189 as to it.

190.   Neptune repeats and incorporates its answers to Paragraphs 1-189 as if fully set forth herein.

191.   Paragraph 191 is a general statement to which no response is required.

192.   Neptune is without information to form a belief as to the truth of the allegations contained in Paragraph 192 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 192 as to it.

193.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 193 as to it.

194.   Neptune is without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 194 as to it.

195.  Neptune is without information sufficient to form a belief as to the truth of the allegations in Paragraph 195 of the Amended Complaint.  Further answering, Neptune denies the allegations in Paragraph 195 as to it.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief can be granted and should be dismissed pursuant to Rule 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint should be dismissed for misnomer of a party.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' alleged damages, if any, were caused by others for whose conduct Neptune is not responsible.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs have not sustained any cognizable damages for which Neptune is responsible.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of latches.

## EIGTH AFFIRMATIVE DEFENSE

Neptune owes no duty to the Plaintiffs as alleged.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiffs lack standing.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred by the doctrine of waiver.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' alleged damages, if any, were caused by the superceding intervening alleged wrongful conduct of another for whose conduct Neptune is not responsible.

## TWELFTH AFFIRMATIVE DEFENSE

Neptune's alleged actions were not the proximate cause of the Plaintiffs' alleged damages.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs have failed to set forth a legal duty owed to it.

## FOURTEENTH AFFIRMATIVE DEFENSE

Neptune has not breached any duty to the Plaintiffs.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs, or some of the Plaintiffs, lack privity of contract with Neptune.

## SIXTEENTH AFFIRMATIVE DEFENSE

The plaintiffs failed to exhaust their administrative remedies.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs are not entitled to award of attorneys' fees.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Service of process was insufficient.

## NINETEENTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over the subject matter of this action and the

Complaint should be dismissed pursuant to Rule 12 (b)(1).

## TWENTIETH AFFIRMATIVE DEFENSE

This court lacks personal jurisdiction over the Defendant Neptune and the

Complaint should be dismissed pursuant to Rule 12(b)(2).

## TWENTY FIRST AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of

process.

## TWENTY SECOND AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Rule 12(b)(5) for insufficiency of

service of process.

## TWENTY THIRD AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Rule 12(b)(7) for failure to join a

party under Rule 19.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed for Plaintiffs' failure to give proper and

timely notice of claims.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

This action is barred by the doctrine of res judicata.

## CROSSCLAIM

## CROSSCLAIM AGAINST THE CO-DEFENDANT, BAYVIEW CREMATORY, LLC

## PARTIES

1.      As for the Crossclaim, Neptune Society Inc. ("Neptune") is a corporation with a principal place of business in the State of FLorida.

2.      The Defendant-in-Crossclaim, Bayview Crematory, LLC ("Bayview"), is a New Hampshire limited liability company.

3.      The Plaintiffs have asserted claims against Neptune seeking damages purportedly sustained as a result of the actions of Bayview.

## COUNT I
### (Neptune v. Bayview for Contribution)

4.      Neptune Cremation realleges and incorporates by reference herein Paragraphs 1 through 3 above.

5.      Neptune states that if the Plaintiffs have sustained damages as those alleged in the Complaint, such damages were caused, in whole or in part, by the conduct of Bayview.

6.      Neptune denies that it was in any way responsible for the conduct alleged by Plaintiffs.

7.     Neptune denies that it was in any way responsible for the damages complained by the Plaintiffs.

8.     If Neptune is found liable to the Plaintiffs, which liability is expressly denies, then Neptune is entitled to contribution for damages and costs awarded, from the Co-Defendant, Bayview, pursuant to Mass. G.L. ch. 231(b) § 1 et seq.

WHEREFORE, the Defendant, Neptune hereby demands that Judgment enter against the Co-Defendant, Bayview Crematory, LLC, for contribution for damages and costs that may be assessed against Neptune in favor of the Plaintiffs.

## COUNT II
### (Neptune v. Bayview for Indemnification)

9.     Neptune realleges and incorporates by reference herein Paragraphs 1 though 8 above.

10.     If the Plaintiffs were damaged as alleged in the Plaintiffs' Complaint, then the Plaintiffs' damages, if any, were caused if not by the Plaintiffs' action, then by the conduct of the Co-Defendant, Bayview.

11.     If Neptune is found liable to the Plaintiffs, which liability is expressly denied, Neptune is entitled to indemnification from the Co-Defendant, Bayview.

WHEREFORE, the Defendant, Neptune Society Inc., hereby demands that Judgment enter against the Co-Defendant, Bayview Crematory, LLC, for indemnification for damages and costs that may be assessed against Neptune in favor of the Plaintiff, plus all attorneys' fees and costs incurred in defending itself in this action.

## JURY CLAIM

Defendant Neptune Society Inc. demands a trial by jury on all issues.

NEPTUNE SOCIETY INC.,

By its Attorney,

/s/ Maureen Reilly

Dated: October 29, 2007

_____

Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617)338-2144
BBO#555369

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those as non-registered participants on the 29th day of October, 2007.

/s/Maureen Reilly

_____

Maureen Reilly