UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

_____

EDWARD C. GALVIN, JR., et. al.,

    Plaintiffs,

v.                                                                            CIVIL ACTION NO. 05-11904-RCL

BAYVIEW CREMATORY, LLC, et al.,

    Defendants.
_____

## NEPTUNE SOCIETY, INC'S ASSENTED TO MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGEMENT

Now comes the Defendant, Neptune Society, Inc., and moves this Honorable Court for the Entry of Separate and Final Judgment. As grounds for its motion, defendant states as follows:

1. The Plaintiff Patricia Hannigan has agreed to settle her claims against the Defendant Neptune Society, Inc.

2. The Plaintiff intends to proceed with this action against the remaining defendants.

3. The co-defendants have agreed to dismiss any cross claims against Neptune and Neptune has agreed to dismiss any cross claims against any co-defendants.

4. The entry of Separate and Final Judgment will dispose of all claims, including cross claims asserted against the Defendant, Neptune Society, Inc.

5. There is no just reason for delaying entry of Separate and Final Judgment.

Wherefore, based on the foregoing, the Defendant, Neptune Society, Inc., requests that this Honorable Court enter Separate and Final Judgment in its favor.

                                                    Defendant Neptune Society, Inc.,
                                                    by its attorney,

/s/ Maureen Reilly_____
Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617) 338-2144
BBO# 555369

Dated: December 5, 2007

Assented to:


/s/ David H. Charlip_____
David H. Charlip
Charlip Law Group, LC
1930 Harrison Street, Suite 208
Hollywood, Florida 33020
(954) 921-2131
Florida Bar No.: 329932
*For the Plaintiffs*


/s/ Dona Feeney_____
Dona Feeney
Getman, Stacey, Schulthess & Steere, P.A.
3 Executive Park Drive
Bedford, NH 03301
(603)-634-4300
*For the Defendant, Bayview Crematory*


/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-0921
*For the Defendants Linda and Lawrence Stokes*

/s/ Sheryl M. Bourbeau____
Sheryl M. Bourbeau
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852

(978)-452-0522
*For the Defendants, Derek Wallace, Simplicity*
*Funeral Home and Hart-Wallace Funeral Home.*


/s/ Brian K. Walsh_____
Brian K. Walsh
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110-1130
(617) 769-3500
*For Defendants Hamel Wickens & Troupe*
*Funeral Home, Inc., and Roger Hamel*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 5th day of December, 2007.


/s/ Maureen Reilly_____
Maureen L. Reilly
33 Kingston St. 4th Floor
Boston, MA 02111
(617) 338-2144
BBO# 555369