UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

EDWARD C. GALVIN, JR., et. al.,

       Plaintiffs,

v.                                                                                                  No. 05-11904-RCL

BAYVIEW CREMATORY, LLC, et. al.,

       Defendants.

_____/

## PLAINTIFFS' CORRECTED SECOND MOTION TO ENLARGE SCHEDULING ORDER DEADLINES

    Plaintiffs, Edward C. Galvin, Jr., Patricia Hannigan, Kathleen McDonough, Tara McDonough and Eleanor Poole, by and through their undersigned counsel, file this their Second Motion to Enlarge Scheduling Order Deadlines and state as follows:

    1.    On September 20, 2005, this case was filed as a putative class action. Motions to dismiss were not disposed of until July 24, 2006. On October 5, 2006, the Court held a scheduling conference where the following deadlines were set:

        a.    Automatic disclosure due by 11/20/06;

        b.    Fact discovery due by 8/5/07;

        c.    Class certification motions due by 3/20/07;

        d.    Response to motion for class certification due by 4/20/07;

        e.    Motions for leave to file reply briefs due by 4/30/07;

        f.    Expert disclosure due by 9/5/07;

        g.    Rebuttal expert disclosure due by 10/5/07;

      h.   Rebuttal expert disclosure due by 10/5/07;

      i.   Discovery to be completed by 11/5/2007; and

      j.   Motions due by 12/7/2007.

The case management of this action was referred at that time to Magistrate Judge Bowler for Case Management and any dispositive motions and class certification motions for report and recommendation (Dkt. 46).

      2.   Between October 5, 2006 and April 3, 2007, the case focus was on the class action motion and discovery related thereto. On April 3, 2007, Plaintiffs stipulated to withdraw their class action allegations (Dkt. 96). Thereafter jurisdictional challenges were levied by the Defendants regarding the remaining Plaintiffs (Dkt. 99) and a number of named Plaintiffs were dismissed by stipulation (Dkt. 101,102) which was accepted by the Court on July 19, 2007. The remaining Plaintiffs were directed to amend the complaint within Thirty (30) days (Dkt. 103).

      3.   Plaintiff's filed their First Amended Complaint on September 26, 2007 (Dkt. 110). The First Amended Complaint was met by a Joint Motion to Strike on behalf of the Defendants filed on October 11, 2007 which Motion was resolved by this Court's Order entered on October 19, 2007 (Dkt. 115). Thus, it was not until October 29, 2007, when the last Answer was filed, that this action was even at issue (Dkt. 121).

      4.   On August 1, 2007, Plaintiffs moved this Court to extend the fact discovery deadline that was first set by the Court on October 5, 2006 (Dkt. 104). At that time, the principal witness involved in many of the allegations at issue herein, Derek Wallace, was scheduled to be tried criminally on September 26, 2007. It was anticipated that after that trial was concluded, Wallace's deposition could be scheduled and then the

other principal witnesses could be deposed soon thereafter. Accordingly, the fact discovery deadline requested by the Plaintiffs was December 14, 2007. On August 3, 2007, this Court allowed the Plaintiffs' request to extend the fact discovery deadline.

5. In late September, 2007, Wallace negotiated a plea agreement prior to the commencement of his trial.

6. In October, Plaintiffs had difficulty coordinating dates with the Defendants for deposition scheduling as most of the month had already been booked on respective counsel's calendars. Additionally, the case was not yet even at issue until October 29, 2007. Undersigned counsel for the Plaintiffs was involved in an out-of-state, trial during the first two (2) weeks in November. Upon undersigned counsel's return to the office, deposition notices were unilaterally sent out by the Plaintiffs scheduling a number of depositions for the first two (2) weeks in December. These deposition notices were met by a Motion for Protective Order (Dkt. 122) which is presently pending before this Court.

7. Numerous records seized by the New Hampshire authorities still remain in the possession of the Rockingham County attorney and are still being withheld pending the finalization of Derek Wallace's sentencing hearing, currently scheduled for late December, 2007.

8. Based upon the fact that this case has only been at issue since October 29, 2007 and the fact that deposition scheduling has been difficult and the fact that the Plaintiffs have been thwarted by defense motions for protective orders, and the fact that material records are currently unavailable, the Plaintiffs require an extension of the fact

discovery deadline until February 28, 2008 (the current deadline for all discovery). Plaintiffs propose the following scheduling deadlines:

    a. Fact discovery due by 02/29/08;

    b. Expert disclosure due by 03/31/08;

    c. Rebuttal expert disclosure due by 04/30/08;

    d. Discovery to be completed by 06/16/2008; and

    e. Motions due by 08/01/2008.

9. This request is made in good faith and with no intention to delay the orderly conduct of this case.

10. <u>CERTIFICATION PURSUANT TO FED. R. CIV. P RULE 37(B) AND L.R. 7.1 AND 37.1(B)</u>

Undersigned counsel has conferred with counsel for the Defendants with respect to the relief sought in this motion and while counsel for Bayview, Hamel, Wickens & Troup and Cremation Society assent to the new dates proposed, said counsel does not agree with the substantive recitation of Plaintiffs' motion in support of the extension of discovery. The other Defendants contacted have not responded to Plaintiffs' request to confer.

WHEREFORE, Plaintiffs request that this Court grant an extension of the Scheduling Order deadlines as set forth herein.

Dated this 11th day of December, 2007.

                                         Respectfully submitted,
                                         Plaintiffs, by their attorneys

/s/ Lisa Debrosse-Johnson
Lisa DeBrosse Johnson, BBO# 632428
The Pilot House
Lewis Wharf
Boston, MA 02110
(617) 854-3740
debrossejohnson@comcast.net

/s/ David H. Charlip
David H. Charlip (Florida Bar No.: 329932)
dcharlip@charliplawgroup.com
Charlip Law Group, LC
1930 Harrison Street, Suite 208
Hollywood, Florida 33020
954.921.2131
954.921.2191 (Fax)
Attorneys for Plaintiffs

## Certificate of Service

I HEREBY CERTIFY that on December 11, 2007, a true and correct copy of this Plaintiffs' Second Motion to Enlarge Scheduling Order Deadlines, was served on all counsel of record in this matter.

/s/ David H. Charlip
David H. Charlip (Florida Bar No.: 329932)