UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11904-RCL

| | |
|---|---|
| ALAN C. ANDERSEN, SUZANNE BOURASSA, JOHN CARLSON, ROBERT DELIA, STEVEN DUMAIS, SARA-ANNE EAMES, SHAUN FERRIS, JOHN FSOTER, DENNIS FOWLER, EDWARD GALVIN, JR., BRITTON HALL, PATRICIA HANNIGAN, MARIE IGNOTO, DAVID JOHNSON, DAWN LATTIME, KATHLEEN MCDONOUGH, TARA MCDONOUGH, ELEANOR POOLE and DONNA M. TOMASO, on behalf of all others similarly situated,<br>    Plaintiffs<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, AMERICAN CREMATION SOCIETY, INC., STEPHEN G. SCATAMACCHIA, COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., CREMATION SOCIETY OF MASSACHUSETTS, DRACUT FUNERAL HOME INCORPORATED, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, and DOES 1050 INCLUSIVE,<br>    Defendants | **NOTICE OF ENTRY APPEARANCE** |

TO THE CLERK AT THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendants, Linda Stokes and Lawrence Stokes, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

_/s/ Jeremy Y. Weltman_
Jeremy Y. Weltman (662293)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of December, 2007, a true and correct copy of this Notice of Appearance was served on all counsel of record in this matter.

                                                                         _____
                                                                         Jeremy Y. Weltman