UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11904-RCL

_____
)
EDWARD GALVIN, JR., PATRICIA )
HANNIGAN, KATHLEEN )
MCDONOUGH, TARA MCDONOUGH, )
and ELEANOR POOLE )
    Plaintiffs )
)
v. )
)
BAYVIEW CREMATORY, LLC, DEREK )
A. WALLACE, LINDA STOKES, )
LARRY STOKES, HAMEL WICKENS & )
TROUPE FUNERAL HOME, INC., )
ROGER HAMEL, HART-WALLACE )
FUNERAL HOME, NEPTUNE )
SOCIETY, INC., and SIMPLICITY )
BURIAL & CREMATION, INC., )
    Defendants )
_____)

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance as counsel for the defendants, Linda Stokes and Lawrence Stokes, with respect to the above-captioned matter.

                                          Respectfully submitted,

                                          **CLARK, HUNT & EMBRY**

                                          __/s/ Mandi Jo Hanneke_____
                                          Mandi Jo Hanneke   (657349)
                                          55 Cambridge Parkway
                                          Cambridge, MA  02142
                                          (617) 494-1920

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of December, 2007, I caused copies of the foregoing document to be served on counsel to the plaintiffs in this action and on all counsel or representatives for the co-defendants.

/s/ Mandi Jo Hanneke

Mandi Jo Hanneke