UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Edward C. Galvin, Jr., et. al.,

      Plaintiffs

v.   No. 05-11904-RCL

Bayview Crematory, LLC, et. al.,

      Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSENTED-TO MOTION TO MODIFY THE DISCOVERY SCHEDULE

NOW COME the Parties, by and through their counsel, and bring the within Joint, Assented-To Motion to Modify the Discovery Schedule and as grounds therefore state as follows:

1. The parties have actively engaged in discovery in this matter since the last status conference. However, due to attorney and witness schedules in this and related matters, the parties require additional time to complete discovery.

2. The parties are in agreement that the following new dates serve the interests of moving this matter to conclusion:

   - Fact Discovery completed by April 18, 2008
   - Plaintiffs' expert disclosure due by May 30, 2008
   - Defendants' expert disclosure due by July 1, 2008
   - Completion of discovery by August 15, 2008
   - Dispositive motions filed by September 15, 2008

3. In accordance with Magistrate Bowler's instruction, **a further status conference will be conducted on May 6, 2008 at 2:30 p.m.**

4. Undersigned counsel has conferred with all counsel of record in person at the status conference conducted on February 4, 2008; additionally, undersigned counsel has circulated a copy of the proposed form of this motion to all counsel of record, and all are in agreement with same.

WHEREFORE, it is respectfully requested that this Court grant the extension of the deadlines as set forth above.

Respectfully submitted,
BAYVIEW CREMATORY, LLC.
By Its Attorneys,
Getman, Stacey, Schulthess & Steere, P.A.

Dated: February 6, 2008        */s/ Dona Feeney*_____
Dona Feeney, Esq., #600749
Three Executive Park Drive – Suite 9
Bedford, NH 03110
(603) 634-4300

## CERTIFICATE OF SERVICE

I hereby certify that this Assented-To Motion to Modify the Discovery Dates, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of February, 2008.

Dated: February 5, 2008        */s/ Dona Feeney*_____
Dona Feeney, Esq.

F:\DFeeney\6364\05726\Andersen (Galvin)\Motions\Assent Mot Modify Discov Dates.doc