# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

EDWARD C. GALVIN, JR., et. al.,

      Plaintiffs,

v.                                                            No. 05-11904-RCL

BAYVIEW CREMATORY, LLC, et. al.,

      Defendants.

_____/

## NOTICE OF VACATION/UNAVAILABILITY

    PLEASE TAKE NOTICE that due to vacation and business out of the state of Florida,

the undersigned counsel will be **unavailable from April 14, 2008 through April 21, 2008.**

Request is hereby made that no hearings, motions, depositions, or other pleadings be filed which

require a timely response during this time period, and that all pending matters remain in status

quo during this time frame.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 22, 2008, I electronically filed the foregoing
document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document
is being served this day on all counsel of record or pro se parties identified on the attached
Service List in the manner specified, either via transmission of Notices of Electronic Filing
generated by CM/ECF or in some other authorized manner for those counsel or parties who are
not authorized to receive electronically Notices of Electronic Filing.

                            /s/David H. Charlip_____
                            David H. Charlip