**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

EDWARD GALVIN, JR., et al.,                                        No.: 05-11904-RCL

    Plaintiffs,

vs.

BAYVIEW CREMATORY, LLC, A New
Hampshire Limited Liability Company, et al.,

    Defendants.
_____

## ASSENTED TO MOTION TO CONTINUE
## DISCOVERY DEADLINE

NOW come the parties in the above-referenced matter and hereby assent to the continuance of the discovery deadline from April 15, 2008 to **June 1, 2008** so as to provide the plaintiffs with additional time to take the deposition of Derek Wallace on or about May 12th and 13th, 2008; 30(b)(6) designees of Cremation Society, Inc., and Hamel, Wickens & Troupe Funeral Home, Inc., and the depositions of a representative of B&L Cremations, John Bresnahan, Trooper Jill Rockey, and Sergeant Richard Mitchell sometime prior to June 1, 2008. In addition, the defendants will take the deposition of Plaintiff, Eleanor Poole.

The parties further agree that no discovery beyond the depositions referenced herein shall be conducted beyond **April 15, 2008**.

Notwithstanding that the parties have diligently been conducting discovery over the past several months, the schedules of the various parties as well as the recent

incarceration of Defendant, Derek Wallace, have made it impossible for all discovery to be completed.

In addition to the requested extension of discovery, the parties also request that the dates currently set for the filing of Motions for Summary Judgment and responses thereto, be extended as follows:

1. Summary Judgment Motions filed by July 31, 2008; and

2. Plaintiffs' Oppositions to Motions for Summary Judgment filed by August 31, 2008.

All parties have assented to the above motion.

WHEREFORE, the parties respectfully request that this Court allow the within motion.

DATED this 14th day of April, 2008.

        Plaintiffs
        By their attorneys,


/s/David H. Charlip
Florida Bar No.: 329932
Admitted Pro Hac Vice
1930 Harrison Street, Suite 208
Hollywood, Florida 33020
954.921.2131
954.921.2191 Facsimile

And

/s/Lisa DeBrosse Johnson
Lisa DeBrosse Johnson,
BBO# 632428
The Pilot House
Lewis Wharf
Boston, MA 02110
(617) 854-3740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served upon all counsel of record pursuant to the Court's electronic filing system this 16th day of April, 2008.

/s/ Lisa DeBrosse Johnson
Lisa DeBrosse Johnson