# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

EDWARD C. GALVIN, JR., et. al.,

    Plaintiffs,

v.

BAYVIEW CREMATORY, LLC, et al.,

    Defendants.

CIVIL ACTION NO. 05-11904-RCL

## SEPARATE AND FINAL JUDMENT

This action came before the Court, William Young, Justice upon the Defendant's, Neptune Society Inc., motion for entry of separate and final judgment pursuant to Federal R. Civ.P. 54(b) and upon consideration thereof,

**It is ORDERED and ADJUDGED:**

That the Complaint of the plaintiff(s) as to Defendant Neptune Society and any and all cross-claims asserted against or by Neptune Society are hereby dismissed.

Dated at Boston, Massachusetts this_____ day of _____, 2008

By:…………………………………….. 
    Court

**Entered:**

**CERTIFICATE OF SERVICE**

**I hereby certify that on this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 17th day of April, 2008**