UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD C. GALVIN, JR., PATRICIA HANNIGAN, KATHLEEN MCDONOUGH, TARA MCDONOUGH, and ELEANOR POOLE<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, LARRY STOKES, HAMEL, WICKENS & TROUPE FUNERAL HOME, INC., ROGER HAMEL, HART-WALLACE FUNERAL HOME, NEPTUNE SOCIETY, INC., AND SIMPLICITY BURIAL & CREMATION, INC.,<br><br>Defendants. | CIVIL ACTION NO. 05-11904-RCL |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Now come the defendants, Derek Wallace, Hart-Wallace Funeral Home, and Simplicity Burial & Cremation, Inc., with the knowledge and assent of all parties, and respectfully request that the Status Conference in the above-encaptioned action, currently scheduled for May 6, 2008 at 2:30 p.m., be continued for approximately 60 days to July 8, 2008 at 2:30 p.m. on the grounds that the deposition of Trooper Jill Rockey is being conducted in Portsmouth, NH on May 6, 2008 and may not be

completed in time for the parties to travel to Boston for the conference and the parties do not anticipate any pressing issues arising within the next 60 days.

Respectfully submitted,

DATED: _____

*David H Charlip* (signed)
David H. Charlip (Florida Bar No.: 329932)
Charlip Law Group, LC
1930 Harrison Street, Suite 208
Hollywood, Florida 33020
954.921.2131
954.921.2191 (Fax)

*Lisa DeBrosse Johnson* (signed)
Lisa DeBrosse Johnson, BBO# 632428
The Pilot House
Lewis Wharf
Boston, MA 02110
(617) 854-3740

*Evan J. Kaufman* (signed)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
ROBERT M. ROTHMAN (RR-6090)
EVAN J. KAUFMAN (EK-8042)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: ekaufman@csgrr.com

*Attorneys for Plaintiffs Edward Galvin, Jr., Patricia Hannigan, Kathleen McDonough, Tara McDonough, and Eleanor Poole*

2

*/s/ Dona Feeney*
Dona Feeney, Esq. (BBO# 600749)
Brian T. Lee, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
Three Executive Park Drive, Suite 9
Bedford, NH 03110
(603) 634-4300
(603) 626-3647 (fax)
*Counsel for Bayview Crematory, LLC*

*/s/ William Smith*
William Smith, Esq.
Haverty & Feeney
54 Samoset Street
Plymouth, MA 02360
(508) 746-6100
(508) 746-7067 (fax)
*Counsel for Bayview Crematory, LLC*

*/s/ Jeremy Weltman*
William F. Ahern, Jr., Esq.
Jeremy Y. Weltman, Esq. (BBO# 662293)
CLARK, HUNT & EMBRY
55 Cambridge Pkwy.
Cambridge, MA 02142
(617) 494-1920
(617) 494-1921 (fax)
*Counsel for Linda Stokes and Larry Stokes*

*/s/ Brian K Walsh*
Roberta R. Fitzpatrick, Esq.
Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
(617) 769-3500
(617) 946-0569 (fax)
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc. and Roger Hamel*

3

/s/
Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq. (BBO: 564089)
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
(978) 452-0482 (fax)
*Counsel for Derek A. Wallace; Hart-Wallace Funeral Home; and Simplicity Burial & Cremation, Inc.*

/s/ Matthew W. Perkins
Matthew W. Perkins, Esq. (BBO#: 564868)
Joseph Doyle, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Ave, Suite 101
Quincy, MA 02169
Phone: 617-328-1900
Fax: 617-328-2030
*Counsel for Derek A. Wallace; Hart-Wallace Funeral Home; and Simplicity Burial & Cremation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 5, 2008.

/s/ Sheryl M. Bourbeau