UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

EDWARD GALVIN, JR., et al.,                     No.: 05-11904-RCL

    Plaintiffs,

vs.

BAYVIEW CREMATORY, LLC, A New
Hampshire Limited Liability Company, et al.,

    Defendants.

**ASSENTED TO MOTION TO CONTINUE
DISCOVERY DEADLINE**

NOW come the parties in the above-referenced matter and hereby assent to the continuance of the discovery deadline from June 1, 2008 to **August 1, 2008** so as to provide the plaintiffs with additional time to take the deposition of Derek Wallace, 30(b)(6) designees of Cremation Society, Inc., and Hamel, Wickens & Troupe Funeral Home, Inc., and the deposition of John Bresnahan.

The parties further agree that no discovery beyond the depositions referenced herein shall be conducted beyond **August 1, 2008** without further Court Order.

Notwithstanding that the parties have diligently been conducting discovery over the past several months, the schedules of counsel for the various parties as well as the recent incarceration of Defendant, Derek Wallace, have made it impossible for the completion of all discovery.

In addition to the requested extension of discovery, the parties also request that the dates currently set for the filing of Motions for Summary Judgment and responses thereto, be extended as follows:

1. All Summary Judgment Motions to be served by September 30, 2008; and

2. Plaintiffs' Oppositions to Motions for Summary Judgment due, and filed with the Court by October 31, 2008.

3. Hearings on Motions for Summary Judgment to be scheduled at the Court's convenience after to October 31, 2008.

WHEREFORE, the parties respectfully request that this Court allow the within motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Plaintiffs
By their attorneys,

/s/ David H. Charlip
David H. Charlip
Florida Bar No.: 329932
1930 Harrison Street
Suite 208
Hollywood, Florida 33020
954.921.2131
954.921.2191 Facsimile

And

/s/ Lisa DeBrosse Johnson
Lisa DeBrosse Johnson,
BBO# 632428
The Pilot House
Lewis Wharf
Boston, MA 02110
(617) 854-3740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served upon all counsel of record pursuant to the Court's electronic filing system.

/s/ David H. Charlip
David H. Charlip

## SERVICE LIST

### GALVIN, et al., vs. BAYVIEW CREMATORY, LLC, et al.,
### Case No.: 1:05-cv-11904-RCL

Evan J. Kaufman, Esq.
Lerach, Coughlin, Stoia, Geller,
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747-2344
Tel:    (631) 367-7100
Fax:    (631) 367-1173
Email: ekaufman@csgrr.com
*Co-Counsel for Plaintiffs*

Lisa Debrosse Johnson, Esq.
The Pilot House
Lewis Wharf
Boston, MA 02110
Tel:    (617) 854-3740
Fax:    (617) 854-3743
Email: debrossejohnson@comcast.net
*Co-Counsel for Plaintiffs*

Theodore M. Hess-Mahan, Esq.
Hutchings, Barsamian, Cross,
Mandelcorn & Zeytoonian, LLP
110 Cedar Street
Wellesley Hills, MA 02481-3527
Tel:    (781) 431-2231
Fax:    (781) 431-8726
Email: mahan@hutchingsbarsamian.com
*Co-Counsel for Plaintiffs*

Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02109-2803
Tel:    (617) 439-3939
Fax:    (617) 439-0134
Email: tshapiro@shulaw.com
*Co-Counsel for Plaintiffs*

Dona Feeney, Esq.
Getman, Stacey, Schulthess & Steere, P.A.
Three Executive Park Drive, Suite 9
Bedford, NH 03110-6918
Tel:   (603) 634-4300
Fax:   (603) 626-3647
Email: dfeeney@gstss.com
*Counsel for Bayview Crematory*

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street, Route 44
Plymouth, MA 02360-4546
Tel:   (508) 746-6100
Fax:   (508) 746-7067
Email: wsmith@havertyfeeney.com
*Counsel for Bayview Crematory, LLC*

Matthew W. Perkins, Esq.
Lecomte, Emanuelson & Doyle
Batterymarch Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169-7485
Tel:   (617) 328-1900
Fax:   (617) 328-2030
Email: mperkins@lecomtelaw.com
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home, and Simplicity Burial & Cremation Service*

Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852-1152
Tel:   (978) 452-0522
Fax:   (978) 452-0482
Email: richardc@gcattorneys.com
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home, and Simplicity Burial & Cremation, Inc.*

William F. Ahern, Jr., Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142-1234
Tel:   (617) 494-1920
Fax:   (617) 494-1921
Email: wahern@chelaw.com
*Counsel for Linda Stokes and Larry Stokes*

5

Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110-1130
Tel:   (617) 769-3500
Fax:   (617) 946-0569
Email: brian.walsh@arbella.com
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc. and Roger Hamel*