UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

---

EDWARD C. GALVIN, JR., et. al.,

    Plaintiffs,

v.

BAYVIEW CREMATORY, LLC, et al.,

    Defendants.

---

CIVIL ACTION NO. 05-11904-RCL

SEPARATE AND FINAL JUDMENT

This action came before the Court, William Young, Justice upon the Defendant's, Neptune Society Inc., motion for entry of separate and final judgment pursuant to Federal R. Civ.P. 54(b) and upon consideration thereof,

**It is ORDERED and ADJUDGED:**

That the Complaint of the plaintiff(s) as to Defendant Neptune Society and any and all cross-claims asserted against or by Neptune Society are hereby dismissed.

Dated at Boston, Massachusetts this 5th day of June, 2008

By: /s/ Lisa M. Hourihan
    Deputy Clerk, Court

**Entered:**