UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
Edward C. Galvin, Jr., et. al.,                *
                                               *
        Plaintiffs                             *
                                               *
v.                                             *    No. 05-11904-RCL
                                               *
Bayview Crematory, LLC, et. al.,               *
                                               *
        Defendants                             *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ASSENTED-TO MOTION TO POSTPONE JULY STATUS CONFERENCE

NOW COME the Parties, by and through their counsel, and bring the within Assented-To Motion to Postpone the July 8, 2008 Status Conference and as grounds therefore state as follows:

1. This matter is scheduled for a status conference on July 8, 2008.

2. When the date was selected, counsel did not realize that this was a popular vacation week for many of the counsel in the case.

3. Many of the counsel are unavailable and will need to send alternate counsel to the status conference.

4. Counsel can represent to the Court that discovery has been progressing, numerous depositions have taken place and various others are either scheduled or in the process of being scheduled. Counsel anticipate being able to complete these remaining depositions before the scheduled close of discovery and remain on track with respect to the filing of motions.

5. It is therefore respectfully requested that the status conference scheduled for July 8, 2008, be postponed.

6. All counsel assent to the relief sought herein.

WHEREFORE, it is respectfully requested that this Honorable Court grant the within motion to postpone the July 8, 2008 status conference and grant such other and further relief as may be just and equitable.

                                          Respectfully submitted,
                                          BAYVIEW CREMATORY, LLC.
                                          By Its Attorneys,
                                          Getman, Stacey, Schulthess & Steere, P.A.

Dated: July 3, 2008                     /s/ Dona Feeney_____
                                          Dona Feeney, Esq., #600749
                                          Three Executive Park Drive – Suite 9
                                          Bedford, NH 03110
                                          (603) 634-4300

                                          Respectfully submitted,
                                          BAYVIEW CREMATORY, LLC.
                                          By Its Attorneys,
                                          Haverty & Feeney

Dated: July 3, 2008                     /s/ William Smith_____
                                          William Smith, Esquire
                                          54 Samoset Street
                                          Plymouth, MA  02360
                                          508-746-6100

                                          Respectfully submitted,
                                          LINDA STOKES AND LARRY STOKES
                                          By Their Attorneys,
                                          Clark, Hunt & Embry

Dated: July 3, 2008                     /s/ William Ahern_____
                                          William Ahern, Jr., Esquire
                                          Jeremy Y. Weltman, Esquire
                                          55 Cambridge Parkway – Suite 401
                                          Cambridge, MA  02142
                                          617-494-1920

                                          Respectfully submitted,
                                          DEREK WALLACE
                                          By His Attorneys,
                                          Gallagher & Cavanaugh

Dated:  July 3, 2008                        */s/ Richard Cavanaugh*_____
                                          Richard Cavanaugh, Esquire
                                          Sheryl Bourbeau, Esquire
                                          1 Boot of John Street
                                          Lowell, MA  01852
                                          978-452-0522

                                          Respectfully submitted,
                                          Hamel Wickens & Troupe Funeral Home
                                          By Its Attorneys,
                                          Law Offices of Roberta Fitzpatrick

Dated:  July 3, 2008                        */s/ Brian Walsh*_____
                                          Brian K. Walsh, Esquire
                                          101 Arch Street, Suite 1761
                                          Boston, MA  02110
                                          617-769-3500

                                          Respectfully submitted,
                                          Hart-Wallace Funeral Home
                                          By Their Attorneys,
                                          Lecomte, Emanuelson and Doyle

Dated:   July 3, 2008                      */s/ Matthew Perkins*_____
                                          Matthew W. Perkins, Esquire
                                          Battery March Park II
                                          One Pine Hill Drive, Suite 101
                                          Quincy, MA 02169
                                          617-328-1900

                                          Respectfully submitted,
                                          Edward C. Galvin, Jr., et al
                                          By Their Attorneys,

Dated:  July 3, 2008                        */s/ Lisa DeBrosse Johnson*_____
                                          Lisa DeBrosse Johnson, Esquire
                                          Ten Post Office Square
                                          Eighth Floor
                                          Boston, Massachusetts

**CERTIFICATE OF SERVICE**

   I hereby certify that this Motion to Postpone July Conference, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of July, 2008.


Dated:  July 3, 2008          */s/ Dona Feeney*
                  Dona Feeney, Esq.

F:\DFeeney\6364\05726\Andersen (Galvin)\Motions\Mot Postpone July Conference.doc