UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

EDWARD GALVIN, JR., et al.,   No.: 05-11904-RCL

    Plaintiffs,

vs.

BAYVIEW CREMATORY, LLC, A New
Hampshire Limited Liability Company, et al.,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS FOR LISA DEBROSSE JOHNSON

Please note that as of July 1, 2008, the contact information for Lisa DeBrosse Johnson, counsel for the plaintiffs, will be as follows:

    Lisa DeBrosse Johnson
    Attorney at Law
    Ten Post Office Square
    Eighth Floor
    Boston, Massachusetts 02109
    Ph.: 617-850-9065
    fax: 617-850-9067

    Respectfully,

    /s/ Lisa DeBrosse Johnson
    Lisa DeBrosse Johnson,
    BBO# 632428
    Attorney at Law
    Ten Post Office Square
    Eighth Floor
    Boston, Massachusetts 02109
    617-850-9065

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon all counsel of record pursuant to the Court's electronic filing system.

   /s/ Lisa DeBrosse Johnson
Lisa DeBrosse Johnson